IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants, | Case No. 23-cv-3126-JMC<br><br>**DEFENDANTS' NOTICE OF FILING A CERTIFIED LIST OF THE CONTENTS OF THE ADMINISTRATIVE RECORD** |

In accordance with Local Rule 7(n), Defendants U.S. Department of the Interior, et al., hereby provide notice of filing a certified list of the contents of the Administrative Record. A declaration certifying the contents of the Administrative Record is attached as Exhibit 1. The Certified List of Contents of the Administrative Record and associated privilege log is attached as Exhibit 2. Defendants have served upon Plaintiff's counsel, by hand delivery to their Anchorage offices and by overnight delivery to their Washington, D.C. offices, copies of a USB flash drive containing the complete Administrative Record along with a copy of the Certified List hyperlinked to individual Record documents.

Respectfully submitted this 25th day of January 2024.

        TODD KIM
        Assistant Attorney General
        United States Department of Justice
        Environment and Natural Resources Division

        */s/ Paul A. Turcke*
        PAUL A. TURCKE (Idaho Bar # 4759)
        Trial Attorney, Natural Resources Section
        1290 West Myrtle Street, Suite 500
        Boise, ID 83702
        (202) 532-5994
        paul.turcke@usdoj.gov

        *Counsel for Defendants*

*Of Counsel*:

MIKE GIERYIC
Office of the Regional Solicitor, Alaska Region
U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, AK 99508