TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY,<br><br>      Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al*.,<br><br>      Defendants. | Case No. 3:24-cv-00051-SLG |

### **DEFENDANTS' NOTICE OF FILING THE ADMINISTRATIVE RECORD**

This case was originally filed in the United States District Court for the District of

Columbia on October 18, 2023, *see* Compl. (Docket 1), but has been transferred by that

court to the United States District Court for the District of Alaska, *see* Order (Docket 28).

Prior to transfer, in accordance with District of Columbia Local Rule 7(n), Defendants

filed a certified list of the contents of the administrative record but did not file the complete record with the court. To comply with this Court's Local Civil Rule 16.3(b), Defendants hereby provide notice of filing the complete administrative record. Exhibit 1 filed herewith is a declaration certifying the contents of the administrative record. Exhibit 2 filed herewith is the administrative record index. Defendants are conventionally filing the administrative record on electronic media by hand delivery to the Clerk's Office. Copies of the administrative record on electronic media were previously served on Plaintiff's counsel on January 25, 2024.

DATED: March 5, 2024.

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*/s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 ‖ 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

Of Counsel:

MIKE GIERYIC
Attorney Advisor
Office of the Regional Solicitor, Alaska Region
U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-1420
mike.gieryic@sol.doi.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2024, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

<u>*/s/ Paul A. Turcke*</u>
Paul A. Turcke