IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY,<br><br>  Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>  Defendants, | Case No. 23-cv-3126-JMC |

### DECLARATION OF JASON ROBINSON
### CERTIFYING THE ADMINISTRATIVE RECORD

I, Jason Robinson, hereby declare as follows:

1. I am over 21 years of age, fully competent and duly authorized to make this declaration.

2. I am the Arctic National Wildlife Refuge Coastal Plain (Coastal Plain) Lease Sale Coordinator and Land Law Examiner for the Bureau of Land Management (BLM), Alaska State Office, in Anchorage, Alaska. My responsibilities associated with the BLM's January 2021 Coastal Plain oil and gas lease sale and subsequent issuance, suspension, and cancellation of leases include compiling, maintaining, and reviewing relevant documents for inclusion in BLM lease files and the Administrative Record for the lease sale and subsequent leasing decisions.

3. I am familiar with the types of information and documents that are maintained by the BLM for the aforementioned matters.

4. I have reviewed the index of the BLM Administrative Record submitted herewith, which constitutes the certified list of the contents of the BLM Administrative Record.

5. Upon information and belief, I hereby certify that the documents described in the index filed herewith constitute a true and correct copy of the BLM Administrative Record in this case. All documents are on file in the BLM's Alaska State Office, in Anchorage, Alaska.

6. The foregoing is based upon my personal knowledge. If called upon, I could testify competently as to the matters set forth above.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 22nd day of January, 2024, in Anchorage, Alaska.

JASON ROBINSON
Digitally signed by JASON ROBINSON
Date: 2024.01.22 13:18:59 -09'00'

Jason Robinson
Land Law Examiner, Adjudication Section
Energy and Minerals Branch
Bureau of Land Management, Alaska State Office