# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>        Defendants. | Case No. 3:24-cv-00051-SLG |

## ADMINISTRATIVE APPEAL SCHEDULING ORDER

Unless otherwise ordered, the provisions of the District of Alaska Local Civil Rules 16.1(a)(8) and 16.3 shall apply to the briefing schedule in this case. Pursuant to Local Civil Rule 16.3(c)(1), Plaintiff's Opening Brief must be filed not later than 30 days following the filing of the agency record, which the agency filed in this Court on March 5, 2024.[1] The page/word limits of Local Civil Rule 7.4(a) shall also apply. The parties may by motion for good cause shown seek to modify these provisions for this case.

DATED this 5th day of March 2024, at Anchorage, Alaska.

                                                      */s/ Sharon L. Gleason*
                                                    UNITED STATES DISTRICT JUDGE

---

[1] Docket 31.