UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY, Plaintiff(s), vs. U.S. DEPARTMENT OF THE INTERIOR, *et al.*, Defendant(s). | Case No. 3:24-cv-00051-SLG<br><br>MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |
|---|---|

To the Honorable Judge of the above-entitled court:

I, Karimah Schoenhut, hereby apply for permission to appear and
(name)

participate as counsel for the Sierra Club, proposed intervenor-defendant,
 (Name of party) (plaintiff/defendant)

in the above-entitled cause pursuant to Rule 83.1 (d) of the Local Rules for the United States

District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT

ASSOCIATION of local counsel because [check whichever of the following boxes apply, if

any]:

☐ I am a registered participant in the CM/ECF System for the District of Alaska and consent

to service by electronic means through the court's CM/ECF System.

☐ I have concurrently herewith submitted an application to the Clerk of the Court for

registration as a participant in the CM/ECF System for the District of Alaska and consent

to service by electronic means through the court's CM/ECF System.

☐ For the reasons set forth in the attached memorandum.

**OR**

I hereby designate  Brook Brisson , a member of the Bar of this court,
(Name)

who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case.

DATE: March 12, 2024

_(Signature)_

Karimah Schoenhut
(Printed Name)

50 F St. NW, 8th Floor
(Address)

Washington DC, 20001
(City/State/Zip)

202-548-4584
(Telephone Number)

karimah.schoenhut@sierraclub.org
(e-mail address)

## Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATE: March 12, 2024

_(Signature)_

Brook Brisson
(Printed Name)

121 W. Fireweed Ln., Ste. 105
(Address)

Anchorage, AK 99503
(City, State, Zip)

907-433-2012
(Telephone)

(*Member of the Bar of the United States District Court for the District of Alaska)

DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name: Karimah Schoenhut

Business Address: 50 F Street NW, 8th Floor, Washington, DC 20001
(Mailing/Street) (City, State, ZIP)

Residence: 17058 Catalpa Ct, Derwood, MD 20855
(Mailing/Street) (City, State, ZIP)

Business Telephone: 202-548-4584    e-mail address: karimah.schoenhut@sierraclub.org

Other Names/Aliases: Karimah El-Bahtimy (maiden name)

Jurisdictions to Which Admitted and year of Admission:

| Jurisdiction | Address | Year |
|---|---|---|
| Pennsylvania | PA Judicial Center, 601 Commonwealth Ave. Harrisburg, PA 17106 | 2012 |
| District of Columbia | 901 4th St, NW, Washington DC 20001 | 2016 |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐   No ☒   (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐   No ☒   (If Yes, provide details on a separate attached sheet)

In accordance with D.Ak. LR 83.1(d)(4)[A](vi), I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: March 12, 2024

_____
(Signature of Applicant)