# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

ALASKA INDUSTRIAL DEVELOPMENT
AND EXPORT AUTHORITY,

       Plaintiff,

    v.

U.S. DEPARTMENT OF THE
INTERIOR, *et al.*,

       Defendants,

    and

GWICH'IN STEERING COMMITTEE, *et al.*,

    and

NATIVE VILLAGE OF VENETIE TRIBAL
GOVERNMENT, *et al.*,

       Intervenor-Defendants.

Case No. 3:24-cv-00051-SLG

## ORDER RE NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT, ARCTIC VILLAGE COUNCIL, AND VENETIE VILLAGE COUNCIL'S COMBINED MOTION TO INTERVENE AS DEFENDANTS AND MEMORANDUM IN SUPPORT

Before the Court at Docket 37 is the Native Village of Venetie Tribal Government, Arctic Village Council, and Venetie Village Council's Combined Motion to Intervene as Defendants and Memorandum in Support, pursuant to Federal Rule of Civil Procedure 24(a)(2) and (b). Federal Defendants and Alaska Development

and Export Authority no position on the motion.[1]

Upon due consideration, the combined motion is hereby GRANTED. IT IS ORDERED that Native Village of Venetie Tribal Government, Arctic Village Council, and Venetie Village Council are hereby admitted into this litigation as an Intervenor-Defendants with full rights of participation. A clean copy of their Answer shall be filed within seven days of the date of this order. The case caption in this matter is amended as shown above.

DATED this 19th day of March 2024 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[1] Docket 33 at 2 and Docket 41.

Case No. 3:24-cv-00051-SLG, *AIDEA v. U.S. Dep't. of the Interior, et al.*
Order re Native Village of Venetie Tribal Government, Arctic Village Council, and Venetie Village Council's Combined Motion to Intervene
Page 2 of 2