EXHIBITS

TABLE OF CONTENTS

| | Exhibit No. |
|---|---|
| OMB Questions re: Cancellation of AIDEA's Leases | 1 |
| Emails re: Congressional Requests for DOI's Cancellation Decision | 2 |
| Emails on the Timing of the Release of the Draft SEIS | 3 |
| President Biden's Statement Regarding Lease Cancellation | 4 |
| Tracy Stone-Manning's Declaration to this Court | 5 |
| Tracy Stone-Manning Statement to the Press | 6 |