# EXHIBIT 3

| | |
|---|---|
| **From:** | Skibo, Bobbie Jo |
| **To:** | Boario, Sara D; Lor, Socheata; Loya, Wendy M |
| **Cc:** | Cebrian, Merben R; Sanchez, Ronnie; Cribley, Bud C; Routhier, Michael P; Medeiros, Andrea AM |
| **Subject:** | FW: [EXTERNAL] eNEPA receipt of Coastal Plain Oil and Gas Leasing Program Draft Supplemental EIS |
| **Date:** | Tuesday, September 5, 2023 11:30:11 AM |

*******CLOSE HOLD, DO NOT SHARE beyond this recipient group******

This is a heads up that yesterday (yes, on the holiday), BLM's Director Tracy Stone Manning asked our team to upload the Draft SEIS for publication on this Friday, August 8th. Our team is now in over drive getting everything prepped for the release, Cooperating Agency meeting (we were asked specifically not to let them know its coming yet), and the public meetings/hearings.

I spoke with Sara last night and she is aware…stay tuned for further updates as I know them. ~Bobbie Jo

---

**From:** EIS-Filing <EIS-Filing@epa.gov>
**Sent:** Monday, September 4, 2023 2:33 PM
**To:** Sweet, Serena E <ssweet@blm.gov>; Skibo, Bobbie Jo <bobbiejo_skibo@fws.gov>
**Cc:** Kuhns, Stephanie L <skuhns@blm.gov>; EIS-Filing <EIS-Filing@epa.gov>; Roemele, Julie <Roemele.Julie@epa.gov>; Tomiak, Robert <tomiak.robert@epa.gov>; Barger, Cindy <Barger.Cindy@epa.gov>; Abrams, Nancy <Abrams.Nancy@epa.gov>
**Subject:** [EXTERNAL] eNEPA receipt of Coastal Plain Oil and Gas Leasing Program Draft Supplemental EIS

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

This email confirms receipt of your filed Draft Supplemental Environmental Impact Statement (EIS) titled, "Coastal Plain Oil and Gas Leasing Program" (EIS/CEQ no. 20230116). The filed EIS will be part of the Environmental Protection Agency's (EPA) Notice of Availability (NOA) and published in the **Friday, September 8, 2023** Federal Register. Your EIS comment period ends on **October 23, 2023**. If this date is incorrect, please contact the EPA immediately. Please note that the official minimum comment/review periods are calculated from the date of the EPA's published NOA and cannot end on a weekend or a Federal holiday.

Please contact EIS-Filing@epa.gov if changes need to be made to the EIS record such as correcting pdfs, withdrawing an EIS, or delaying, extending, or reopening a comment/review period. If your agency requires a comment/review period extension, please send an official notification making the request through *e-NEPA*. Official notification may be a signed letter on agency letterhead by an appropriate approving official or a copy of the agency's published Federal Register public notice detailing a comment/review period extension. An email is not a sufficient official notification. When your request is received, you will receive an email confirmation and an amended notice will be

published in the EPA's NOA. In addition, if your agency needs to withdraw the EIS, please send the EPA a letter on agency letterhead making the request.

For additional information, please visit: https://www.epa.gov/nepa/environmental-impact-statement-filing-guidance.

If you have additional questions on *e-NEPA* and EIS filings, please do not hesitate to contact me at 202-564-5632 or by email at roemele.julie@epa.gov or EIS-Filing@epa.gov or Jonathan Simpson at 202-564-8168 or by email at simpson.jonathan@epa.gov.

Thanks,


Julie A. Roemele
Office of Federal Activities
NEPA Compliance Division
Environmental Protection Agency
Office: 202-564-5632
Cell: 202-309-0141