# EXHIBIT 4

SEPTEMBER 06, 2023

# Statement from President Joe Biden on Protecting Arctic Lands and Wildlife in Alaska

Alaska is home to many of America's most breathtaking natural wonders and culturally significant areas. As the climate crisis warms the Arctic more than twice as fast as the rest of the world, we have a responsibility to protect this treasured region for all ages. Canceling all remaining oil and gas leases issued under the previous administration in the Arctic Refuge and protecting more than 13 million acres in the Western Arctic will help preserve our Arctic lands and wildlife, while honoring the culture, history, and enduring wisdom of Alaska Natives who have lived on these lands since time immemorial. From day one, I have delivered on the most ambitious climate and conservation agenda in our country's history. But there is more to do, and my administration will continue to take bold action to meet the urgency of the climate crisis and to protect our lands and waters for generations to come.

###