IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |  |
|---|---|---|
| Plaintiff, | | |
| vs. | | |
| U.S. DEPARTMENT OF THE INTERIOR, DEB HAALAND, in her capacity as Secretary of the Department of the Interior, BUREAU OF LAND MANAGEMENT, and TRACY STONE-MANNING, in her official capacity as Director of the Bureau of Land Management; | | Case No.: 3:24-cv-00051-SLG |
| Defendants. | | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD**

This Court, having reviewed Plaintiff's Motion to Supplement the Administrative Record, and all other responsive pleadings, hereby grants Plaintiff's motion.

**IT IS SO ORDERED.**

Dated in Anchorage, Alaska this _____ day of <u>AUGUST</u>, 2024.

_____
Hon. Sharon L. Gleason
United States District Court Judge