Todd Kim
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

Paul A. Turcke (Idaho Bar No. 4759)
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 ‖ 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY,<br><br>   Plaintiff,<br> v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>   Defendants,<br> and<br><br>GWICH'IN STEERING COMMITTEE, *et al.*,<br><br>   Intervenor-Defendants. | Case No. 3:24-cv-00051-SLG |

## NOTICE OF FILING FIRST JOINT APPENDIX

In accordance with Local Civil Rule 16.3(b)(1)(B) and the Order dated July 19, 2024 (ECF No. 64), Defendants hereby provide notice of filing the Joint Appendix containing those portions of the administrative record cited in the parties' first set of

*AIDEA v. U.S. Dep't of the Interior*               Case No. 3:24-cv-00051-SLG
Notice of Filing First Joint Appendix                   1

Case 3:24-cv-00051-SLG    Document 71    Filed 08/13/24    Page 1 of 2

summary judgment briefs. *See* ECF Nos. 50, 52-54, and 65. The index to the First Joint Appendix is filed herewith as Exhibit 1. The cited materials within the page range AR 0001-3814 are filed herewith as Exhibit 2. The cited materials within the page range AR 3923-4815 are filed herewith as Exhibit 3. The cited materials within the page range AR 5353-5604 are filed herewith as Exhibit 4. Counsel for Defendants will facilitate delivery of a chambers copy of the materials contained in the Joint Appendix.

DATED: August 13, 2024.

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*/s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

Of Counsel:

MIKE GIERYIC
Attorney Advisor
Office of the Regional Solicitor, Alaska Region
U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-1420
mike.gieryic@sol.doi.gov

# CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2024, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Paul A. Turcke*
Paul A. Turcke

*AIDEA v. U.S. Dep't of the Interior*
NOTICE OF FILING FIRST JOINT APPENDIX

Case No. 3:24-cv-00051-SLG
2

Case 3:24-cv-00051-SLG   Document 71   Filed 08/13/24   Page 2 of 2