**AIDEA v. DOI, No. 3:24-cv-00051-SLG - Joint Appendix on First Motions for Summary Judgment**

| Date | Doc. # | Title | Range cited | Full Cite |
|---|---|---|---|---|
| 9/12/2019 | 1 | Final Coastal Plain Oil and Gas Leasing Program EIS - Vol. 1 (Executive Summary, Chapters 1-3, References, Glossary) | 0001, 0020, 0026, 0031-32, 0076, 0122-24, 0182-92, 0215-17, 0244-47, 0292, 0326, 0329-30, 0335, 0375 | AR 0001-0515 |
| 9/12/2019 | 2 | Final Coastal Plain Oil and Gas Leasing Program EIS - Vol. 2 (Appendices A-R, Pt. 1 of 3) | 0538-41 | AR 0516-0559 |
| 9/12/2019 | 4 | Final Coastal Plain Oil and Gas Leasing Program EIS - Vol. 2 (Appendices A-R, Pt. 3 of 3) | 0608, 0616-17, 0630, 0633, 0682-0714 | AR 0581-1029 |
| 8/17/2020 | 8 | Record of Decision - Coastal Plain Oil and Gas Leasing Program | 3138-70 | AR 3138-3225 |
| 12/7/2020 | 10 | Notice of Lease Sale | Whole | AR 3227-3228 |
| 12/18/2020 | 11 | Detailed Statement of Sale with Amendment | 3236 | AR 3229-313 |
| 1/6/2021 | 12 | Lease Sale Bid Recap and Results Map | Whole | AR 3314-3316 |
| 1/13/2021 | 13 | AIDEA's Oil & Gas Leases and Notice of Lease Issuance Decision | Whole | AR 3317-3346 |
| 1/19/2021 | 14 | Coastal Plain Oil & Gas Lease Report | Whole | AR 3347-3348 |
| 1/20/2021 | 15 | Executive Order 13990 | 3349, 3351-52 | AR 3349-3355 |
| 6/1/2021 | 17 | Secretarial Order 3401 | Whole | AR 3362-3363 |
| 6/1/2021 | 18 | Decision Suspending Operations and Production on AIDEA's Oil & Gas Leases | Whole | AR 3364-3365 |
| 6/11/2021 | 19 | AIDEA's Response to Suspension of Operations and Production | Whole | AR 3366-3367 |
| 8/4/2021 | 20 | Notice of Intent to Prepare Supplemental EIS | Whole | AR 3368-3369 |

| | | | | |
|---|---|---|---|---|
| 8/13/2021 | 21 | Reanier Archeological Permit Application | 3370 | AR 3370-3395 |
| 8/19/2021 | 22 | BLM Response to Reanier Application | Whole | AR 3395-3396 |
| 11/22/2021 | 23 | SAExploration Request for Meeting | Whole | AR 3397 |
| 11/22/2021 | 24 | SAExploration Request for Meeting | Whole | AR 3398 |
| 12/3/2021 | 25 | FWS Response to SAExploration | Whole | AR 3399 |
| 8/19/2022 | 28 | Amendment to 6/1/2021 Decision Suspending Operations and Production on AIDEA's Oil & Gas Leases | 3404-3405 | AR 3404-3405 |
| 1/15/2021 | 34 | Knik Arm Services LLC Oil & Gas Lease and Notice of Lease Issuance Decision | 3689-91 | AR 3689-3694 |
| 8/18/2021 | 43 | DOI Response to KIC Request to Extend Applications for Seismic Permit and Incidental Harassment Authorization | 3718 | AR 3718-3719 |
| 8/25/2021 | 44 | AIDEA Application for Right-of-Way | 3720-28 | AR 3720-3781 |
| 4/28/2022 | 45 | Decision Cancelling Regenerate Alaska Inc.'s Oil and Gas Lease | Whole | AR 3782 |
| 4/28/2022 | 46 | Agreement to Rescind and Cancel Regenerate Alaska Inc.'s Oil and Gas Lease | Whole | AR 3783-3786 |
| 8/16/2022 | 47 | Decision Cancelling Knik Arm Services LLC's Oil and Gas Lease | Whole | AR 3787 |
| 8/16/2022 | 48 | Agreement to Rescind and Cancel Knik Arm Services LLC's Oil and Gas Lease | Whole | AR 3788-3792 |
| 10/4/2021 | 49 | AIDEA's Supplemental EIS Scoping Comments | Whole | AR 3793-3800 |
| 11/00/2021 | 50 | Supplemental EIS Scoping Report (posted to ePlanning 12/1/2021) | 3811-14 | AR 3801-3922 |

| Date | # | Document | Pages | AR Cite |
|---|---|---|---|---|
| 8/00/2022 | 51 | Draft Coastal Plain Oil and Gas Leasing Program Supplemental EIS - Vol. 1 (Chapters 1-4) (posted to ePlanning 9/6/2023) | 3923, 3930, 4113-16, 4177-82, 4197-208, 4240-47, 4272-86, 4322-30, 4333, 4366, 4379, 4383-84, 4438 | AR 3923-4617 |
| 8/00/2023 | 52 | Draft Coastal Plain Oil and Gas Leasing Program Supp. EIS - Vol. 2 (Appx. A) (posted to ePlanning 9/6/2023) | 4639-41 | AR 4618-4705 |
| 8/00/2023 | 53 | Draft Coastal Plain Oil and Gas Leasing Program Supp. EIS - Vol. 3 (Appx. B-R) (posted to ePlanning 9/6/2023) | 4716, 4792-815 | AR 4706-5352 |
| 9/6/2023 | 54 | DOI Lease Cancellation Decision | Whole | AR 5353-5359 |
| 9/6/2023 | 55 | DOI Press Release | Whole | AR 5360-5362 |
| 9/8/2023 | 56 | Notice of Availability - Coastal Plaint Oil and Gas Leasing Program Draft Supplemental EIS | Whole | AR 5363-64 |
| 10/16/2023 | 57 | Transcript - AIDEA Draft Supplemental EIS Comments at Anchorage Public Mtg. | Whole | AR 5365 |
| 11/7/2023 | 58 | AIDEA's Draft Supplemental EIS Comment Letter | 5366-5395 | AR 5366-5451 |
| 12/1/2023 | 59 | BLM Lease Cancellation Refund Request to Office of Natural Resources Revenue | 5452-5453 | AR 5452-5460 |
| 00/00/1998 | 60 | USGS Open File Report 98-34 | 5465, 5496 | AR 5461-5517 |
| 04/00/2001 | 62 | USGS Fact Sheet FS-028-01 | Whole | AR 5576-5581 |
| 00/00/2005 | 63 | USGS Open File Report 2005-1217 | 5586-600, 5604 | AR 5582-5614 |