

U.S. Department of the Interior
Bureau of Land Management
U.S. Fish and Wildlife Service

**August 2023**

# Coastal Plain Oil and Gas Leasing Program Supplemental Environmental Impact Statement



*DRAFT*

**Volume 1: Chapters 1 through 4, References, Glossary**

Prepared by:
U.S. Department of the Interior
Bureau of Land Management
U.S. Fish and Wildlife Service

Case 3:24-cv-00051-SLG   Document 71-3   Filed 08/13/24   Page 1 of 90

AR3923

# Executive Summary

## INTRODUCTION

The Bureau of Land Management (BLM) and United States Fish and Wildlife Service (USFWS) as joint lead agencies, have prepared this supplemental environmental impact statement (hereafter Leasing SEIS) in accordance with the National Environmental Policy Act of 1969, as amended (NEPA), to address deficiencies in the previous NEPA analysis in the 2019 Coastal Plain Oil and Gas Leasing Program Environmental Impact Statement and the 2020 Record of Decision (ROD). The BLM prepared and issued the Final Coastal Plain EIS in 2019 and signed a ROD for the leasing program on August 17, 2020 (85 *Federal Register* 51754).

The ROD approved a program to implement Section 20001 of Public Law (PL) 115-97—or the Tax Act—(December 22, 2017), directing the BLM to hold lease sales of at least 400,000 acres each by December 2024. Secretarial Order (SO) 3401 (June 1, 2021) placed a temporary pause on leases and the Principal Deputy Assistant Secretary for Land and Mineral Management issued lease suspension letters to the lessees. The Secretary of the Interior's review of the Final Coastal Plain EIS identified multiple legal deficiencies in the underlying record supporting the leases, including, but not limited to: (1) insufficient analysis under NEPA, including failure to adequately analyze a reasonable range of alternatives in the EIS; and (2) failure in the August 17, 2020, ROD to properly interpret Section 20001 of the Tax Act.

The Coastal Plain program area is composed of approximately 1,563,500 acres in the approximately 19.3 million-acre Arctic Refuge (**Map 1-1**, Program Area, in **Appendix A**). The oil and gas leasing program must consider the Arctic Refuge purposes set out in Section 303(2)(B) of ANILCA, as amended by Section 20001 of PL 115-97.

Section 20001 of PL 115-97 requires the Secretary of the Interior, acting through the BLM, to establish and administer a competitive oil and gas program for the leasing, development, production, and transportation of oil and gas in and from the Coastal Plain area within the Arctic Refuge. The Leasing SEIS will serve to inform the BLM's implementation of PL 115-97, Section 20001(c)(1), i.e., the requirement to hold at least two lease sales. This Leasing EIS evaluates which lands to offer to lease and what terms and conditions to apply to those leases; it does not in itself authorize on-the ground exploration or development. Future on-the-ground actions requiring BLM approval, including potential exploration and development proposals, would require further NEPA analysis based on the site-specific proposal.

The BLM developed the revised hypothetical development scenario in recognition of not only the rights granted by an oil and gas lease but also PL 115-97's direction to the Secretary to "manage the oil and gas program in the Coastal Plain in a manner similar to the administration of lease sales under the Naval Petroleum Reserves Production Act of 1976 (including regulations)."

The hypothetical development scenario has been revised to address the legal deficiency related to the 2,000-acre interpretation, whereby all alternatives in the Final Coastal Plain EIS were analyzed as having 2,000 acres of surface disturbance. The original assumptions have been revised to be applied proportionally across the new range of Leasing SEIS alternatives to estimate the number of acres that could be developed under each alternative.

- Implementing measures to control erosion, landslides, and water runoff
- Reshaping the area disturbed, applying the topsoil, and revegetating disturbed areas, where reasonably practicable

### Alternative D

Potential impacts on geology and minerals from future oil and gas exploration, development, and production under Alternative D would be the same as described above for all action alternatives, except for an additional NSO limitation that would provide some protection for critically important outcrops.

As indicated above, for all action alternatives ROP 35 stipulations developing and implementing an abandonment and reclamation plan to restore previous conditions. Under Alternative D, ROP 35 includes the following additional reclamation plan requirements that would minimize the risk of slope failure:

- Implementing measures to control erosion, landslides, and water runoff
- Reshaping the area disturbed, applying the topsoil, and revegetating disturbed areas where reasonably practicable

### Transboundary Impacts

Impacts on the geologic and mineral resources described in this section are site specific and, as such, no transboundary impacts would occur under any of the alternatives.

### Cumulative Impacts

The geographic area relevant for assessing cumulative impacts for geology and minerals is the program area. No other past, present, and reasonably foreseeable future actions that could affect geology or mineral resources have occurred or are expected to occur in the program area. The effects of climate change described under *Affected Environment* above, could influence the rate or degree of potential geologic hazards. Alternative A would have no contribution to cumulative impacts on geology and minerals.

### 3.2.6 Petroleum Resources

### Affected Environment

#### Regulatory Information

Section 20001 of PL 115-97 directs the BLM to undertake an oil and gas leasing program in the Coastal Plain (also known as the 1002 Area) of the Arctic Refuge. Under the ANILCA, the Coastal Plain was not designated wilderness, and Congress reserved the area for potential future oil and gas development. The USFWS Revised CCP (2015a) recommended the area for wilderness designation and the area has been managed for wilderness characteristics. PL 115-97 opened all federal lands in the Coastal Plain to leasing, however, Alaska Native selected lands within the program area boundary remain segregated from mineral leasing due to their selected status. PL 115-97 limited surface development from oil and gas production and support facilities to a maximum of 2,000 acres.

#### Oil and Gas Resources

The Coastal Plain encompasses approximately 1,563,500 acres. It is estimated that approximately 427,700 acres of the program area are projected to have high potential for petroleum resources, 658,500 acres are projected to have moderate potential, and 477,200 acres are projected to have low potential. Estimates are based on best available information, primarily 1,400 miles of seismic survey data collected in 1984 and

AR4113

1985 that has been reprocessed and reinterpreted using improved technology, but due to the limited amount of exploration that has occurred in the area, petroleum development potential and acreages should be considered rough estimates. The one exploration well drilled in the Coastal Plain is held as confidential information, so exact formation compositions and oil and gas percentages are not well established across the entire region. Existing oil and gas wells are shown in **Map 3-5** in **Appendix A**. See the hypothetical development scenario (**Appendix B**) for more information on development potential, assumptions behind potential estimates, and estimates for the baseline future development scenario for petroleum.

Approximately 80 percent of petroleum resources are estimated to be in the undeformed western portion of the program area (USGS 1998b). As shown in **Table 3-19**, the identified potential plays in the undeformed area are the Topset play, Thompson play, Turbidite play, Wedge, Kemik, and Undeformed Franklinian. Potential plays in the deformed area are the Thin-Skinned Thrust Belt, Ellesmerian Thrust Belt, Deformed Franklinian, and Niguanak/Aurora (Attanasi 2005).

**Table 3-19**
**Estimated Mean Undiscovered Petroleum Resources in the Coastal Plain**

| Area | Play Name | Oil (BBO) | Gas (TCF) | Natural Gas Liquids (Billion Barrels of Liquid) |
|---|---|---|---|---|
| **Undeformed** | Topset | 4.325 | 1.193 | 0.010 |
| | Turbidite | 1.279 | 1.120 | 0.065 |
| | Wedge | 0.438 | 0.226 | 0.005 |
| | Thompson | 0.246 | 0.470 | 0.039 |
| | Kemik | 0.047 | 0.116 | 0.010 |
| | Undeformed Franklinian | 0.085 | 0.30 | 0.029 |
| | *Undeformed subtotal* | *6.420* | *3.424* | *0.159* |
| **Deformed** | Thin-Skinned Thrust Belt | 1.038 | 1.608 | 0.017 |
| | Ellesmerian Thrust Belt | 0.000 | 0.876 | 0.018 |
| | Deformed Franklinian | 0.046 | 0.86 | 0.046 |
| | Niguanak/Aurora | 0.183 | 0.273 | 0.016 |
| | *Deformed subtotal* | *1.267* | *3.617* | *0.096* |
| **Total** | - | **7.687** | **7.041** | **0.225** |

Source: Attanasi 2005
Note: Totals are technically recoverable amounts; oil associated gas and oil associated natural gas liquid estimates were combined with non-oil associated gas and natural gas liquid estimates respectively.

All oil and gas volumes represent the mean estimated technically recoverable volumes unless otherwise noted. The Topset is expected to be the primary play in the Coastal Plain, with an estimated technically recoverable 4.325 BBO and 1.193 TCF of gas. The Turbidite play is the second most productive, with an estimated technically recoverable 1.279 BBO and 1.120 TCF of gas. In the deformed area, the Thin-Skinned Thrust Belt is the primary play, with an estimated technically recoverable 1.038 BBO and 1.608 TCF of gas (Attanasi 2005). In total, the undeformed area is estimated to contain a technically recoverable total of 6.420 BBO and 3.424 TCF of gas, and the deformed area is estimated to contain a technically recoverable total of 1.267 BBO and 3.617 TCF of gas. Natural gas liquids would also be produced as part of the oil and gas production process. Additional exploration would take place to refine knowledge of the geology and petroleum resources of the area should one of the action alternatives be implemented.

*Trends*

Due to the prior prohibition on leasing, there has been no development of oil and gas resources in the Coastal Plain to date. Section 1002 of ANILCA identified the Coastal Plain for studying the potential oil and gas leasing and development, and there has been interest from some ANCSA corporations in

Case 3:24-cv-00051-SLG    Document 71-3    Filed 08/13/24    Page 4 of 90

AR4114

developing the Coastal Plain ever since 1980, when the 1002 Area was identified (Doyon Limited 2018; Rexford 2017). The area has had limited exploration; as further exploration occurs an improved understanding of the size and characteristics of petroleum resources would be gained.

Ninety percent of technically recoverable resources were estimated to be economically recoverable at $55/barrel (2005 dollars, approximately $85/barrel in 2023 dollars; Attanasi 2005). The threshold price to initiate exploration was estimated to be from $20 to $21/barrel in 2005 dollars (approximately $30 to $32 in 2023 dollars). However, the economics of oil exploration may have changed significantly since that study was published. Alaska North Slope crude was priced around $81 per barrel in December 2022, down from a high of $112 in July of 2022 but up from $68 per barrel one year earlier (EIA 2023). The most recent projections by the EIA predict that crude oil prices will follow a declining trend until 2025, after which they will rise steadily through 2050 (EIA 2023), however crude oil prices may increase or decrease depending on multiple factors and EIA projections are regularly modified as conditions change.

### Direct and Indirect Impacts

Issuance of oil and gas leases under the directives of Section 20001(c)(1) of PL 115-97 would have no direct impacts on the environment because by itself a lease does not authorize any on the ground oil and gas activities; however, a lease does grant the lessee certain rights to drill for and extract oil and gas subject to further environmental review and reasonable regulation, including applicable laws, terms, conditions, and stipulations of the lease. The impacts of such future exploration and development activities that may occur because of the issuance of leases are considered potential indirect impacts of leasing. Such post-lease activities could include seismic and drilling exploration, development, and transportation of oil and gas in and from the Coastal Plain; therefore, the analysis considers potential impacts on petroleum resources from on-the-ground post-lease activities.

### Alternative A

Under Alternative A, no federal minerals in the Coastal Plain would be offered for future oil and gas lease sales. Alternative A would not establish and administer a competitive oil and gas program for the leasing, development, production, and transportation of oil and gas in and from the Coastal Plain in the Arctic Refuge. Current management actions would be maintained, and resource trends would continue, as described in the Arctic Refuge CCP (USFWS 2015a). No future extraction or use of petroleum resources would occur and as a result no potential direct or indirect impacts on petroleum resources from future oil and gas exploration, development, and production would occur.

### Impacts Common to All Action Alternatives

Potential future impacts on petroleum resources under all action alternatives can reasonably be expected to result in the irreversible commitment of petroleum hydrocarbon resources of the PL 115-97 through future oil and gas exploration, development, and production; however, the stated purpose of this EIS is to facilitate petroleum leasing, resulting in development, and production.

Potential impacts on petroleum resources would vary based on the amount of acreage available for leasing and restrictions on access to surface to locate required equipment and infrastructure, including CPFs, well pads, roads, barge and storage pads, and gravel supply sites. Under all action alternatives a limit on total surface disturbance within the program area would be applied, after the limit is reached no further disturbance would be permitted and all activities in the program area would need to take place on existing disturbance. The approach for allocating limited acres of allowable production and support infrastructure

AR4115

and facilities would be generally described in the detailed statement of sale accompanying the notice of sale for the lease sale.

Mean estimates for the program area suggest it contains approximately 7.687 billion barrels of technically recoverable oil and 7.04 TCF of technically recoverable natural gas (Attanasi 2005). Due to high costs associated with operating in the Arctic it is extremely unlikely that all technically recoverable resources would be produced. The US Energy Information Administration estimated that a total of approximately 3.4 BBO could be produced in the Arctic Refuge by 2050, based on expected oil prices at the time (Van Wagner 2018). Oil would be transported to market by a connection to the TAPS.

Given the limited amount of information regarding petroleum resources in the program area, the locations, size, number, and characteristics of any economically viable accumulations of oil are unknown. The rate and total amount of production is highly dependent of these factors, as a result attempting to define variances in production by alternative is too speculative to provide value in this analysis. There are a variety of differences between the alternatives that could impact the rate and amount of production. NSO restrictions could require that well pads be located outside optimal locations for the most efficient oil recovery under some alternatives; however, current horizontal drilling technology would allow operators to recover oil and gas from NSO areas that are within up to six miles of an area where a well pad could be located. Under some alternatives, additional pads could be required to fully access areas with a NSO stipulation, potentially resulting in increased costs and decreasing the overall volume of oil and gas that would be economically recoverable.

Until the locations of oil accumulations targeted for development are known, it is impossible to determine exactly what impact an NSO stipulation might have on development; however, a large contiguous NSO area could prevent the development of a petroleum accumulation located underneath. CSU and TL stipulations would not prevent developing the area but could result in additional costs associated with meeting CSU requirements or compressing activities into shorter timelines within TL requirements. Limits on the amount of total surface disturbance would limit the amount of infrastructure that could be located in the program area, which would ultimately limit the number of producing wells which would constrain production. Operators could locate some infrastructure on lands outside of the program area to keep it from counting against the disturbance limit, and wells could be drilled horizontally into some parts of the program area from well pads located on Native or state lands outside of the program area. However, a large part of the program area can only be accessed from surface development inside its boundary. Depending on the number and size of future developments, surface disturbance limits could restrict total development and production.

A natural gas transport pipeline from the North Slope to southcentral Alaska is currently planned, transported gas would primarily be transformed into liquefied natural gas and transported by ship markets outside of Alaska. Gas transported through the pipeline is expected to initially come from established fields with proven reserves located outside the program area. If proven gas resources are discovered in the Coastal Plain, they could eventually be connected to the pipeline to maintain pipeline capacity as the primary fields are depleted. However, given the size of the recoverable gas reserves in the Prudhoe Bay field and elsewhere on the North Slope, it is assumed that any connection of the Coastal Plain to infrastructure for transportation of natural gas to market would occur beyond the lifetime of this analysis. Estimated total natural gas production from the Coastal Plain ranges from 0 to 7 TCF of gas produced (Attanasi 2005). Any co-occurring gas produced with oil before a gas pipeline is available would be reinjected to maintain reservoir

AR4116

**Table 3-33**
**Anadromous Fish Habitat in Streams of the Program Area and Surrounding Area**

| Freshwater Streams | Streams in the Program Area (Miles) [b] | Anadromous Fish Habitat in the Program Area (Miles) [a] |
|---|:---:|:---:|
| Aichilik River | – | 1 |
| Akutoktak River | 18 | 13 |
| Angun River | 33 | 8 |
| Canning River | 41 | 46 |
| Carter Creek | 22 | 13 |
| Hulahula River | 25 | 27 |
| Jago River | 36 | 26 |
| Katakturuk River | 22 | 20 |
| Kimikpaurauk River | 5 | 4 |
| Kogotpak River | 20 | 12 |
| Marsh Creek | 20 | 1 |
| Nataroarok Creek | 21 | 8 |
| Nularvik River | 3 | 3 |
| Okpilak River | 30 | 30 |
| Sadlerochit River [d] | 29 | 0 |
| Sikrelurak River | 21 | 11 |
| Siksik River | 7 | 5 |
| Staines River | 18 | 18 |
| Tamayariak River | 29 | 26 |
| West Canning River [b] | – | 15 |
| Other Streams Total | 3171 | 26 |
| **Total Streams** | **3571** | **313** |

| Other Waters | Length (Miles) | Area (Acres) |
|---|:---:|:---:|
| Total Lake Area [b] | – | 18,400 |
| Unfrozen Lake Area [e] | – | 6,200 |
| Coastline [f] | 593 | – |

Notes:
[a] ADFG GIS 2023. Data do not exist to quantify overwintering habitat by stream; the locations of overwintering habitat in the program area are depicted in **Map 3-19** in **Appendix A**.
[b] USGS GIS 2023. Data may conflict with ADFG 2023; some streams may show fewer miles of stream than anadromous waters in the stream. These are the best available data for stream miles and anadromous fish habitat miles.
[c] Includes Marsh Fork Canning River
[d] The Sadlerochit River has been identified as providing habitat for anadromous Dolly Varden (see **Map 3-19** in **Appendix A**), but the ADFG AWC has not been updated to reflect its addition to the catalog; thus, there are no AWC miles in this table.
[e] Grunblatt and Attwood 2014. Dataset indicates the presence of liquid water, but not depth of water; thus, this data set overestimates potential fish overwintering habitat (unfrozen water may be range from a few inches to over 7 feet), though it is the best available information for this topic. Numbers are surface area of lakes with any portion unfrozen.
[f] NOAA GIS 2018; USFWS 2015a

As described in **Section 3.2.10**, Water Resources, freshwater habitat is limited in the program area; this is the case especially during the winter, when aquatic habitat is reduced to approximately 5 percent of that available during summer as most rivers freeze to the bottom and the only known liquid water is contained in isolated pockets beneath ice hummocks and along spring-fed reaches. This reduction in habitat results in fewer freshwater and anadromous fish species in the program area, relative to other parts of the ACP along the Beaufort and Chukchi Seas (USFWS 2015a) (**Map 3-19** in **Appendix A**).

*Lagoons and Nearshore Brackish Waters*

Lagoons and shallow, brackish coastal waters are well understood to provide refuge/nursery habitat for juvenile fishes and for providing significant invertebrate prey for juvenile and adult fishes alike (Craig et al. 1982; Craig 1984; Dunton et al. 2006; Dunton et al. 2012). The nearshore brackish and marine waters within the boundary of the Arctic Refuge, including the program area, are composed of a mix of open

*Coastal Plain Oil and Gas Leasing Program*
*Draft Supplemental Environmental Impact Statement*

AR4177

coastline, bays, and lagoons, bounded on the north by barrier islands. There are 16 bays and lagoons along the program area coastline, representing 593 miles of coastline and nearshore aquatic habitat potentially home to aquatic species (USFWS 2015a) (**Map 3-19** in **Appendix A**). These productive, shallow nearshore waters provide ample foraging and refuge opportunity for smaller fish and rich feeding grounds for larger migratory fish. During summer, these waters become brackish due to freshwater input from rivers along the ACP (Dunton et al. 2006; USFWS 2015a). Many of the inside barrier island lagoons are shallow and experience reduced currents and a small tidal flux of less than or equal to 1 foot, resulting in waters that are warmer and fresher than those outside the barrier islands.

Summertime mixing of marine waters with freshwaters produces conditions favorable to many marine and anadromous fishes,[20] as well as invertebrates (USFWS 2015a); however, by late fall the lagoons become saline again as freshwater input declines. As ice forms on the lagoons the water below becomes hypersaline and very cold, the result of ion exclusion during ice formation, restricted flow between the lagoons and the open sea beyond, and freezing point depression with greater salinity. These cold, hypersaline lagoon environments become unsuitable habitats for both anadromous and marine fishes during winter (USFWS 2015a).

*Rivers, Streams, and Springs*

The program area is underlain by continuous permafrost, which limits infiltration of surface water, resulting in a high ratio of stored water at the surface, rather than in the ground (USFWS 2015a). Data on these water resources are limited, with few datasets going back more than 5 years. There is speculation that groundwater flow sources south of the Brooks Range may play an important role in surface water recharge (Kane et al. 2013).

All flowing surface waters in the program area drain to the Beaufort Sea. There are at least 10 major rivers and many smaller streams in the program area, though most flow only during summer, because of snowmelt, rainfall, perennial springs, and, in some cases, glacier melt (McCart 1980; Lyons and Trawicki 1994; Rabus and Echelmeyer 1998; Kane et al. 2013; USFWS 2015a) (**Table 3-33** and **Map 3-19** in **Appendix A**). During winter, most streams cease flowing by October or November due to freezing and remain uninhabitable by fish until May or June (Lyons and Trawicki 1994). The exception to this rule is in areas with perennial spring flow, which offer the only available overwintering fish habitat outside of summer (Craig 1989; Brown et al. 2014; Kane et al. 2013; USFWS 2015a) (**Map 3-19** in **Appendix A**). The temperature of these springs ranges from 0 to 33 °C, with many hovering just above freezing. Spring discharge in and near the program area is approximately 20,000 liters per second requiring a groundwater recharge area of 3,150 square kilometers. Groundwater recharge likely occurs on the south side of the Brooks Range where extensive limestone outcrops are found (Kane et al. 2013). Though there are 392 miles of streams in the program area (**Table 3-33**), only 5 percent (roughly 20 miles) are habitable in winter. Although perennial springs are considered high-quality overwintering habitat, mass mortality events have been observed (Glass et al. 2023). A USFWS survey of unfrozen river water in late winter determined that rivers were unlikely to be sufficient sources of water to support ice road development (Elliott and Lyons 1990).

A large portion (approximately 99 percent) of the program area is classified as wetlands, but lakes constitute very little of the total surface area of water for the region (Trawicki et al. 1991). Lake density from the

---

[20]Fish species that inhabit the ocean mostly but return to inland waters to spawn

Staines and Canning Rivers to the Aichilik River (which mark the western and eastern bounds of the program area) is lower than the ACP west of the Arctic Refuge (White et al. 2008; Arp and Jones 2009; USFWS 2015a). The central portion of the program area has very few lakes. Most program area lakes are near the delta areas of the Canning, Sadlerochit, and Jago rivers (**Map 3-19** in **Appendix A**) (USFWS 2015a). As noted in **Section 3.2.10**, Water Resources (Lakes and Rivers), as much as 80 percent of the estimated volume of liquid water during winter is concentrated in just seven lakes in the Canning River delta.

These lakes vary in surface area from less than 1 acre to approximately 1,500 acres, though most are less than 12 acres (USFWS 2015a). Most are shallow and freeze solid during winter (Lyons and Trawicki 1994). Only 33.7 percent of the program area lakes) have some small volume of unfrozen water in winter. All lakes that are shallower than 7 feet deep freeze to the substrate in the winter (Clough et al. 1987; USFWS 2015a). The few lakes with remaining liquid water at the end of winter (lakes deeper than 7 feet) occur mostly in the Canning River delta area; thus, fish overwintering habitat is extremely limited in program area lakes (**Map 3-21** in **Appendix A**). The total lake surface area is 18,400 acres, with only 6,200 acres available as potentially deep, overwintering water (**Table 3-33**; overwintering acres are likely overestimated). Of 119 lakes in the program area surveyed by USFWS in the late 1980s and early 1990s, just nine lakes represent 90 percent of the available unfrozen water in April when ice thickness reaches its maximum depth (Trawicki et al. 1991). Trawicki et al. (1991) estimated a total of 55,379 acre-feet of liquid water in program area lakes prior to freezup in October. By late April, when ice thickness had reached 7-feet, liquid water volume was estimated at 3,366 acre-feet, or 6 percent of ice-free season liquid water volume (**Appendix J, Table J-8**). While subsistence fishes are uncommon in most of these lakes, the same study found that the ninespine stickleback, a hardy forage fish, was found in 34 of 52 lakes surveyed for fish.

### Fish Species

There are approximately 17 to 21 species of fish that use the program area regularly on a seasonal basis (**Table 3-34**); however, only Dolly Varden, round whitefish, burbot, ninespine stickleback, and arctic grayling overwinter in freshwater habitats in the program area (**Table K-1** in **Appendix K**). Some species are described as overwintering in other parts of the Arctic Refuge (USFWS 2015a), but they have not been confirmed in studies in the program area (USFWS 2015a); thus, a range of likely species is presented in this SEIS, based on the best available information. It is also likely that additional marine species, which are not listed in **Table 3-34**, may use waters north of the program area (USFWS 2015a; BLM 2012).

Round whitefish and burbot are present in the Canning River at the western boundary but not elsewhere in the program area (Fruge and Palmer 1994; USFWS 2015a). Dolly Varden are present in three resident populations—dwarf populations that occupy perennial springs, residual males from otherwise anadromous populations, and populations that occupy isolated lakes—and several anadromous populations (McCart and Craig 1973; USFWS 2015a).

Arctic grayling occur in some lakes and in rivers with perennial springs (Fruge and Palmer 1994; USFWS 2015a). Most of the anadromous species described in **Table 3-34** use the nearshore marine area for migration or rearing (Craig 1989). Various marine species also use the nearshore marine area, but only four are present in large numbers next to the program area (USFWS 2015a): four horn sculpin, arctic flounder, saffron cod, and arctic cod. Additional information on the life history attributes for fish of the program area are provided in **Appendix K**.

AR4179

**Table 3-34**
**Fish Species that Have Been Identified in the Program Area**

| FAMILY Common Name | | Scientific Name | Freshwater | Anadromous | Marine |
|---|---|---|---|---|---|
| Cottidae: sculpins | Fourhorn Sculpin | *Myoxocephalus quadricornis* | - | - | + |
| Gadidae: cods | Arctic Cod | *Boreogadus saida* | - | - | +* |
| | Burbot | *Lota lota* | + | - | - |
| | Saffron Cod | *Eleginus gracilis* | - | - | +* |
| Gasterosteidae: sticklebacks | Ninespine Stickleback | *Pungitius pungitius* | + | + brackish | - |
| Osmeridae: smelts | Rainbow Smelt | *Osmerus mordax* | - | + | - |
| Pleuronectidae | Arctic Flounder | *Pleuronectes glacialis* | - | - | + |
| Salmonidae: salmonids | Arctic Cisco [b] | *Coregonus autumnalis* | - | + | - |
| | Arctic Grayling | *Thymallus arcticus* | + | - | - |
| | Broad Whitefish | *Coregonus nasus* | + | + | - |
| | Chinook Salmon | *Oncorhynchus tshawytscha* | - | +* | - |
| | Chum Salmon | *Oncorhynchus. keta* | - | +* | - |
| | Dolly Varden | *Salvelinus malma* | + | + | - |
| | Humpback Whitefish | *Coregonus pidschian* | + | + | - |
| | Least Cisco | *Coregonus sardinella* | + | + | - |
| | Pink Salmon | *Oncorhynchus gorbuscha* | - | +* | - |
| | Round Whitefish | *Prosopium cylindraceum* | + | - | - |

Source: BLM 2012; USFWS 2015a
- = not applicable
* Species with designated EFH in the program area
[a] Species that may be extremely rare or unconfirmed as present in program area waters.
[b] Some subsistence users have reported harvest take of Bering cisco (*Coregonus laurettae*), though this has not been confirmed, based on taxonomic features, such as gill raker count.

*Aquatic Invertebrates*

Though data for aquatic invertebrates in the program area are limited, it is well understood that invertebrates provide the bulk of food resources for both fish and bird communities of the ACP (Howard et al. 2000). The distribution and density of invertebrates depend on the types and quantities of habitats, including sediment and vegetation types (Dunton and Schonberg 2000). The most productive waters for invertebrates are in coastal marine environments, where benthic and pelagic organisms are plentiful and diverse. Fauna in nearshore brackish and marine waters are primarily omnivorous detritovores strongly dependent on microbial processing of terrestrial sources of carbon (Dunton et al. 2012). Epibenthic fauna (such as polychaetes, mysids, and amphipods) that proliferate in the relatively warm summer waters of coastal bays and lagoons, are the main food source for fish in these ecosystems (Craig et al. 1984). In freshwater habitats, benthic invertebrates and zooplankton are most prevalent, with the former dominating food sources for fish (Howard et al. 2000); key freshwater macroinvertebrates include Anostraca, Chironomidae, Cladocera, Limnephilidae, and Physidae (Gurney et al. 2022). Terrestrial insects likely contribute to freshwater invertebrate food resources for fish. For a more complete understanding of aquatic invertebrate communities in the program area and the ACP, refer to *The Natural History of an Arctic Oil Field* (Truett and Johnson 2000); however, surface freshwaters are a limited resource throughout the program area, so aquatic macroinvertebrate assemblages in freshwater would be reduced and perhaps less diverse by comparison to flowing or lacustrine waters of the ACP west of the Canning River.

AR4180

*Aquatic Invasive Species*

An "invasive species" is defined as "a species whose introduction does or is likely to cause economic or environmental harm or harm to human health where it is introduced" (EO 13112 of February 3, 1999: Invasive Species). EO 13112 requires federal agencies to prevent the introduction of invasive species and provide for their control and to minimize the economic, ecological, and human health impacts that invasive species cause. Potential vectors for introducing aquatic invasive species include ballast-water discharge, fouled ship hulls, and equipment placed overboard (e.g., anchors, seismic airguns, hydrophone arrays). The USCG developed regulations (33 CFR 151) that implement provisions of the National Invasive Species Act of 1996. Vessels brought into the State of Alaska or federal waters are subject to these USCG regulations, which are intended to reduce the transfer of invasive species. The regulations require operators to remove "fouling organisms from hull, piping, and tanks on a regular basis and dispose of any removed substances in accordance with local, state, and federal regulations" (33 CFR 151.2035(a)(6)).

An additional concern is the potential invasion by the submerged aquatic vascular plant, *Elodea canadensis*, which has recently started to colonize lakes throughout Alaska (ACCS 2018c) (see **Section 3.3.1**). This invasive aquatic plant species has spread throughout sub-Arctic freshwaters of Alaska, often transported from previously colonized lakes to new waterbodies via float plane or boat propellers. *Elodea* has the potential to disrupt fish populations by creating abiotic conditions (i.e., reduced dissolved oxygen), changing aquatic habitat structure, altering predator-prey interactions, and potentially impacting including whole ecosystems (Carey et al. 2016, 2023)

*Saprolegnia parasitica*, a water mold, is not truly an invasive species but may be expanding its range in the north and increasing in density. *Saprolegnia* is common throughout temperate regions and is often noted in Pacific salmon in freshwater as they return to spawn. The disease is uncommon in brackish waters and in marine fishes. It is commonly observed in stressed or injured fish in freshwater (Sformo et al 2021). *Saprolegnia* was first detected in Broad Whitefish on the Colville River in 2013, and in Humpback Whitefish in 2016 (Sformo et al. 2017). Severe *Saprolegnia* infection can lead to osmoregulatory dysfunction and subsequently death by haemolysis (Van West 2006). This infection has been previously found in salmonids from the nearby Northwest Arctic Borough: Noatak Chum Salmon (*Oncorhynchus keta*, ADFG Fish Pathology Database Acc. No, Year: 84–0234, 1984), Kotzebue/Ambler River Chum Salmon (02–0027, 2001), Kotzebue/Ambler River Sheefish (*Stenodus leucichthys*, 02–0026, 2001), and Wulik River/Kivalina Dolly Varden (03–0041, 2002). It has been speculated that this emerging disease in the Colville River is related to changes in the aquatic environment, specifically increasing temperatures (Sformo et al 2021).

*Essential Fish Habitat*

The 1996 Sustainable Fisheries Act enacted additional management measures to protect commercially harvested fish species from overfishing. Measures were added to the Magnuson-Stevens Fishery Conservation and Management Act Reauthorization (16 USC 1801–1882), including one to describe, identify, and minimize adverse effects on EFH. Pacific salmon are found in the program area in both marine water and freshwater, though at this time NMFS officially lists Pacific salmon in only freshwater.

Freshwater EFH consists of the lower reaches of some larger rivers in the western portion of the program area (**Map 3-20** in **Appendix A**). Because there is no identified spawning habitat for these species, EFH does not extend to the upstream reaches of these rivers. Pacific salmon (particularly pink and chum salmon) are found in marine waters along the entirety of the Beaufort Sea coastline; however, recent data indicate

AR4181

that EFH for these species on the ACP could be refined to just freshwater habitats (Echave et al. 2012; Simpson et al. 2017). Arctic cod EFH includes the marine, nearshore, and coastal lagoon waters in and next to the program area, but they may also extend into the lower, brackish reaches of larger rivers during summer.

Saffron cod are not officially listed under NMFS guidelines for EFH in the program area but are a common species in nearshore and offshore marine waters of the Beaufort Sea. It is likely that a future review of EFH would include the entirety of the Arctic Alaska coastlines as saffron cod EFH. Snow crab EFH is found in nearshore coastal marine habitats throughout the Beaufort Sea coastline to Canada, including the program area. See **Appendix P** for a more complete analysis of program area EFH relative to lease stipulations and ROPs found in **Table 2-3**. Additional relevant information on EFH for the Arctic, including the Beaufort Sea coastline, can be found in the NPR-A IAP/EIS (BLM 2012).

*Climate Change*

As discussed in BLM 2018a, climate change is affecting many variables that then affect aquatic species and habitats; such variables are precipitation, timing of ice formation, permafrost degradation, macroinvertebrate abundance, and changes to hydrologic functions and water quality, such as temperature and dissolved oxygen, longer open-water periods and increased fetch leading to coastal erosion, which in turn could impact fish and invertebrate communities. Increasing temperature is expected to change climate patterns and lengthen the ice-free season, degrade permafrost, and increase evaporation, processes that contribute to surface water hydrology and may reduce (Laske et al. 2016) or increase (Stueffer et al. 2017) surface water connectivity. Reductions in connectivity from, for example drying of channels or ponds, may in turn reduce colonization opportunities for fish by limiting dispersal pathways and movement between habitats (Laske et al. 2016). This could change local species assemblages or species richness. Additionally, climate change may result in expansion or contraction of species ranges, the timing of the spawning run, and susceptibility to disease or competition for many species, including Pacific salmon (Logerwell et al. 2015; Crozier 2016). Recent surveys of fish assemblages in two lagoons in the Arctic Refuge suggest that moderate to rapid warming in the last two decades is resulting in borealization[21] of fish communities (von Biela et al. 2022). This trend is exemplified by profound decreases in Arctic specialist fish like fourhorn sculpin and increases in generalists like saffron cod or even changes in habitat use for species like Dolly Varden. BLM (2019) describes the potential impacts of GHG emissions that could result from post-lease oil and gas activities from combustion of fossil fuels (mainly natural gas, diesel fuel and gasoline) for construction, drilling, production, processing, and transport of the petroleum products. Smaller amounts of emissions would occur through permafrost degradation from surface-disturbing activities. Additional GHG emissions would result from combustion of the products themselves in the global marketplace.

**Direct and Indirect Impacts**

Issuance of oil and gas leases under the directives of Section 20001(c)(1) of PL 115-97 would have no direct impacts on the environment because by itself a lease does not authorize any on the ground oil and gas activities; however, a lease does grant the lessee certain rights to drill for and extract oil and gas subject to further environmental review and reasonable regulation, including applicable laws, terms, conditions, and stipulations of the lease. The impacts of such future exploration and development activities that may occur because of the issuance of leases are considered potential indirect impacts of leasing. Such post-lease

---

[21]Community reorganization where Arctic species are replaced by species with more boreal distributions in response to climatic warming.

### 3.3.3 Birds

#### *Affected Environment*

According to the USFWS (USFWS 2015a, Appendix F), 157 bird species have been recorded in the Arctic Refuge on the northern foothills of the Brooks Range, in the ACP (an area inclusive of the program area), and in adjacent marine waters (**Table J-9** in **Appendix J**). Sixty-nine of those species (44 percent) are confirmed breeders or permanent residents, or both; 11 are possible breeders, 40 species use the ARCP during staging or migration (29 of which are breeders or possible breeders), and 65 species occur as casual, accidental, or rare visitors.

With some exceptions described below, birds in the program area are migratory and are only present May to September (Young et al. 1995; Kuletz et al. 2015; Kuletz and Labunski 2017). Winter residents include small numbers of ravens and ptarmigan, American dippers near open running water, and occasional gyrfalcons. The migration routes and wintering areas of ARCP birds encompass much of the North American and South American continents and central and southern Pacific islands; some species may winter in southern Africa, Australasia, east and southeast Asia, and coastal Antarctica.

Shorebirds and passerines[22] are the most abundant guilds of nesting birds on the ARCP (Bart et al. 2012). Waterfowl, loons, grebes, and cranes also use the ARCP in large numbers (Bart et al. 2013). Raptors, other larids (gulls, terns), and seabirds are less abundant but important components of the bird community.

Of the species considered likely to occur on the ARCP, 39 are classified as common, fairly common, or abundant in one or more seasons, and all are breeders or possible breeders on the ARCP. Most of the 53 species considered casual and accidental visitors were seen outside the normal range of the species, as were many of the species listed as uncommon or rare; however, 40 of the 65 species listed as uncommon or rare are breeders or possible breeders in the ARCP, and many of these are species of conservation concern (Pearce et al. 2018; **Table J-9** in **Appendix J**).

As treated in this EIS, waterbirds on the ARCP are waterfowl (ducks, geese, and swans), loons, grebes, and cranes. Seventy-eight species of waterbirds, shorebirds, larids, and other seabirds occur along the marine vessel transit route to Dutch Harbor, Alaska, including Steller's and spectacled eiders, which are discussed under *Special Status Species*, below (see **Table J-11** in **Appendix J**). Many bird species are present where there is open water in these marine habitats during all seasons of the year; however, concentration areas are particularly important during the fall open water season (Kuletz and Labunski 2017). A number of species, including eiders and brant, rely on marine habitats and freshwater wetlands along the Beaufort, Chukchi, and Bering sea coastlines during migration, molting, and/or wintering.

The ARCP represents a substantial portion of the Beaufort Sea coastline in Alaska. Accordingly, it also supports a large number of birds during the important pre-breeding, nesting, rearing, and migration staging periods. For these reasons, the ARCP and adjacent marine waters are recognized as important bird areas by the American Bird Conservancy, Audubon, and Birdlife International. Prior studies (summarized in USFWS 2015a; Pearce et al. 2018; and USFWS and BLM 2018) have demonstrated that at least several hundred thousand breeding and nonbreeding birds use the ARCP and program area during spring migration, summer breeding, and fall staging and migration.

---

[22]Perching birds.

*Coastal Plain Oil and Gas Leasing Program*
*Draft Supplemental Environmental Impact Statement*

Case 3:24-cv-00051-SLG   Document 71-3   Filed 08/13/24   Page 13 of 90

AR4197

Even for species that have been relatively well studied, such as golden eagles and fall-staging snow geese, recent data are lacking (summarized in USFWS 2015a). Although there are historical survey data for the ARCP, as described in USFWS and BLM (2018), detailed distribution and abundance data for the program area are lacking for many species, and contemporary data are lacking for most bird species. In addition, much of the contemporary data were collected for only 1 or 2 years, cover only a small portion of the program area, or were collected at low survey intensity. The program area contains far fewer waterbodies, compared with sites farther west, such as Prudhoe Bay and the NPR-A. Because of this, many waterbirds and shorebirds are patchily distributed, which increases the difficulty in estimating numbers with precision. Information about the various bird species and species groups found in the program area is summarized below.

*Special Status Species*

The Migratory Bird Treaty Act and the corresponding Migratory Bird Convention Act and Canada Wildlife Act in Canada protect all migratory birds. The Bald and Golden Eagle Protection Act provides additional protections for eagles. The ESA and the Species At Risk Act in Canada protect threatened and endangered bird species (**Table J-10** in **Appendix J**).

Of the 157 species known to occur in the program area, 12 are recognized as BLM sensitive species (BLM 2019b), 18 are USFWS birds of conservation concern (USFWS 2021b), and 45 are recognized as at-risk species by the ADFG (**Table J-9** in **Appendix J**). ADFG at-risk species are those with a small population size or range, a declining population, or a population facing documented threats. ADFG at-risk rankings also incorporate the conservation concern listings prepared by other agencies and specialist groups focused on the conservation of Alaska birds (ADFG 2015). Listings by the US Shorebird Conservation Plan Partnership, Partners in Flight, the International Union for Conservation of Nature Red List of Threatened Species (IUCN 2018), and Audubon Alaska (Warnock 2017a and 2017b) are also included in **Table J-9** in **Appendix J**.

Steller's eiders, the smallest of the four eider species, are tundra-nesting sea ducks. Their primary present-day breeding range is in eastern Siberia, where they nest in wet tundra near freshwater ponds with and without emergents[23] (Fredrickson 2001; Safine 2013, 2015; Graff 2016). The Alaska-breeding Steller's eider, which belongs to a larger Pacific population, was listed under the ESA as a threatened species in 1997 (62 FR 31748–31757). Critical habitat was designated for Steller's eiders in western Alaska (including Kuskokwim Shoals, Sea Islands, Nelson Lagoon, and Izembek Lagoon, all of which are next to the marine transportation route), but no critical habitat was designated on the North Slope. Although the nesting distribution on the North Slope once extended eastward to Demarcation Bay, most Steller's eiders in the listed population nest in the Utqiaġvik area (Quakenbush et al. 2002). Steller's eiders are considered to occur only as rare visitors in the program area (**Table J-9** in **Appendix J**) and are not expected to nest that far east on the ACP. As with other eiders, they spend the entire non-breeding season in coastal marine waters. In the winter, most of the world's Pacific Steller's eiders are located along the Alaska Peninsula and Aleutian Island chain.

The spectacled eider is a medium-sized eider, breeding on tundra in arctic and western Alaska and eastern Siberia and spending the rest of the year at sea, after young can fly (Petersen et al. 2000). The spectacled eider was listed as threatened under the ESA in 1993, after a severe decline of the species on the Yukon-

---

[23]A water plant whose leaves and flowers appear above the surface

Case 3:24-cv-00051-SLG    Document 71-3    Filed 08/13/24    Page 14 of 90

AR4198

Kuskokwim Delta (58 FR 27474–27480). Critical habitat was designated in 2001 in Ledyard Bay in the Chukchi Sea and in other areas of western Alaska next to the marine transportation route (66 FR 9146–9185). No critical habitat occurs in the program area. The spectacled eider breeds primarily on the Arctic coast from Point Lay and Utqiaġvik to the Sagavanirktok River (USFWS 1996). The program area is in the breeding range, but in the lowest density class for pre-nesting spectacled eiders as measured by ACP aerial surveys (Wilson et al. 2018; Amundson et al. 2019). Between 1992 and 2016, densities of pre-nesting spectacled eiders were low (0.253 birds per 0.39 square mile; range: 0.233–0.278) (**Map 3-22**, Nest Sites, Observations, and Density of Pre-Nesting Spectacled Eider, in **Appendix A**). The spectacled eider is an uncommon breeder in the program area (USFWS 2015a). Nests have been documented on the Canning River delta as recently as 2017 (USFWS unpublished data; Lamoreaux 2017), but contemporary systematic ground surveys have not been conducted. Low numbers of spectacled eiders are expected to occur in the program area during the pre-nesting and nesting periods, where suitable habitat is available.

*Waterbirds*

Thirty-seven species of waterbirds have been observed on the ARCP, 20 of which are confirmed breeders and 4 are possible breeders; 19 species occur as migrants (14 of which are also breeders), and an additional 9 species are visitors (**Table J-9** in **Appendix J**). Most of the 9 species of waterbirds that are casual or accidental visitors and several of the 15 uncommon and rare species are outside their historical ranges; however, 9 of 15 uncommon or rare species breed on the ARCP, and several of these are species of conservation concern. Of the 24 waterbird species considered breeders and possible breeders on the ARCP, there are 14 species of ducks, 3 geese, 3 loons, 2 swans, 1 grebe, and 1 crane.

Of the 37 species of waterbirds known to occur on the ARCP, five species are included on at least one of four agency conservations lists. Two are listed as threatened under the ESA (Steller's and spectacled eiders); another 2 are listed as sensitive species by the BLM (red-throated and yellow-billed loons; BLM 2019b), one of which (yellow-billed loon) is also a USFWS bird of conservation concern (USFWS 2021b); and ADFG lists these plus a fifth species (black scoter) as an at-risk species (ADFG 2015) (**Table J-9** in **Appendix J**). Five waterbird species considered game species are listed by the USFWS Migratory Bird Program as Focal Species: brant, greater scaup, lesser scaup, common eider, and white-winged scoter (USFWS 2011).

Waterbirds, especially ducks and geese, are an important subsistence resource for residents in Kaktovik (summarized in USFWS 2015a). Thirteen waterbird species that occur in the program area are harvested by Kaktovik residents; an average of 11 waterbird species (range: 8–12) were reported as harvested during 2007–2012 (Harcharek et al. 2018). Black brant, cackling, and Canada geese represented the largest proportion of the waterbird subsistence harvest during all years.

Thirteen waterbird species are fairly common to abundant seasonally in the program area: greater white-fronted goose, snow goose, brant, Canada, cackling goose, tundra swan, northern pintail, king eider, common eider, white-winged scoter, long-tailed duck, red-breasted merganser, red-throated loon, and Pacific loon (Pearce et al. 2018). All occur as breeders or possible breeders. The North American Waterfowl Management Plan (USFWS 2012) and updates (USFWS 2018a) outline the population status and abundance objectives of agency wildlife managers for waterfowl (ducks, geese, and swans).

Using aerial-survey breeding waterbird data collected across the ACP from 1992–2016 for 20 species, Amundson et al. (2019) found that density on the ARCP was greater than average for tundra swan, red-

3-152

*Coastal Plain Oil and Gas Leasing Program*
*Draft Supplemental Environmental Impact Statement*
Case 3:24-cv-00051-SLG    Document 71-3    Filed 08/13/24    Page 15 of 90

AR4199

throated loon, and Canada/cackling geese, and lower than average for greater white-fronted geese, Pacific loon, Steller's eider, white-winged scoter, and yellow-billed loon. There was no difference in density between areas surveyed in NPR-A and the ARCP for snow geese, black brant, northern pintail, scaup, spectacled eider, king eider, long-tailed duck, and red-breasted merganser.

Breeding waterbirds generally arrive in the Coastal Plain of the North Slope in late May and June and begin nesting from late May through June (Johnson and Herter 1989). Most waterbird species nest at highest densities in wet and moist tundra habitats, often on waterbody shorelines, islands, and peninsulas, but some species primarily nest in drier habitats. The distribution of high-value waterbird nesting habitats in the ARCP is roughly represented by the areas included in annual USFWS waterfowl breeding population surveys (Larned et al. 2011; see **Map 3-22**).

In July and August, most waterbirds occupy lakes and ponds to rear their young, although geese and cranes graze in tundra wetlands. In the late summer, large numbers of post-breeding and molting (temporarily flightless) sea ducks, primarily long-tailed ducks, and other waterfowl and loons use coastal lagoons behind the barrier islands. In aerial surveys conducted in late June/early July 1999–2011, surf scoters were the most abundant species in the ARCP barrier island/lagoon system (mean 2,857 birds, range 544 to 8,855 birds), followed by long-tailed ducks (mean 1,445 birds, range 220 to 3,199) and white-winged scoters (mean 1,340, range 31 to 4,192) (Dau and Bollinger 2012, USFWS unpublished data).

Common eiders and red-breasted mergansers were abundant, and loons and swans were common in the lagoon systems in late June/early July. By late July/early August, long-tailed ducks become the dominant species in the lagoons, where they spend the molting period flightless. In surveys conducted in the ARCP lagoons in 2002 and 2003, 12,000 and 27,965 long-tailed ducks were counted, making up 92 and 95 percent of birds observed (Lysne et al. 2004).

The peak in numbers of long-tailed ducks in the lagoons are in late July or early August. This is followed by a decline into mid-September, by which time the flightless molt has ended (Garner and Reynolds 1986; Johnson and Gazey 1992). Other species present in much lower numbers (fewer than 450 birds) during the late July/early August surveys were common and king eiders, surf scoters, scaup, northern pintails, and all three species of loons.

Waterbirds use both inland and coastal habitats as they stage for the southward migration. Sea ducks and other waterbirds continue to forage in the lagoons. Migratory waterbirds may be present in the marine environment through October and into November, leaving with advancing sea ice (Kuletz et al. 2015).

Various migration routes and wintering areas are used by different species of waterbirds. Most geese and dabbling ducks migrate through the Pacific and Central Flyways, but are also found in the Mississippi and Atlantic Flyways during winter. Tundra swans cross the continent to winter on the Atlantic coast, largely in Chesapeake Bay. Primary migration routes of brant, eiders, and loons from the ARCP are coastal across northern Alaska and along the coasts of the Chukchi and Bering seas. Eiders winter primarily in the Bering Sea, with some species also occurring in coastal areas of southern Alaska. Brant, Pacific loons, and yellow-billed loons from the ARCP winter primarily along the Pacific coast of North America, while red-throated loons from the ARCP winter in East Asia (McCloskey at al. 2018).

Common Eider and King Eider

Common and king eiders are an important subsistence resource for North Slope residents. The USFWS conducted 12 years of aerial surveys during the nesting period of common eiders (1999–2009, 2011) and estimated the number, distribution, and population trend of common eiders in coastal habitats on the North Slope, including Arctic Refuge lands (Dau and Bollinger 2012, summarized in USFWS 2015a) (**Map 3-23** top panel, Common Eider Locations in Late June/Early July, in **Appendix A**). During that period, USFWS estimated between 75 and 445 breeding pairs annually, suggesting that common eiders have increased in abundance on their barrier island breeding grounds in the Arctic Refuge since 1976, although the reasons are uncertain (USFWS 2015a). In a 2015 ground-based survey conducted across most Arctic Refuge barrier islands, over 800 common eider nests were found (USFWS, unpublished data).

Common eiders that breed in the Arctic Refuge primarily winter in the Bering Sea, apparently using the closest available ice-free habitats (Petersen and Flint 2002). Common eiders use the lagoon system into late July/early August prior to migration (**Map 3-23** bottom panel, Common Eider Locations in Late July/early August, in **Appendix A**). Migration routes of common eiders in the Beaufort Sea are generally within 30 miles of shore, and routes are affected by the occurrence of open water leads in spring. Common eiders undertake spectacular spring migrations of several hundred thousand birds between the Beaufort Sea and coastal areas in western Alaska, along the coast of the Chukchi Sea. Common eiders undertake a molt migration between June and September from the breeding grounds to the molting areas (Goudie et al. 2020). The true fall migration from the molting areas to the wintering areas is typically in October-December (Goudie et al. 2020). Fine-scale data on molting areas for common eiders is not available.

From systematic observations of the spring and fall migrations past Point Barrow, common eider numbers declined by 53 percent between 1976 and 1996 (Suydam et al. 2000). The common eider population that migrates past Point Barrow increased by a rate of 2.26 percent annually between 1994 and 2004. During that time, numbers of common eiders observed during spring migration increased from 74,651 in 1994 and 72,606 in 1996 to 114,996 in 2003 and 110,561 in 2004 (Quakenbush et al. 2009). Westward fall migration of eiders is protracted compared to spring migration, and common eiders move out of the Beaufort Sea between July and October, after molting. They use a corridor paralleling the northern coast of the Yukon Territory and Alaska, past Point Barrow and southwest across the Chukchi Sea to wintering areas in the Bering Sea south to the Aleutian Islands.

King eiders are abundant in the Beaufort Sea area, including the program area (Johnson and Herter 1989). They nest primarily in tundra wetlands, and low densities (0.3–0.8 nests/0.39 square mile) have been documented in the Arctic Refuge (Johnson and Herter 1989) (**Map 3-24**, King Eider, in **Appendix A**). Spring migrating king eiders come close to land only as they pass specific points, including Point Barrow and sites primarily in the Northwest Territories of Canada; offshore lead systems in pack ice are the primary determinant of routing and timing. Similar to common eiders, spring migrations of king eiders past Point Barrow in May can be spectacular, with king eiders typically first and closely followed by common eiders.

King eiders undertake a molt migration between July and September leaving the breeding grounds and the Beaufort Sea for staging areas in the Chukchi Sea and then to molting and wintering areas in the Bering Sea (Phillips et al. 2006). As in spring, much of this migration occurs offshore and is most conspicuous at Point Barrow and Cape Bathurst in the eastern Beaufort Sea, and less conspicuous along much of the intervening coast (Johnson and Richardson 1982). King eiders are not abundant during fall surveys of coastal lagoons in the Arctic Refuge (Lysne et al. 2004).

AR4201

Barry (1974) estimated that about a million king eiders migrated into and through the Beaufort Sea area in the early 1970s; however, estimated numbers from systematic observations at Point Barrow in spring and fall declined for unknown reasons by more than 50 percent between 1976 and 1996, to about 350,835 birds (Suydam et al. 2000). In 2003 and 2004, 304,966 and 591,961 king eiders, respectively, were estimated (Quakenbush et al. 2009). King eider populations were stable, and possibly increasing, between 1996 and 2016 (McGuire et al. 2019).

Waterbird Use of Coastal Lagoons

Many waterbirds in the post-breeding period use the coastal lagoons between the barrier islands and the program area's coast (see **Appendix A**, **Map 3-23**, Common Eider, **Map 3-24**, King Eider, **Map 3-25**, Surf Scoter, **Map 3-26**, Long Tailed Duck, and **Map 3-27**, Yellow-Billed Loon).

In aerial surveys of nearshore waters and barrier islands conducted 1999–2009 and 2011 during late June and early July (early incubation for common eiders and the early post-breeding period for most other species surveyed), 17 waterbird species were recorded regularly (Dau and Bollinger 2009, 2012). The most abundant species recorded was surf scoter (average of 2,173 individuals), followed by long-tailed duck (average of 819 individuals), common eider (average of 593 individuals), and glaucous gull (average of 553 individuals). In aerial surveys conducted later in the season (late July and early August 2002 and 2003), thousands more long-tailed ducks were observed, with over 28,000 birds recorded in one year (Lysne et al. 2004). These numbers likely far exceed the number breeding in the Arctic Refuge, indicating that long-tailed ducks from a larger geographic area move to coastal lagoons in the Arctic Refuge to molt in late summer and fall (Lysne et al. 2004; USFWS 2015a).

During those same aerial surveys conducted in fall 2002 and 2003, up to 20 percent of yellow-billed loons, 28 percent of red-throated loons, 29 percent of long-tailed ducks, 33 percent of scaup, and 41 percent of Pacific loons counted across the entire North Slope survey area were in the lagoons and nearshore areas along the Arctic Refuge coast (Lysne et al. 2004).

Snow Goose

The entire western Arctic population of snow geese assembles for fall migration in the Coastal Plain of Alaska and Canada during late August and early September (Garner and Reynolds 1986; USFWS 2015a). In post-breeding surveys conducted between 1973 and 2004, as many as 325,760 snow geese were recorded on the ARCP (**Map 3-28**, Frequency of Occurrence of Snow Goose Flocks with >500 Birds observed During Aerial Surveys, 1982–2004, in **Appendix A**). During 1992–2016, snow geese had an annual growth rate of 13.8 percent (range: 9.0–18.4 percent) across the ACP (Amundson et al. 2019). They come primarily from the large nesting colony on Banks Island (Canada) and from much smaller nesting colonies on the North Slope and in western Canada to graze in upland and coastal tundra habitats (Hupp et al. 2002).

The ARCP east to the Canada border is part of a larger assembly area that extends east another 310.7 miles to the Bathurst Peninsula in Canada (Pearce et al. 2018). The breeding population of snow geese on Banks Island more than doubled, from 200,000 in the early 1990s to 500,000 in 2013 (Pacific Flyway Council 2013). The population breeding across the entire Coastal Plain of the North Slope also increased dramatically in that time (Burgess et al. 2017; Hupp et al. 2017). Although snow geese were not historically known to breed on the Arctic Refuge (USFWS 2015), the species was observed breeding near the Canning River Delta in 2018 and 2019 (USFWS unpublished data). Because systematic surveys have not been

Case 3:24-cv-00051-SLG    Document 71-3    Filed 08/13/24    Page 18 of 90

AR4202

conducted, it is unknown whether snow geese still breed at the sites they were observed in 2018 and 2019, or also now breed at other sites on the ARCP.

The numbers of birds on the ARCP during the 1973 to 2004 USFWS surveys were highly variable, with the proportion of the population staging in Alaska ranging from 0 to 49 percent. In some years, no staging snow geese were recorded as far west as the ARCP; numbers in Alaska may depend on weather conditions (wind and the timing of onset of snow cover) and may be affected by changes in food availability caused by foraging (Kendall 2006). In the last complete survey of staging snow geese on the ARCP conducted in 2004, 189,636 individuals were recorded (USFWS 2015a). Most recently, a survey was attempted in 2022, but weather prevented its completion. Preliminary results suggest higher use of the western portion of the ARCP by staging snow geese in 2022 than during surveys conducted in the early 2000s, but more data is needed before drawing conclusions. If trends in staging reflect population trends in breeding areas, the number of geese staging in the program area was likely much higher now than the 189,636 observed in 2004.

Snow geese depend on this staging period to build energy reserves for their southward migration (Brackney and Hupp 1993). Snow geese forage in inland habitats in the program area for two to four weeks prior to autumn migration, targeting graminoid species such as *Eriophorum angustifolium* and *E. russeolum* (Hupp et al. 1998). Feeding probability and quality forage availability for this species are highest in flooded soils along the ecotone of flooded and upland habitats, and the distribution of staging snow geese is largely determined by the availability of suitable foraging habitat (Hupp et al. 1998; Robertson et al. 1997). During staging, snow geese frequently use the central Coastal Plain between the Okpilak and Aichilik rivers, which consists of low, rolling ridges, high densities of thermokarst pits (Robertson et al. 1997). Following staging in the coastal plains of northeastern Alaska and northwestern Canada, snow geese migration takes birds south through Alberta and Manitoba and to wintering areas primarily in central California (Mowbray et al. 2020).

Red-throated Loon

Red-throated loons have been identified as a sensitive species by the BLM (BLM 2019b) and an at-risk species by ADFG (ADFG 2015). On average, red-throated loons are found in higher densities in the Arctic Refuge than they are on the rest of the ACP, and their population exhibited a significant decline of 3.4 percent (range: 5.6 –1.3 percent decline) across the ACP during 1992–2016 (Amundson et al. 2019). Preliminary data from a 2022 aerial survey of red-throated loon breeding occupancy in the Arctic Coastal Plain ecoregion support this finding (Rizzolo et al. 2022). Previous analyses of red-throated loon population trends using survey data from 1977–1993 showed a decline of 53 percent ($r^2$ = 0.65, $p$ <0.001) across all of Alaska (Groves et al. 1996).

Red-throated loons nest in lacustrine habitats and rely on marine fish as their primary food source (Uher-Koch et al. 2021). The highest densities of red-throated loons in the program area occur in the Coastal Plain and adjacent marine areas (USFWS 2015a).

*Shorebirds*

Thirty-three shorebird species have been recorded on the ARCP, 19 of which are confirmed breeders and 3 are possible breeders. Fourteen shorebird species are migrants, 12 of which also breed or possibly breed on the ARCP, and an additional 9 species are rare or casual visitors (**Table J-9** in **Appendix J**). The group of 22 breeders and possible breeders includes 17 sandpiper species, 3 plovers, and 2 phalaropes.

AR4203

As a group, shorebirds are of increasing conservation concern, as many species have been undergoing population declines over the past several decades (US Shorebird Conservation Plan Partnership 2016; Alaska Shorebird Group 2019). Rosenberg et al. (2019) reported a 37 percent decrease in the abundance of shorebirds across North America during 1970–2017, with 68 percent of shorebird species ($n$ = 44) experiencing population declines. Of the 23 shorebird species not considered accidental, rare, or casual visitors, 11 are listed as species of conservation concern by at least one of four agencies: 6 BLM sensitive species (BLM 2019b), 5 of which are also USFWS birds of conservation concern (USFWS 2021b), and an additional 6 shorebirds are listed as at-risk species by ADFG (ADFG 2015) (**Table J-9** in **Appendix J**). Fourteen of 22 species (64 percent) that breed or possibly breed on the ARCP are considered shorebirds of conservation concern (US Conservation Plan Partnership 2016), including 7 species of moderate concern, 6 species of high concern, and 1 species of greatest concern (**Table J-9** in **Appendix J**). Of the 9 shorebird species that could occur along the marine vessel transit route, 3 are USFWS birds of conservation concern and one (rock sandpiper) is also a BLM sensitive species (**Table J-11** in **Appendix J**).

Eight shorebird species are fairly common to abundant in the program area as both breeders and migrants: American golden-plover, semipalmated plover, ruddy turnstone, pectoral sandpiper, semipalmated sandpiper, long-billed dowitcher, red-necked phalarope, and red phalarope (Pearce et al. 2018). Upland sandpipers are listed in **Table J-9** in **Appendix J** as "fairly common (inland)" and are typically found more in the foothills, which are primarily outside the program area. The 9 rare or casual visitors and several of the rare or uncommon breeders/migrants are outside the normal ranges of those species; however, 13 of 16 species considered rare or uncommon are confirmed or likely breeders on the ARCP, as follows: black-bellied plover, whimbrel, bar-tailed godwit, stilt sandpiper, sanderling, dunlin, Baird's sandpiper, white-rumped sandpiper, buff-breasted sandpiper, western sandpiper, Wilson's snipe, spotted sandpiper, and wandering tattler.

Shorebirds arrive on the North Slope in mid-May through June. Most begin nesting in June, though a small number begin laying eggs in late May and into early July (Saalfeld and Lanctot 2015). In surveys of breeding shorebirds in June 2002 and 2004, Brown et al. (2007) recorded 14 shorebird species and estimated that 230,000 shorebirds (95 percent confidence interval (CI) of 104,000 to 363,000) occupied the program area during the breeding season. For the five most abundant shorebird species on the ARCP (pectoral sandpiper, semipalmated sandpiper, red-necked phalarope, red phalarope, and American golden-plover), numbers breeding in the program area were estimated to comprise between 1.4 percent (semipalmated sandpiper) and 13.2 percent (pectoral sandpiper) of global populations.

Shorebirds use a wide range of tundra habitats for nesting. Most species nest in wet and moist habitats, but some prefer drier uplands and riverine habitats. Wetland and riparian habitats, particularly deltas and coastal areas, have higher shorebird density and diversity, and shorebird density appears to be highest in wetland areas in the Canning River delta region (Brown et al. 2007).

Across the ACP, shorebirds are generally more abundant near the coast than farther inland, though the American golden-plover and long-billed dowitcher are more evenly distributed (Saalfeld et al. 2013). Species richness was highest to the west, in the NPR-A (Johnson et al. 2007; Saalfeld et al. 2013). However, several species were more common in the east (Johnson et al. 2007), reflecting differences in distribution among individual species across the Coastal Plain of the North Slope.

After hatching, most shorebirds use open tundra and shorelines to rear their young; as the young become flight capable, they begin to forage on the coast. In late July through September, shorebirds stage on river

Case 3:24-cv-00051-SLG   Document 71-3   Filed 08/13/24   Page 20 of 90

AR4204

deltas across northern Alaska, including in the ARCP, for the fall migration to wintering areas in the Americas and Asia. Shorebird abundance on river deltas varies among sites and years (Taylor et al. 2010; Brown et al. 2012) and individuals move among multiple sites during the year (Taylor et al. 2011). Up to 4,000 shorebirds were counted on daily surveys at the Jago River and Okpilak River deltas in 2011 (Churchwell 2015). Most of the deltas on the North Slope are used by large numbers of foraging shorebirds, with the Jago River and Hulahula River deltas being among the most heavily used areas in the ARCP (summarized in USFWS 2015a and Pearce et al. 2018). These deltas are among an interconnected network of post-breeding sites, all of which are important to multiple species of shorebirds (Taylor et al. 2011). Most of the shorebirds foraging in the river deltas in late summer and fall are juveniles hatched earlier in the summer. After staging, shorebirds continue migrating to coastal wintering areas in Central and South America (e.g., semipalmated sandpipers) and Asia (e.g., dunlin), using various flyways and migration routes, with both eastward and westward movements along the Alaska coast (Taylor et al. 2011; Brown et al. 2017b).

*Larids*

Sixteen larid species (gulls, jaegers, and terns) have been recorded on the ARCP, 7 of which are confirmed breeders (**Table J-9** in **Appendix J**). Three larid species (ivory gull, Ross's gull, and herring gull) occur only as rare migrants, and 6 larid species occur as rare, casual, or accidental visitors.

None of the larids that occur on the ARCP are BLM sensitive species (BLM 2019b), USFWS birds of conservation concern (USFWS 2021b), or ADFG at-risk species (ADFG 2015) (**Table J-14** in **Appendix J**). Jaegers (pomarine, parasitic, and long-tailed combined) averaged higher than average densities in the ARCP compared to the rest of the ACP, and their population trend appeared to be stable across the ACP during 1992–2016 (Amundson et al. 2019) and in Prudhoe Bay during 2003–2019 (McGuire et al. 2023). Sabine's gulls occur at lower densities in the program area than in the NPR-A, while glaucous gulls and arctic terns occur at about the same densities as they do in the NPR-A (Amundson et al. 2019). At-sea surveys have recorded glaucous gulls, black-legged kittiwakes, Ross's gulls, and Sabine's gulls in waters next to the ARCP (Kuletz et al. 2015). At least 17 larid species occur along the marine vessel transit route to Dutch Harbor, including 4 listed as USFWS species of conservation concern (red-legged kittiwake, Aleutian tern, Caspian tern, and arctic tern; **Table J-11** in **Appendix J**).

Larids arrive on the North Slope roughly at the same time as shorebirds, in mid-May through June (Johnson and Herter 1989). They breed across the ARCP in a range of habitats, including open tundra (primarily jaegers), shores and islands on tundra lakes, and on the barrier islands (primarily gulls and terns). During the breeding season, the smaller gulls and terns generally feed on aquatic invertebrates and small fish, whereas jaegers largely prey on small mammals, birds, and eggs.

The single larger gull species (glaucous gull) is omnivorous and can prey on small birds and eggs. Local residents report that glaucous gull populations on the ARCP have been increasing, and there is some evidence of increases in gull populations in the Arctic generally (NRC 2003). Numbers of gulls increased in Prudhoe Bay during 2003–2019 (McGuire et al. 2023) and across the entire ACP during 1992–2019 (Amundson et al. 2019). These increases could be due to global changes in their populations or increased human development in the area (Weiser and Powell 2010). There are numerous accounts of glaucous gulls foraging in North Slope landfills. Distribution maps from aerial surveys indicate that gulls tend to concentrate in the vicinity of human development in the Coastal Plain of the North Slope, including Kaktovik on the Arctic Refuge (summarized in USFWS 2015a).

3-158

*Coastal Plain Oil and Gas Leasing Program*
*Draft Supplemental Environmental Impact Statement*
Case 3:24-cv-00051-SLG    Document 71-3    Filed 08/13/24    Page 21 of 90

AR4205

*Raptors*

As treated in this EIS, raptors on the ARCP include eagles, hawks, falcons, and owls. Thirteen raptor species have been recorded on the ARCP, 6 of which are confirmed breeders and 2 are possible breeders (**Table J-9** in **Appendix J**). Five species occur as casual visitors, including the bald eagle. Only 3 raptor species are considered abundant (golden eagle, snowy owl, and short-eared owl), and the other 5 breeding or possibly breeding species are uncommon or rare (northern harrier, rough-legged hawk, merlin, gyrfalcon, and peregrine falcon).

Two raptor species (snowy owl and short-eared owl) are listed as USFWS birds of conservation concern (USFWS 2021b), and none are listed as sensitive species by the BLM (BLM 2019b). Two more species (northern harrier and American kestrel) are listed by ADFG as at-risk species (ADFG 2015); however, American kestrels are only known to occur in the ARCP as casual visitors (**Table J-9** in **Appendix J**). The arctic peregrine falcon subspecies, which breeds on the ARCP, was previously listed as endangered under the ESA, but it was delisted in 1994 (59 FR 50796; USFWS and NMFS 2014). It still retains special concern status under Canada's Species At Risk Act (**Table J-10 in Appendix J**).

Raptor species use multiple habitat types present in the program area. Several raptors on the ARCP are cliff-nesting, occurring primarily in mountainous terrain or on steep river bluffs: golden eagle, rough-legged hawk, gyrfalcon, and peregrine falcon. Ground-nesting species are northern harriers, snowy owls, and short-eared owls.

In the Arctic Refuge, nesting of raptors begins from late March to early May (Young et al. 1995). Some snowy owls winter on Arctic breeding grounds, but most arrive on the North Slope during April and May, with most egg laying in mid-May (summarized in Holt et al. 2015). The remaining raptors arrive and begin nesting in May and early June (Johnson and Herter 1989).

Golden eagles nest almost exclusively in cliff habitats, and in the program area, they nest primarily in the Brooks Range foothills, as cliff habitat appropriate for eagles is rare elsewhere on the ARCP. Breeding golden eagles return to Alaska, presumably including the Arctic Refuge, from late February to mid-April, with nonbreeders arriving later (summarized in Kochert et al. 2002). Golden eagles are commonly observed on the ARCP in late June and early July, when calving and post-calving caribou herds are present; these are primarily subadult birds that are preying on or scavenging caribou calves (summarized in USFWS 2015a). In a 1983–1985 study, golden eagles were the main predators of caribou calves on the calving grounds (Whitten et al. 1992; Griffith et al. 2002). It also appears that golden eagles from other regions in the state use northern Alaska, including the Brooks Range and ARCP. Eagles that hatched in the Alaska Range were found in the Arctic Refuge during at least two subsequent summers (summarized in USFWS 2015a).

In the program area, cliff nest habitats occur primarily in river corridors; outside of these areas, the overall abundance of nesting raptors is low. Surveys on the ARCP were conducted on the Canning, Hulahula, and Kongakut rivers in the 1990s and early 2000s to monitor cliff-nesting raptors (summarized in USFWS 2015a). Raptors nesting on cliffs along these rivers are golden eagles, peregrine falcons, gyrfalcons, and rough-legged hawks.

AR4206

The two owl species that breed on the ARCP, snowy owl and short-eared owl, are variable in abundance among years. As in other regions on the North Slope, both species are substantially more common as breeders in years of high vole or lemming abundance (Johnson and Herter 1989).

### Landbirds

As treated in this EIS, landbirds on the ARCP include a diversity of species that are strongly dominated in abundance by passerines[24] (primarily Lapland longspurs) and two species of ptarmigan. Of the 50 landbird species occurring on the ARCP, 18 are confirmed breeders and 2 are possible breeders (**Table J-9** in **Appendix J**). None of these 20 breeding or possibly breeding landbird species are listed as BLM sensitive species or USFWS birds of conservation concern (BLM 2019b; USFWS 2021b), and 8 are listed by ADFG as at-risk species (ADFG 2015) (**Table J-9** in **Appendix J**). Thirty landbird species occur as rare, casual, or accidental visitors, and two of these (rufous hummingbird and varied thrush) are listed as USFWS birds of conservation concern (USFWS 2021b). All 7 accidental landbird species and many of the rare and casual visitors have been observed outside of their historical ranges.

Most landbirds in the Coastal Plain of the North Slope are migratory species that arrive in mid-May through June and begin nesting shortly thereafter (Johnson and Herter 1989). The American dipper, willow ptarmigan, rock ptarmigan, and common raven are year-round residents. By far the most abundant landbird species on the ARCP is Lapland longspur, which nests throughout the area in wet and moist tundra habitats (**Table J-13** in **Appendix J**). Other relatively common species on the ARCP are rock ptarmigan (found throughout the area), willow ptarmigan (more common inland), common raven (found throughout the area), eastern yellow wagtail (most common in riparian areas), common and hoary redpoll (found throughout the area), snow bunting (more common on the coast), savannah sparrow (more common inland), and American tree sparrow and white-crowned sparrow (more common inland) (Pearce et al. 2018).

Lapland longspurs are the most abundant landbird species on the ARCP; however, their nest survival (the probability of fledging one chick) declined from 59 percent to 34 percent between 2003 and 2019 (McGuire et al. 2023). McGuire et al. (2019) also found that longspur nest density varied between 11 and 27 nests/square kilometer during 2003–2019, but there was no obvious trend across time. The reasons for this decline are not understood, but there is some speculation that increases in avian predator populations in Prudhoe Bay during the same period may have disproportionally affected longspurs, and climate change may also play a role (see Climate Change section below).

### Seabirds

Eight seabird species (fulmars, shearwaters, and alcids) have been recorded in marine waters off the ARCP, but 6 of these species are rare or casual visitors. One seabird species (black guillemot) is known to breed on barrier islands off the ARCP and one species (thick-billed murre) is a rare migrant (**Table J-9** in **Appendix J**). Two species (Kittlitz's murrelet and tufted puffin), considered to be visitors, are listed as birds of conservation concern by USFWS (USFWS 2021b) (**Table J-9** in **Appendix J**).

Thirteen additional seabird species are present along the marine vessel transit route to Dutch Harbor, including alcids (auklets, murres, and puffins), cormorants, and albatrosses (Audubon Alaska 2017) (**Table J-11** in **Appendix J**). Short-tailed, black-footed, and Laysan albatrosses all have increased in abundance and shifted their ranges northward in the Bering Sea in recent decades (Kuletz et al. 2015). The short-tailed

---

[24] Perching birds

AR4207

albatross is federally listed as endangered, and individuals have been found as far north as the southern Chukchi Sea in recent years (Day et al. 2013). Of the 13 species, 10 are listed by the USFWS as birds of conservation concern (USFWS 2021b); 2 of these are also listed as sensitive species by the BLM (BLM 2019b).

*Climate Change*

Climate change is expected to increase temperatures, increase precipitation, and lengthen the snow-free season (see **Section 3.2.1**). Summer temperatures above freezing could occur for 6 weeks longer by 2099 (SNAP 2011). Warmer temperatures and earlier snowmelt would likely change the timing of seasonal events on the North Slope, but it is unclear how bird populations would respond; impacts would depend on how quickly and dramatically the vegetation and hydrology change. Some bird species could benefit from longer breeding seasons and expansion of shrub and coastal habitats, while others could lose habitat, food, or prey and could experience seasonal mismatches in breeding and plant/insect phenology (seasonal timing of events) (i.e., trophic mismatches; see Doiron et al. 2015). It is possible that birds are unable to adapt to trophic mismatch (Dawson 2008; Kumar et al. 2010). The historically dominant landbirds and waterbird species may be displaced northward or into shrinking remnant habitats. Kubelka et al. (2018) suggested predation is increasing in the Arctic and is linked to climate-induced shifts in predator-prey relationships, which could adversely affect both numbers and productivity of nesting birds. However, Bulla et al. (2019) reanalyzed the same data set and did not find that predation rates in the Arctic were increasing any faster than elsewhere. Long-term data from Prudhoe Bay indicates that numbers of two avian egg predator species (glaucous gulls and common ravens) increased during 2003–2019 (McGuire et al. 2023). Amundson et al. (2019) also found a long-term increase in glaucous gull numbers.

A species may experience both beneficial and adverse effects, as outlined below, with outcomes uncertain; however, many species that nest on the ARCP already are experiencing decreasing populations, and many could suffer catastrophic consequences from the effects of global climate change in one or more of their seasonal continental or even global habitats. These effects combined with development-related impacts across the ranges of many bird species may result in extinction during the 85-year scope of this analysis (IPBES 2019). This is particularly the case for the 74 of 157 total bird species on the ARCP (44 percent) that are listed as species of conservation concern by at least one of eight major government or conservation entities (see **Table J-9** in **Appendix J**).

Earlier and warmer spring and fall temperatures may have positive effects on some species. The density of nesting geese has increased across the ARCP since 1992, on both a broad scale (Wilson et al. 2018; Amundson et al. 2019) and locally in Prudhoe Bay (McGuire et al. 2023). Geese are known to initiate nests as soon as snow-free sites are available, and they may benefit from earlier and longer breeding seasons (Dickey et al. 2008). Common eiders may benefit from earlier ice-melt around barrier islands, which has been correlated with earlier laying and larger clutch sizes (Love et al. 2010; Chaulk and Mahoney 2012). Delayed freeze-up in fall may be advantageous to the slow-growing young of such species as loons and swans, which are not always flight capable by the time of freeze-up (Johnson and Herter 1989; Ritchie and King 2000). Shorebirds at three sites across the ACP (Utqiaġvik, Colville River delta, and Prudhoe Bay) nested earlier and in higher numbers in early, warm springs, relative to historical levels ($n = 3,789$ nests; 2005–2014); however, there was no relationship between early, warm springs and increased nest survival (McGuire et al. 2020). Shorebirds and passerines have been shown to have altered their breeding phenology, initiating nests up to 0.80 days earlier each year over 9 years, 2002–2011 (Liebezeit et al. 2014). Many of the 65 species considered visitors and many historically rare or uncommon breeders on the ARCP are at

Case 3:24-cv-00051-SLG    Document 71-3    Filed 08/13/24    Page 24 of 90

AR4208

The large magnitude of climate change effects, accompanied by increases in already high climate variability in the Arctic, are likely to overshadow smaller magnitude impacts of oil development. It would be difficult to differentiate among direct, indirect, and cumulative impacts. Extinctions, predicted to increase dramatically and particularly among birds, may alter the avian community with or without oil leasing and development in the ARCP and irrespective of habitat alterations anticipated to result from global climate change.

### 3.3.4 Terrestrial Mammals

*Affected Environment*

Thirty-nine species of terrestrial mammals are known or expected to occur in the Arctic Refuge, 18 of which occur regularly in the Coastal Plain physiographic province in the Arctic Refuge (MacDonald and Cook 2009; USFWS 2015a; **Table J-21** in **Appendix J**). The occurrence and distribution of terrestrial mammals in the program area have been described in detail previously (Clough et al. 1987; Douglas et al. 2002; USFWS 2015a; Pearce et al. 2018); those discussions are incorporated here by reference, and relevant information is summarized below, and supplemented with updates from more recent research. Some species such as American beaver, common muskrat, moose, Canada lynx, and snowshoe hare are expanding their range on the ACP (Tape et al. 2015, 2016, 2018; BLM 2023) and could become more common in the program area in the future.

*Special Status Species*

None of the terrestrial mammals in the program area are listed under the federal ESA or the BLM list of sensitive species (BLM 2019b). (Polar bears do occur on land in the program area, but they are discussed in **Section 3.3.5**). The Alaska tiny shrew[28] was on the previous BLM list of sensitive species (BLM 2010).

*Caribou*

Caribou are the most abundant large mammals in the program area and are an important subsistence and cultural resource for Iñupiaq, Inuvialuit, Gwich'in, and other groups who hunt the Porcupine Caribou Herd and Central Arctic Herd in Alaska and Canada. They also are an important species for other hunters who do not live in the Porcupine Caribou Herd range and for nonconsumptive uses, such as tourism and wildlife viewing. Because caribou exhibit high fidelity to calving grounds, the ADFG defines herds based on their use of calving grounds.

Four herds of barren-ground caribou occur in Arctic Alaska: (proceeding from west to east) the Western Arctic Herd (WAH), the Teshepuk Herd (TCH), the Central Arctic Herd, and the Porcupine Caribou Herd. These four herds differ in their use of seasonal ranges, especially during the calving, insect-relief, and winter seasons (Russell et al. 1993; Murphy and Lawhead 2000). The program area is primarily used by the Porcupine Caribou Herd and the Central Arctic Herd and is outside the range of the WAH (Dau 2015; Joly and Cameron 2017; Prichard et al. 2020b). The program area is also outside the primary range of the TCH (Prichard et al. 2020b), although an estimated 5,000–10,000 TCH caribou moved into the northern portion of the Arctic Refuge in the fall of 2003 (Carroll 2005; Person et al. 2007; USFWS 2015a), following a large rain-on-snow event in the TCH winter range in October 2003 (Bieniek et al. 2018). That unprecedented

---

[28]*Sorex yukonicus* has since been reclassified as the holarctic least shrew, *S. minutissimus* (Hope et al. 2010; Bradley et al. 2014).

AR4240

movement was highly unusual, has not been repeated, and resulted in high mortality of TCH caribou wintering near the program area (Carroll 2005).

Many caribou of the Porcupine Caribou Herd give birth in the program area during most years, although the amount of calving in the area depends on spring conditions, including May snow depth (Russell and Gunn 2019; Severson et al. 2021). Porcupine Caribou Herd caribou use the coastal areas and ridges in the adjacent foothills and mountains for relief from insect harassment during summer, a period when some Central Arctic Herd caribou also use the program area. For these reasons, this discussion focuses on the Porcupine Caribou Herd and Central Arctic Herd.

<u>Herd Sizes and Trends</u>

The Porcupine Caribou Herd was estimated to number about 100,000 animals in 1972 and increased to 178,000 in 1989, before declining to 123,000 animals in 2001 (Caikoski 2020). Due to unsuitable conditions of weather and herd distribution, another census could not be conducted until 2010, when the herd was estimated at 169,000 animals. It increased to 197,000 animals by 2013 and reached a herd size of 218,000 animals in July 2017 (**Figure 3-6**, Population Size of Three Caribou Herds in Arctic Alaska, 1977-2017, in **Appendix A**; ADFG 2018a; Caikoski 2020). Although caribou populations are naturally cyclical and population dynamics are complex, population growth of the Porcupine Caribou Herd has been correlated with phases of the arctic oscillation (an index of oceanic temperature and sea level pressure over the Arctic Ocean), which may affect snowfall and summer growing conditions (Joly et al. 2011).

The Central Arctic Herd was estimated at approximately 5,000 animals when it was first described as a separate herd in the mid-1970s. The herd grew to its estimated peak of 68,000 animals by July 2010, then declined steeply to 23,000 by July 2016, it then increased to 28,000 individuals in 2017 and 34,642 in 2022 (**Figure 3-6** in **Appendix A**; Lenart 2015b, 2018, 2021a; M. Nelson pers. comm[29]). The herd decline between 2010 and 2016 was thought to be due to high adult mortality and to the emigration of some Central Arctic Herd caribou to the Porcupine Caribou Herd and TCH (ADFG 2017; Prichard et al. 2020b). Some level of herd interchange occurs among the four Arctic herds in Alaska, but the larger herds, WAH and Porcupine Caribou Herd, tend to have higher herd fidelity than the two smaller TCH and Central Arctic Herd (Prichard 2020b).

<u>Life History and Habitat Use</u>

Caribou behavior and habitat use in northern Alaska vary substantially on a seasonal basis (Russell et al. 1993; Murphy and Lawhead 2000; Russell and Gunn 2019; Prichard et al. 2020a). Caribou can efficiently travel long distances with little energetic costs (Fancy and White 1987) to maximize access to areas of nutritious forage plants, to minimize the risk of predation, and to limit their exposure to insect harassment.

Caribou of the Porcupine Caribou Herd and Central Arctic Herd generally spend the winter in or south of the Brooks Range (Griffith et al. 2002; Nicholson et al. 2016; Caikoski 2020; Lenart 2021a; Pedersen et al. 2021), where the winter ranges of the two herds overlap in some years (Caikoski 2015; Lenart 2015b; Prichard et al. 2020b), although some Central Arctic Herd caribou winter north of the Brooks Range in some years (Nicholson et al. 2016; Lenart 2021a). The proportion of animals wintering north of the Brooks Range may be related to fall snow depth as well as long-term trends (Pedersen et al. 2021). Many Porcupine Caribou Herd animals migrate to winter range in the Yukon. During winter, the availability of lichens and

---

[29]Mark Nelson, ADFG, personal communication with Alex Prichard, ABR Inc., regarding 2022 herd size estimates of the Central Arctic Herd.

3-194

*Coastal Plain Oil and Gas Leasing Program*
*Draft Supplemental Environmental Impact Statement*
Case 3:24-cv-00051-SLG    Document 71-3    Filed 08/13/24    Page 26 of 90

AR4241

other winter forage is influenced strongly by snow depth, snow hardness, and ice (Collins and Smith 1991). Winter snow depth is negatively related to population growth (Aanes et al. 2000), calf birth mass (Adams 2005), and birth rate (Ferguson and Mahoney 1991). Deep winter snow may delay the timing of births and reduce birth rates for a year (Adams and Dale 1998a, 1998b).

In spring, pregnant females migrate northward to calving grounds ahead of non-pregnant females, with males arriving later, after most calving is complete (Russell et al. 1993; Murphy and Lawhead 2000). Spring migration tends to coincide with snowmelt, and caribou often calve farther south when snowmelt is delayed (Carroll et al. 2005) or, in the case of the Porcupine Caribou Herd, farther east (Griffith et al. 2002; Russell and Gunn 2019; Severson et al. 2021). In northern Alaska, most adult females older than 2 years of age give birth to a single calf in late May or early June. Caribou calving grounds in Arctic Alaska are in areas with few predators and with abundant, early emerging forage plants (especially tussock cotton grass, *Eriophorum vaginatum*), which are high in protein, are highly digestible (Kuropat 1984; Griffith et al. 2002; Johnstone et al. 2002; Johnson et al. 2018) and have high levels of some trace minerals (Oster et al. 2018). Because of the delayed plant phenology, use of the Coastal Plain during summer appears to extend the period when caribou can find forage with adequate digestible nitrogen (Barboza et al. 2018; Johnson et al. 2021). Forage plants on the ACP have higher digestible concentrations of nitrogen than in inland areas and the period that usable nitrogen is available is more extended (Barboza et al. 2018; Johnson et al. 2021). The highest forage nitrogen concentrations occur during the post-calving period when peak lactation occurs (Johnson et al. 2018) and nutritional demands of parturient caribou are greatest (Parker et al. 1990).

The calving grounds of the Porcupine Caribou Herd and Central Arctic Herd are near coastal mosquito-relief habitat, requiring relatively short movements once mosquitos become active (Walsh et al. 1992; Murphy and Lawhead 2000; Nicholson et al. 2016). During the summer insect season (late June to mid-August), caribou are harassed heavily by mosquitos (*Aedes* spp.) and parasitic oestrid flies (warble fly, *Hypoderma tarandi*; nose-bot fly, *Cephenemyia trompe*). The longest distances traveled per day throughout the entire year typically occur in July, when mosquito harassment peaks (Fancy et al. 1989; Prichard et al. 2014; Dau 2015). In response to severe mosquito harassment, caribou form large groups and move to relief habitat near the coast or to remnant snowfields, patches of aufeis, and mountain ridges farther inland, where temperatures are lower and wind speeds are higher (Downes et al. 1986; Walsh et al. 1992; Murphy and Lawhead 2000; Yokel et al. 2009; Wilson et al. 2012). Due to the proximity of the Brooks Range to the coast in the summer range of the Porcupine Caribou Herd, the herd can use either coastal areas or mountain ridges for mosquito relief habitat (Walsh et al. 1992; Russell et al. 1993).

Oestrid flies emerge in July and exert strong effects on caribou behavior and body condition (Murphy and Lawhead 2000; Hughes et al. 2009). In response to fly harassment, large caribou groups break up and disperse widely in small groups, seeking relief in unvegetated habitats, such as river bars, dunes, drained-lake basins, pingos,[30] and ridgetops. In areas of northern Alaska with industrial development, caribou sometimes use elevated sites on gravel roads and pads and in shaded areas under buildings and pipelines when flies are active (White et al. 1975; Pollard et al. 1996; Murphy and Lawhead 2000; Prichard et al. 2020a), although caribou tend to avoid these areas in the period leading up to mosquito season until the drive to avoid insects becomes the dominant factor influencing their behavior (Johnson et al 2020, Prichard et al 2020a). Hot summers with severe insect harassment can substantially decrease caribou conditions in fall, causing them to enter the winter in poor condition (Helle and Tarvainen 1984; Colman et al. 2003;

---

[30]A dome-shaped hill formed in a permafrost area when the pressure of freezing groundwater pushes up a layer of frozen ground

AR4242

Weladji et al. 2003; Couturier et al. 2009) and potentially leading to lower productivity and survival (Cameron and Ver Hoef 1994; Johnson et al. 2022).

During late summer and fall, caribou feed heavily to restore body reserves before the onset of winter (Haskell and Ballard 2004; Gustine et al. 2017). The birth rate for female caribou in spring is strongly related to body mass in the previous autumn (Cameron and Ver Hoef 1994; Cameron et al. 2000). On the range of the Central Arctic Herd, the length of the growing season has increased by 15 to 21 days as the climate warmed between 1970 and 2013 (Gustine et al. 2017); despite a 9- to 10-day increase in the fall growing season during that period, no significant change in seasonal forage quality was evident. Caribou migration to winter ranges in the fall coincides with the breeding season (rut) in October, a period when male caribou experience high energy demands. In one study, adult males lost 23 percent of body protein and 78 percent of body fat during the rut (Barboza et al. 2004).

Compared with the conditions experienced by other arctic migratory herds, the range of the Porcupine Caribou Herd has warm spring conditions and cool moist summers, which likely result in longer periods of high plant quality and lower mosquito harassment (Russell and Gunn 2017). The winter range has relatively high snow depths, but diverse terrain provides a wide range of wintering locations. Porcupine Caribou Herd animals accumulate less back fat and get pregnant at higher fall body weights (indicating lower productivity) than other herds, but pregnancy rates change less dramatically with changing fall body weights (indicating lower vulnerability). The Porcupine Caribou Herd has had a more stable population size than other herds in recent decades (Fauchald et al. 2017; Russell and Gunn 2017).

Porcupine Caribou Herd Use of the Program Area

Caribou use of the program area varies greatly throughout the year. The principal use by the Porcupine Caribou Herd occurs in the spring and summer, during spring migration and the calving, post-calving, and insect seasons (**Map 3-30**, Seasonal Distribution of the Porcupine Caribou Herd, in **Appendix A**). The Porcupine Caribou Herd give birth from the northern portion of the Arctic Refuge into northern Yukon, an area of 8.9 million acres (Griffith et al. 2002), but the extent of use of those areas varies substantially among years (Map 4-9 in USFWS 2015a; **Maps 3-30**, **3-31**, and **3-32** in **Appendix A**).

Four terms that have been previously used to describe the use of calving grounds by Porcupine Caribou Herd caribou, as follows (Griffith et al. 2002):

- Annual calving ground—the calving ground for a particular year
- Extent of calving—the outer perimeter of all known annual calving grounds
- Annual concentrated calving area—the area of higher than average calving density in an annual calving ground
- Extent of concentrated calving—the outer perimeter of all known annual concentrated calving areas

Early descriptions of range use of the Porcupine Caribou Herd are complicated by the lack of telemetry data and the unknown status of the Central Arctic Herd (Central Arctic Herd movements could have been attributed to the Porcupine Caribou Herd); nevertheless, the available historical information shows the entire program area has been used for calving at times but with large inter-annual, and perhaps decadal, variability in distribution. Skoog et al. (1963) surveyed the area in 1961 and estimated that 60,000 caribou were between the Canning and Kongakut Rivers during calving; approximately one-third were between the Canning and Katakturuk Rivers. Hemming (1971) describes the calving range as between the Katakturuk

Case 3:24-cv-00051-SLG    Document 71-3    Filed 08/13/24    Page 28 of 90

AR4243

and Kongakut Rivers. Severson et al. (2021) used models of the current distribution of Porcupine Caribou Herd caribou during calving and post-calving seasons to predict the extent of future during calving and post-calving distributions as a result of a warming climate.

Between 1983 and 2001, the annual percentage of Porcupine Caribou Herd females calving in the ANILCA 1002 Area (essentially the program area) averaged 42.7 percent (a portion of the concentrated calving area was in Alaska each year from 1983 to 1999; **Maps 3-31** and **3-32** in **Appendix A**). The percent calving occurring in the area was highest in years with early spring conditions (as measured by the Normalized Difference Vegetation Index [NDVI] calculated from satellite imagery during calving; Griffith et al. 2002). In 8 of the 12 years from 2000 to 2011, the annual concentrated calving areas occurred in the Yukon or near the Yukon-Alaska border, largely outside the program area (USFWS 2015a). The Porcupine Caribou Herd calved predominantly in the Yukon in 2012/2013 (**Map 3-32** in **Appendix A**) but predominantly in Alaska between 2014 and 2017, and calving was widely dispersed in 2018 (**Maps 3-31** and **3-32** in **Appendix A**; Caikoski 2015).[31] In 2017, much of the Porcupine Caribou Herd concentrated calving area was west of the Sadlerochit River.[32] Russell and Gunn (2019) found that use of the program area for calving is higher in years with shallower snow in mid-May. Severson et al. (2021) found that during calving, Porcupine Caribou Herd caribou selected calving areas that were still brown or snow-covered, but within that area, caribou selected locations at a fine scale where the snow had melted, and vegetation was greening.

The annual calving grounds were in areas with higher rates of increase in NDVI, which is thought to indicate higher quality forage. The annual concentrated calving areas in those annual calving grounds were characterized by higher forage biomass, as measured by NDVI (Griffith et al. 2002). Porcupine Caribou Herd caribou feed primarily on immature flowers of tussock cottongrass early in June, in wet sedge meadows, herbaceous tussock tundra, and riparian vegetation types; then later in June they forage primarily on willows and herbaceous plants (Griffith et al. 2002; Johnstone et al. 2002). Gagnon et al. (2020) used Porcupine Caribou Herd caribou body condition scores recorded by Indigenous hunters to determine that body condition improved between 2000 and 2010 and body condition was related to snow conditions, insect harassment, temperatures in May, and icing levels.

Between 1983 and 1985, Porcupine Caribou Herd calf mortality during June averaged 29 percent, and 61 percent of that mortality was due to predation, primarily by golden eagles, grizzly bears, and wolves. Predation rates and predator densities were higher in the foothills south of the program area (Whitten et al. 1992; Young and McCabe 1997), and calf survival was lower for calves born in the foothills (Griffith et al. 2002). Mean annual calf survival was higher when the forage biomass at peak lactation (estimated by NDVI on June 21) was higher (Griffith et al. 2002); hence, calving grounds for the Porcupine Caribou Herd varied annually, at least in part due to spring weather and vegetation growing conditions; calving location and vegetation growing conditions appear to affect calf survival. The USFWS (2015a) concluded that, due to the annual variability in the calving area, the Porcupine Caribou Herd needs a large region from which to select the best conditions for calving each year. Severson et al. (2021) used models of current caribou selection and predictions of future snowmelt and vegetation phenology to predict how the calving and post-calving distributions of Porcupine Caribou Herd caribou will change in future decades.

---

[31] Jason Caikoski, ADFG, phone call to Alex Prichard, ABR Inc., on September 11, 2018, regarding annual calving distribution of the Porcupine Caribou Herd.
[32] Ibid.

*Coastal Plain Oil and Gas Leasing Program* 3-197
*Draft Supplemental Environmental Impact Statement*
Case 3:24-cv-00051-SLG   Document 71-3   Filed 08/13/24   Page 29 of 90

AR4244

During the post-calving season (last week of June and first week of July), most locations of Porcupine Caribou Herd caribou were in the program area; even if they calved outside of it, as Porcupine Caribou Herd caribou moved west toward the program area (Griffith et al. 2002; **Map 3-34** in **Appendix A**). Sixty-seven percent of all caribou outfitted with radio collars (1985-2017) spent time in the program area in a year (Russell and Gunn 2019). Of those caribou, the ones that calved in the program area spent an average 26.5 days there, while caribou that calved outside the program area spent an average of 9.8 days in the program area. Five percent of caribou using the program area remained there for more than 5 weeks (Russell and Gunn 2019).

Porcupine Caribou Herd caribou may use both coastal areas and inland ridgetops for insect relief (Walsh et al. 1992; USFWS 2015a). Most Porcupine Caribou Herd caribou move out of the program area by mid to late summer. During the summer insect season (July 7–August 14) in the years before 2000, caribou spread out across the Coastal Plain and in the Brooks Range in Alaska and Yukon, with few remaining in the program area (**Map 3-34** in **Appendix A**; Russell et al. 1992; Griffith et al. 2002). From 2000 to 2014, Porcupine Caribou Herd caribou generally left the Coastal Plain by the end of June (USFWS 2015a), but between 2015 and 2018 caribou used the program area later in the summer (see comments in **Appendix S**).

<u>Central Arctic Herd Use of the Program Area</u>

Roby (1978) and Shideler (1986) describe the observations of biologists working in the area of the Central Arctic Herd range before the advent of telemetry collars. Since construction of the Alaska North Slope oil fields, the Central Arctic Herd has been exposed to some level of development for about 50 years (White et al. 1975; NRC 2003; Cameron et al. 2005). Females in the Central Arctic Herd calve in two areas west of the Arctic Refuge: the western area is south and southwest of the Kuparuk oil field, between the Colville and Kuparuk Rivers, and the eastern area is between the Sagavanirktok and Canning Rivers in an area with little development (**Map 3-35 and Map 3-36**, Seasonal Distribution of the Central Arctic Herd, in **Appendix A**). By late June, caribou move to the coast for mosquito-relief and move back inland when mosquito harassment abates. Coastal movements by large groups of caribou occur during periods of mosquito harassment, with caribou typically moving into the wind (which tends to be easterly in the program area); however, those groups tend to break up and disperse when oestrid flies become the dominant insect pests (Murphy and Lawhead 2000). The Canning River delta can receive high use by Central Arctic Herd in some years. The program area is the only portion of the primary Central Arctic Herd mosquito-relief habitat that does not currently contain some development.

Prior to 2003, Central Arctic Herd caribou calving in the western area typically remained west of the Sagavanirktok River during mid-summer. Beginning in 2003, a new mid-summer movement pattern was evident (Lawhead and Prichard 2003). In that year, the western calving segment of the Central Arctic Herd moved east past the Prudhoe Bay Oilfield and joined the eastern calving portion of the herd and both segments of the herd continued east through the program area during the summer insect seasons (**Map 3-35 in Appendix A**; Lawhead and Prichard 2003; Lenart 2015b; Nicholson et al. 2016; Prichard et al. 2017). After approximately 2014, this movement pattern ended, and Central Arctic Herd caribou generally remained in two separate groups during mid-summer, similar to the movement pattern observed prior to 2003. In addition, the proportion of Central Arctic Herd females calving in the western area near the Kuparuk Oilfield increased starting in about 2014 (Lenart 2021a). The result of these two changes, more calving occurring in the western calving area and fewer caribou making long easterly movements during mid-summer, was a decline in the use of the program area by the Central Arctic Herd in recent years. The proportion of collared Central Arctic Herd females using the program area at some point during the summer

AR4245

(June–August) has varied annually between 16 and 100 percent (2003–2022), and the average proportion of days in the program area for individual collared caribou varied between 4 and 25 percent during that period (**Table J-28** in **Appendix J**). Since 2015, Central Arctic Herd females have spent 3 percent or less of all collar-days (one animal collared for one day equals one collar-day) in the program area during June–August (**Table J-28** in **Appendix J**). It is unclear why the summer movement patterns of the Central Arctic Herd shifted; the period of highest use of the program area by Central Arctic Herd caribou corresponded with the peak population of the herd, so the change in movement patterns could be related to herd size or, because caribou tend to move into the wind during periods of insect harassment, it could be related to high levels of east winds during the period between 2003–2014.

*Muskox*

This native species became extinct in Alaska in the nineteenth century; the history, distribution, and habitat preferences of muskoxen were described previously (BLM 2012, Section 3.3.6.2, page 293; USFWS 2015a). The current population in northeastern Alaska was reestablished by translocation when 64 animals from Greenland stock were released at Barter Island and the Kavik River in 1969 and 1970 (USFWS 2015a). As their numbers increased, they expanded westward on the ACP to the Colville River drainage and eastward across the international border to the Babbage River in northern Yukon.

The population in northeastern Alaska and northwestern Canada was estimated at 700–800 animals in the mid-1990s, but it subsequently declined to approximately 300 animals from 2007 to 2014; about 200 were located west of the Arctic Refuge and 100 were located east of it in northern Yukon (Lenart 2015c; Arthur and Del Vecchio 2017). The population was estimated to be 297 animals in 2019 (Lenart 2021b). The decline was especially steep in the Arctic Refuge, where only one muskox was observed in 2006. A group of fewer than 25 animals, moved back and forth across the Canning River into the program area (Lenart 2015c, 2021b).

Another group of approximately 24 muskoxen inhabits the northwestern Yukon Territory. It is commonly found near the Alaska-Yukon border and frequently accesses the refuge (USFWS, see **Appendix S**). Predation by grizzly bears accounted for 58 percent of calf mortality and 62 percent of adult mortality from 2007 to 2011 (Arthur and Del Vecchio 2017), although pathogens and mineral deficiencies may have been contributing factors (Afema et al. 2017).

*Moose*

The program area is near the northern extent of moose range, but moose are found in low numbers on the ACP where suitable forage plants occur, primarily in riverine habitats dominated by willow shrubs (**Map 3-37** in **Appendix A**; Lenart 2014; USFWS 2015a). Late-winter aerial surveys in 2014 found only 22 moose in a series of drainages that included the program area, a sharp decrease from the fairly stable number of 47–61 moose found in the same survey area from 2002 to 2010 (Lenart 2014). Moose exhibit large fluctuations in population size on the North Slope but appear to be expanding their range farther north in response to climate warming and corresponding northward expansion of tall shrubs (Tape et al. 2016).

Moose are an important resource for local subsistence hunters. Moose numbers east of the Canning River watershed are currently low, but numbers in tributaries of the Canning River, on both its east and west sides, are larger; some of these could be in the program area, and other moose just outside the area to the west

AR4246

could be affected by activity in the area. Moose aggregate in tall shrub riparian areas during winter, but they disperse more widely across the ACP during summer, particularly pregnant cows.[33]

*Carnivores*

Three large- to medium-sized terrestrial carnivores— Brown (grizzly) bear, wolf, and wolverine—inhabit the program area, occurring in lower densities in the Coastal Plain of the North Slope than father inland in the foothills and mountains (Young et al. 2002). The USFWS (2015a) summarized information on these species.

Grizzly bears and wolves are important predators of caribou and other ungulates. Grizzly bears occupy dens during winter dormancy, whereas wolves and wolverines remain active year-round. Grizzly bear density in Game Management Unit (GMU) 26C, which covers much of the program area, was estimated to be 3.8 bears per 100 square miles in 1993 (Lenart 2015a). Due to the distribution of suitable landforms and substrates, wolf den sites are more common in the foothills and mountains than in the Coastal Plain of the North Slope (Young et al. 2002; USFWS 2015a). Wolf density in GMU 26C was estimated to be 5.7–8.3 per 1,000 square miles in the 1980s (Garner and Reynolds 1986; Caikoski 2012). Wolverines have large home ranges and feed on a variety of prey species, but ungulates are often an important component of their diet (Glass et al. 2022b). Wolverines often consume caribou as carrion, but they may also hunt live caribou by following them for up to 39 miles (62 kilometers) (Magoun et al. 2018). Wolverines will dig burrows in the snow for reproductive dens, resting, and caching food (Glass et al. 2022b). Reproductive dens are often associated with snowdrift forming terrain features including streambeds, cutbanks on lake edges, thermokarst caves, and boulders (Glass et al. 2022a).

Two species of foxes and two species of weasels inhabit the program area, all which feed on small mammals year-round and on birds and their eggs when available during summer. Arctic foxes inhabit the Coastal Plain during the summer denning season to rear pups but move long distances to forage extensively on sea ice during winter (Pamperin et al. 2008), although arctic foxes may have a significantly reduced winter range and higher survival rates in areas with access to human food sources near development (Pamperin et al. 2008; Lehner 2012). Red foxes do not generally inhabit sea ice and are increasing in numbers on the ACP, in concert with climate warming and increased availability of human food sources in industrial areas (Savory et al. 2014; Elmhagen et al. 2017; Parrett et al. 2023). Red foxes are aggressive toward arctic foxes and can kill or otherwise displace them from den sites (Pamperin et al. 2006; Stickney et al. 2014).

All species of terrestrial carnivores can be attracted to areas of human activity if food or rotting waste are improperly handled or disposed of. This can lead to habituation and food-conditioning, thus increasing the risk of injury or mortality to humans or the carnivores themselves (Burgess 2000; Shideler and Hechtel 2000). Increasing predator populations, with the associated higher predation rates on prey populations (especially migrant birds), has been a perennial concern around the North Slope oil fields (Day 1998).

*Small Mammals*

Small mammals provide important prey resources for predatory mammals and birds in the region, and arctic ground squirrels are especially important prey for grizzly bears and foxes (Babcock 1986). Arctic ground squirrels hibernate during winter, whereas lemmings, voles, and shrews remain active under the snow cover. Most species of small mammals exhibit cyclical population fluctuations, which have pronounced effects on

---

[33]Stephen Arthur, USFWS, personal communication with Alex Prichard, ABR Inc., on February 5, 2019, regarding distribution of moose during calving.

AR4247

> *"We also recognize that modeling caribou movement through the landscape is based on historical movements as reflected in satellite collar locations. Thus, the question we are answering is, "what are the potential impacts of new infrastructure if historic caribou movement patterns continued?" To explore consequences if movement patterns changed, we would need a movement model that can dynamically move animals through a developed landscape (see Panzacchi et al. 2016). To construct such a model, we need to understand the choices caribou make when they encounter development. We also need a finer scale understanding of the energy and protein balance from selecting different habitats especially under a warmer climate."*

While some models exist to predict the impact of caribou behavior on body condition and parturition and survival (e.g., Russell and Gunn 2019; Russell et al. 2021), there is still great uncertainty in values required as input. As described above, there is uncertainty in how caribou will react to infrastructure during different seasons (e.g., foraging rates, movement rates, displacement distance) and how forage quantity and quality vary spatially and temporally for caribou that are displaced or change their feeding behavior. These issues demonstrate the difficulty of modeling impacts from development on caribou demographics, especially before the development of specific project proposals. Nevertheless, in the absence of improved models of the demographic impacts of changes in caribou reaction to infrastructure (both changes in activity budgets and changes in distribution), the results of Griffith et al. (2002), Russell and Gunn (2019) and Russell et al. (2021) provide estimates of the potential magnitude of the impacts of different development scenarios.

### 3.3.5   Marine Mammals

#### *Affected Environment*

All marine mammals found in US waters are protected under the MMPA, as amended (16 USC 1631 et seq.). Some species receive additional protection under the ESA (16 USC 1531 et seq.). Of marine mammal species that occur in the program area, whales, seals, and porpoises are managed by NMFS, whereas polar bears, and walruses are managed by the USFWS. The NMFS and USFWS stock assessment reports (SARs) contain detailed information on the status, seasonal distribution, abundance, and life history of marine mammals in the Beaufort Sea. NMFS publishes current SARs for whales, seals, and sea lions (Young et al. 2022; https://www.fisheries.noaa.gov/national/marine-mammal-protection/marine-mammal-stock-assessment-reports-species-stock) and the USFWS publishes current SARs for Pacific walrus and polar bear (www.fws.gov/alaska/pages/marine-mammals).

Additional information on polar bears and Pacific walrus can be found in the Beaufort Sea ITR Final Rule (86 FR 42982). Further, the Final EIS on Effects of Oil and Gas Activities in the Arctic (NMFS 2016a) provides detailed descriptions of marine mammal population status and trends, distribution, seasonal migration and movements, habitat use, reproduction and growth, survival, and mortality. These documents are incorporated into this EIS by reference.

Nine species of marine mammals have been recorded in marine waters within 5 nautical miles of the program area (**Table** 3-37). The bowhead whale is listed as endangered under the ESA, and the polar bear, bearded seal, and ringed seal are listed as threatened.

AR4272

**Table 3-37**

**Marine Mammal Species Occurring within 5 Nautical Miles of the Arctic Refuge Coastline and Their Status in the Program Area**

| Common Name | Scientific Name | Status | Occurrence[3] |
|---|---|---|---|
| Bowhead whale | *Balaena mysticetus* | Endangered[1] | Common |
| Beluga | *Delphinapterus leucas* | Protected[2] | Common |
| Gray whale | *Eschrichtius robustus* | Protected[2] | Casual |
| Harbor porpoise | *Phocoena phocoena* | Protected[2] | Casual |
| Bearded seal | *Erignathus barbatus* | Threatened[1] | Fairly common |
| Ringed seal | *Phoca (Pusa) hispida* | Threatened[1] | Common |
| Spotted seal | *P. largha* | Protected[4] | Fairly common |
| Pacific walrus | *Odobenus rosmarus* | Protected[2] | Casual |
| Polar bear | *Ursus maritimus* | Threatened[1] | Common |

Source: ASAMM GIS 2021; Young et al. 2022
[1] Under the ESA (ESA-listed species are considered depleted under the MMPA).
[2] Under the MMPA.
[3] Common = recorded in every year; fairly common = recorded in most years; uncommon = recorded once every 3–5 years; rare = in its normal range but recorded less than every 5 years; casual = beyond its normal range, further observations unlikely. Occurrence is based primarily on data from the Aerial Surveys of Arctic Marine Mammals Program funded by BOEM and National Oceanic and Atmospheric Administration (NOAA).
[4] The Bering distinct population segment (DPS) uses the program area and is not listed under the ESA (the Southern DPS is listed as threatened but does not occur in the program area).

**Table 3-38** lists additional species of marine mammals that may be encountered in the Bering and Chukchi Seas by post-lease oil and gas activity vessel traffic from Dutch Harbor to the program area (**Map 3-29**, Critical Habitat Along the Marine Transport Route, in **Appendix A**). Species currently listed as threatened or endangered under the ESA are fin, humpback, and right whales, Steller sea lions, and sea otters. The discussion below focuses on the ESA-listed species and the beluga whale, which occurs commonly near shore and is of interest for subsistence harvest. Narwhals (*Monodon monoceros*) and hooded seals (*Cystophora cristata*) are considered extralimital to the program area and are not discussed in this EIS.

**Table 3-38**

**Additional Marine Mammal Species Occurring Along Vessel Transit Routes in the Bering and Chukchi Seas**

| Common Name | Scientific Name | Status |
|---|---|---|
| Steller's sea lion (Western DPS) | *Eumetopias jubatus* | Endangered[2] |
| Ribbon seal | *Histriophoca fasciata* | Protected[1] |
| Northern sea otter (Southwest Alaska DPS) | *Enhydra lutris* | Threatened[2] |
| North Pacific right whale | *Eubalaena japonica* | Endangered[2] |
| Minke whale | *Balaenoptera acutorostrata* | Protected[1] |
| Blue whale | *B. musculus* | Endangered[2] |
| Fin whale | *B. physalus* | Endangered[2] |
| Humpback whale (Western North Pacific DPS) | *Megaptera novaeangliae* | Endangered[2] |
| Gray whale (Western North Pacific DPS) | *Eschrichtius robustus* | Endangered[2] |
| Pacific white-sided dolphin | *Lagenorhynchus obliquidens* | Protected[1] |
| Killer whale | *Orcinus orca* | Protected[1] |
| Harbor porpoise | *Phocoena phocoena* | Protected[1] |
| Dall's porpoise | *Phocoenoides dalli* | Protected[1] |
| Sperm whale | *Physeter catodon* | Endangered[2] |
| Baird's beaked whale | *Berardius bairdii* | Protected[1] |
| Stejneger's beaked whale | *Mesoplodon stejnegeri* | Protected[1] |
| Cuvier's beaked whale | *Ziphius cavirostris* | Protected[1] |

Source: NOAA 2018; Young et al. 2022
[1] Under the MMPA
[2] Under the ESA; listed species are considered depleted under the MMPA

Case 3:24-cv-00051-SLG    Document 71-3    Filed 08/13/24    Page 34 of 90

AR4273

*Polar Bear*

Distribution

Polar bears have a circumpolar distribution in the Northern Hemisphere. In Alaska, they occur most commonly within 200 miles of the coast of the Arctic Ocean (Amstrup and DeMaster 1988). Nineteen subpopulations (stocks) of polar bears have been identified throughout their range, ranging from several hundred to several thousand animals each and, in the latest estimate, totaling approximately 26,000 individuals range wide (95 percent Confidence Interval [CI] = 22,000–31,000; Wiig et al. 2015; Durner et al. 2018).

Bears from three stocks occur in US waters off Alaska: the Northern Beaufort Sea stock, the SBS stock, and the Chukchi Sea stock (Bethke et al. 1996; Amstrup 2003a; Amstrup et al. 2004a; Schliebe et al. 2006; Obbard et al. 2010; Durner et al. 2018). The SBS stock is the subpopulation most likely to occur in the program area, so the analyses below focus on this stock. Based on the distribution and characteristics of sea ice and corresponding population movements (Amstrup et al. 2007), SBS bears either move with the retreating ice or abandon it to spend the summer on land (Durner et al. 2009).

The SBS stock ranges over an expansive area, extending from Icy Cape and Point Hope on the Chukchi Sea coast of Alaska eastward to Cape Bathurst in the Northwest Territories of Canada, and seaward at least 185 miles from the coast (Bethke et al. 1996; Amstrup 2000, 2002; Brower et al. 2002; Schliebe et al. 2006). The core activity area of the SBS stock encompasses a considerably smaller region, from Herschel Island, Yukon, to Point Barrow, Alaska (including the existing oil fields in northern Alaska), and seaward about 85 miles (Amstrup 2000); thus, the program area is within the core activity area of the SBS.

Species Status

The USFWS listed the polar bear as a threatened species under the ESA in May 2008 (73 FR 28212). The ESA listing decision was based on the rapidly diminishing sea ice cover and thickness in the Arctic Ocean due to climate change, primarily during summer (73 FR 28212; Durner et al. 2009). In addition, the polar bear was listed in 2011 as a species of special concern in Canada under the Species At Risk Act (Species At Risk Committee 2012). The special concern designation is used for species that may become threatened or endangered in Canada as a result of a combination of biological characteristics and identified threats. The SBS stock of polar bears is a shared resource and is managed by both the US and Canada (USFWS 2016; Joint Secretariat 2017), and polar bear management is subject to international agreements with other Arctic nations (described in **Appendix D**).

When polar bears were listed under the ESA, the continuing loss of sea ice was judged to put them at risk of becoming endangered throughout their range in the foreseeable future. Subsequent modeling analyses predicted that declining sea ice cover risks significant declines in polar bear populations within three generations (35–41 years; Regehr et al. 2016). Considerable research has focused on changes in population status and survival because of diminishing sea ice habitat. Regehr et al. (2010) documented decreases in vital rates of the SBS stock, including survival and breeding rates, corresponding to increases in the number of ice-free days per year in waters over the Beaufort Sea continental shelf (including waters adjoining the program area).

Sea ice conditions, affected by rising global temperatures, are by far the most influential determinant of population outcomes for polar bears, with continued increases in GHG emissions being the dominant influence leading to worsening population outcomes (Atwood et al. 2016a; USFWS 2016). Atwood et al.

(2016a) also evaluated other factors affecting population outcomes, listed in decreasing order of importance: marine prey availability (second only to sea ice), reduced mortality from hunting and defense of life and property interactions (modest influences), and trans-Arctic shipping, oil and gas exploration, and contaminants (negligible influences).

The most recent analyses suggest that the SBS stock declined substantially from 2003 to 2009 and was stable at lower levels from 2006 to 2015 (Obbard et al. 2010; Bromaghin et al. 2015; USFWS 2019; Bromaghin et al. 2021). The estimated population size of the SBS stock was approximately 900 bears in 2010 (90 percent CI = 606–1,212; Bromaghin et al. 2015; USFWS 2019). An updated analysis estimated the Alaska SBS abundance to be 573 bears in 2015 (95 percent Bayesian credible interval [232, 1,140]; Bromaghin et al 2021). Both estimates are significantly reduced from previous estimates of approximately 1,800 bears in 1986 (Amstrup et al. 1986) and 1,526 bears in 2006 (Regehr et al. 2006). Furthermore, analyses of over 20 years of data on the size and body condition of bears in the SBS stock demonstrated declines for most sex and age classes and significant negative relationships between annual sea ice availability and body condition (Rode et al. 2010). Although the authors of the 2010 population estimate noted that suspected biases may have affected the bears' abundance estimate, the estimate of 900 bears is currently used for management purposes (USFWS 2019).

Human activities that can affect polar bears are regulated by the USFWS under both the MMPA and ESA, with the former law taking precedence in the permitting process regarding unintentional, incidental take. To the west of the Arctic Refuge, leaseholders and other permittees routinely request incidental take authorizations; these are incidental harassment authorizations and letters of authorization (LOAs) for activities that could result in unintentional, incidental take of polar bears under the MMPA. The regulatory mechanism for LOAs is incidental take regulations (ITRs). These regulations allow industry operators to unintentionally take small numbers of polar bears provided that such take results in negligible impacts on the species and does not have an unmitigable adverse impact on the availability of the species for subsistence use by Alaska Natives.

In addition to a finding of negligible impact under the MMPA, developing ITRs requires a separate biological assessment and a biological opinion analysis under ESA Section 7, supported by a finding that the activities allowed under the ITRs would not jeopardize the polar bear. The MMPA standard represents a lower threshold for impacts than does the jeopardy standard under the ESA.

The oil and gas projects to the west of the program area (central Beaufort Sea) are operating under a set of ITRs (in effect from August 2021 to August 2026; 86 FR 42982). These ITRs have been established to minimize industry disturbance of polar bears through mitigation, monitoring, and reporting (86 FR 43074; 50 CFR 18.128); however, they do not include the program area because the Arctic Refuge was specifically excluded (50 CFR 18.120(b)); therefore, oil and gas operators would need to apply for an MMPA take authorization before conducting seismic exploration or any other activities on the ground in the program area; with the potential to "take" (e.g., kill, injure, or disrupt the behavioral patterns of) polar bears currently, it is unknown if or when operators would have authorization to take a small number of polar bears in the program area.

Nevertheless, mitigation, monitoring, and reporting measures that have been implemented by the USFWS for over 20 years in the geographic region of the Beaufort Sea ITRs (centered on Prudhoe Bay) have strived to minimize disturbance and take of polar bears. A variety of design features and operational procedures typically are used to mitigate the potential impacts of petroleum activities on polar bears. The BLM assumes

AR4275

that measures such as those would form the foundation for any future stipulations or requirements that may be authorized in the program area under the MMPA.

The BLM and USFWS understand that mitigation measures associated with the current ITRs managed outside the program area are the best available mechanism to manage industry impacts on polar bears and that such measures are continually being revised or updated. It is anticipated that any future mitigation, monitoring, and reporting measures are likely to be similar to current measures, but they could change on a case-by-case basis to minimize take when incidental take authorizations are promulgated in the program area. Hence, current mitigation measures typically required for activities in the central Beaufort Sea (**Appendix J**) have been used for analysis in this chapter.

In addition to stipulating mitigation measures under ITRs, the USFWS allows trained personnel to haze or otherwise intentionally take polar bears under specific circumstances involving the protection of human life (16 USC 1371 101(a)4(A)). Further, the USFWS has voluntary deterrence guidelines (75 FR 61631) to deter polar bears without causing injury or death. These are focused on passive measures intended to prevent bears from gaining access to property or people, such as fencing, gates, skirting, exclusion cages, and bear-proof garbage containers. They also include preventive measures to discourage bears from interacting with property or people, such as acoustic devices for auditory deterrence using vehicles or boats.

Polar bear harvesting is legal in the US for Alaska Natives under the MMPA (16 USC 1371 101(b)). Polar bear harvests in the SBS are managed through the Inuvialuit-Iñupiat Agreement, a Native-to-Native (First Nations) agreement between the US and Canada; the agreement is voluntary in the US but mandatory in Canada (Nageak et al. 1991; Brower et al. 2002). Under this agreement, the current annual harvest quota for the SBS stock is 56 bears, or 35 for Iñupiaq hunters in Alaska and 21 for Inuvialuit hunters in Canada (Miller et al. 2018).

From 2008 through 2017, total human-caused removals of polar bears in Alaska (including both the SBS and Chukchi Sea stocks) numbered 420 bears, ranging from 17 to 88 per year and averaging 42 bears, comprising 62 percent males, 19 percent females, and 19 percent sex unknown or unreported (Miller et al. 2018). The subsistence harvest of polar bears in Alaska from 2008 to 2017 (both stocks, including "struck and lost" animals) ranged from 14 to 82 annually, averaging 38 bears (Miller et al. 2018).

Other human-caused removals during that 10-year period totaled 29 in defense of human life, 3 related to industry activities, 1 research-related, 1 by euthanasia, 3 of unknown causes, and 2 orphaned cubs placed with zoos (Miller et al. 2018). The proportional representation of the SBS stock for these mortalities was not reported, but the SBS harvest is lower than that of the Chukchi Sea stock. For example, from 2006 through 2015, the SBS harvest in Alaska averaged 19 bears per year, comprising 50 percent males, 27 percent females, and 23 percent unreported sex (USFWS 2017b). During the same period in Canada, the SBS harvest averaged 14.2 bears per year, comprising 56 percent males and 44 percent females.

Population Movements

Polar bears of the SBS stock range over large areas, with annual activity areas of collared individuals ranging from 2,805 to 230,426 square miles (Amstrup et al. 2000). They are transient throughout the nearshore areas of the Beaufort Sea coast, including the program area. The largest monthly movements occur during early winter and the smallest in early spring; females with cubs move less and cover smaller areas than do males and other age classes.

Case 3:24-cv-00051-SLG    Document 71-3    Filed 08/13/24    Page 37 of 90

AR4276

Movements are increasing as sea ice cover diminishes. From 1979 to 2006, collared female polar bears moving from the pack ice to denning areas onshore experienced an average increase in travel distance of 3.7 miles per year, and future increases of greater than 10 miles per year have been estimated out to 2060, based on ocean circulation models (Bergen et al. 2007). As the rate of westward and northward drift of sea ice has increased with decreasing thickness and extent in the Beaufort Sea (at least 30 percent over 26 years), polar bears have shown corresponding increases in the amount of time spent active and in travel speed and distance, resulting in increased energy expenditure and food requirements (Durner et al. 2017).

Polar bears typically use land only during late summer, autumn, and the maternal denning season in winter; besides denning females, adult females with and without cubs, subadults, and adult males all come ashore (Johnson and Derocher 2020). Polar bears begin to appear on the mainland and barrier islands in July and August, during the open-water period (Miller et al. 2006; Schliebe et al. 2008). As seasonal and multiyear pack-ice cover spreads southward in the late fall and winter, polar bears move with it, appearing along the Beaufort Sea coast (Amstrup et al. 2000), although some may remain on pack ice all year, if there is continuous access to prey (Stirling 2009).

The number of bears on land in the summer and fall is significantly related to the distance of pack ice from shore (Schliebe et al. 2008; Wilson et al. 2017; Rode et al. 2022). Except for pregnant females that remain to den, bears using land begin to leave when sea ice develops, usually by late October (Schliebe et al. 2001; Kalxdorff et al. 2002). Rapid environmental changes from lengthening of the ice-melt season and diminished sea ice cover have increased the bears' use of terrestrial habitats: the percentage of collared female SBS bears coming ashore tripled over 15 years since the late 1990s, with bears arriving onshore earlier, staying longer, and departing later (Atwood et al. 2016b; Rode et al. 2022). The mean duration of the open-water period increased by 36 days in that period, and the mean length of stay increased by 31 days.

It has been known for a long time, as stated by Indigenous hunters (USFWS 1995; Joint Secretariat 2015), that polar bears become increasingly abundant on the mainland and barrier islands during the open-water season in late summer and the fall subsistence whaling season. USFWS biologists flew 53 aerial surveys along the entire Beaufort Sea coast between Point Barrow and the Canada border in fall 2000 to 2014, averaging 64 bears per survey and recording a maximum of 156 bears on a single survey in August 2012 (Wilson et al. 2017). On average, 4 to 8 percent of the bears in the SBS stock were observed on land per survey (Schliebe et al. 2008). Most sightings on those coastal surveys (82 percent) were recorded on barrier islands, with 11 percent on the mainland and 6 percent on landfast ice (74 FR 56068).

Peak numbers of polar bears observed on land generally occurred in late September and early October (USFWS 1995; Schliebe et al. 2001, 2008; Kalxdorff et al. 2002). The number of polar bears on shore is related to sea ice dynamics, although the distribution of bears on shore was influenced most strongly by the availability of food from subsistence whaling (Wilson et al. 2017). Bear numbers on shore have increased in late summer and autumn, with the greatest concentrations occurring at Barter Island, Cross Island, and Point Barrow, where bears feed on bone piles of butchered bowhead whales taken during the autumn subsistence hunt (Miller et al. 2006; Schliebe et al. 2008; Atwood et al. 2016b; Lillie 2018).

Polar bears using terrestrial habitats near the program area have shown increases in the amount of bowhead whale consumed in their diets in recent years. This reflects increased foraging on the Kaktovik whale-bone pile, with bowhead whale constituting 50–70 percent of the fall diet of those bears that spent more time on and near the coast than bears farther offshore (Rogers et al. 2015; McKinney et al. 2017). Increased consumption of bowhead whale was associated with better body condition.

*Coastal Plain Oil and Gas Leasing Program*
*Draft Supplemental Environmental Impact Statement*

AR4277

Genetic analysis of hair-snare samples estimated that as many as 146 individuals (standard error = 21), representing approximately 16 percent of the most recent SBS stock estimate, visited the whalebone pile in Kaktovik in 2012 (Lillie 2018). In one recent study, the percentage of collared SBS bears spending time along the coast of northeast Alaska ranged from 22 to 33 percent annually, averaging 27 percent, with the area near Kaktovik receiving the most use (Pongracz and Derocher 2017).

Life History

Polar bears are large, long-lived (29–32 years), opportunistic hunters that feed primarily on ringed and bearded seals but also on beached carcasses of marine mammals (whales and walruses) (Smith 1980; Amstrup 2003a; Schliebe et al. 2006; Miller et al. 2006). Adult males, non-pregnant adult females, and subadults are active all year. Mating occurs from March to late May. Pregnant females construct and enter snowdrift natal dens in November (Amstrup and Gardner 1994; Joint Secretariat 2015, Rode et al. 2018) and give birth in late December or early January.

Litter size ranges from one to three cubs, averaging 1.63; litters of two cubs are most common (Amstrup 2003a). Mothers and cubs emerge from natal dens in March, when the cubs are 3 to 4 months old (Amstrup and Gardner 1994; Smith et al. 2007; Joint Secretariat 2015, Rode et al. 2018). The cubs remain near the dens for up to 2 weeks (Smith et al. 2007) as they adapt to outside temperatures and gain the strength to travel over land and ice.

Young cubs are vulnerable to predation during the brief period after den emergence and before moving onto sea ice (Richardson and Andriashak 2006). Cubs usually stay with their mothers until they are 2 to 3 years old (Stirling et al. 1975, Derocher and Stirling 1996). Females breed again at about the same time they separate from their young, resulting in a breeding interval of females that successfully wean cubs of 3 years or longer.

Critical Habitat

The USFWS designated critical habitat for polar bears in Alaska in 2011 (75 FR 76086). Three units of critical habitat (all of which occur in the program area; **Map 3-40**, Polar Bear Habitat, in **Appendix A**) were designated, corresponding to the following primary constituent elements of critical habitat described in the final rule:

- Sea ice habitat, used for feeding, breeding, denning, and movements, in US territorial waters;
- Terrestrial denning habitat, on land along the northern coast of Alaska, with characteristics suitable for capturing and retaining snow drifts of sufficient depth to sustain maternal dens through winter, occurring within 20 miles of the coast between the US-Canada border on the east and the Shaviovik and Kavik Rivers on the west (including the program area), and within 5 miles of the coast from the Shaviovik and Kavik Rivers west to Point Barrow;
- Barrier island habitat, used for denning, refuge from human disturbance, and movements along the coast for access to denning and feeding habitats, comprising barrier islands and associated mainland spits, along with the water, ice, and terrestrial habitat within 1 mile of those features, designated as a no-disturbance zone.

Critical habitat excludes human-made structures and the land on which they are located, as well as seven specific areas consisting of the communities of Utqiaġvik and Kaktovik and five US Air Force radar sites (Point Barrow, Point Lonely, Oliktok Point, Bullen Point, and Barter Island). The acreages and percentages

of each critical habitat unit in the program area are described below, under *Impacts Common to All Alternatives*.

Habitat Use

Polar bears rely principally on the availability of sea ice habitats to roam, hunt, breed, and rest. Although most of the SBS bears remain on sea ice during summer (Pongracz and Derocher 2017), their use of terrestrial habitats has been increasing as sea ice cover has declined. Between 2000 and 2014, the percentage of collared adult female bears coming ashore tripled (averaging 20 percent and ranging up to 37 percent). The average length of stay ashore increased to 56 days, from 20 days in the 1990s (Atwood et al. 2016b). Although adult males cannot be collared to track their movements, observations indicate that adult males and subadults also use land in the summer and autumn (Miller et al. 2015; Johnson and Derocher 2020).

Preferred habitats are in the active seasonal ice zone that overlies the continental shelf and associated islands and in areas of heavy offshore pack ice (Stirling 1988; Durner et al. 2004, 2009; Joint Secretariat 2015; Pongracz and Derocher 2017). Adult males usually remain there, rarely coming ashore (Amstrup and DeMaster 1988). Habitat use changes seasonally with the formation, advance, movement, retreat, and melt of sea ice (Amstrup et al. 2000; Ferguson et al. 2000; Durner et al. 2004, 2009; Schliebe et al. 2008; Joint Secretariat 2015).

During winter and spring, polar bears tend to concentrate in areas of ice with pressure ridges, at floe edges, and on drifting seasonal ice at least 8 inches thick (Stirling et al. 1975, 1981; Schliebe et al. 2006); the greatest densities occur in the latter two categories, presumably because those habitats provide greater access to seals. Use of shallow water is greatest in winter, in areas of active ice with shear zones and leads (Durner et al. 2004). Females with new cubs and subadult males are consistent in selecting nearshore areas along the edge of the landfast ice in winter (Johnson and Derocher 2020). Use of landfast ice increases in spring during the pupping season of ringed seals. Adult males, females subadults, solitary females, and females with older cubs all tend to remain in the remnant multiyear pack ice in summer and autumn as it retreats to its minimal extent (Ferguson et al. 2000; Durner et al. 2004; Durner et al. 2017; Johnson and Derocher 2020).

In comparison with core denning areas known to support relatively high concentrations of maternal females of other population stocks, such as those on Wrangel Island in the Chukchi Sea and Svalbard in the North Atlantic, the SBS is an area of widespread, low-density denning by maternal polar bears (Amstrup 2003b; Schliebe et al. 2006; USFWS 2017c). Nonetheless, the highest density of maternal dens in Alaska 2000–2015 (2.06–2.32 dens per 100 km$^2$) was located in the northwestern corner of the project area (Patil et al. 2022). The total number of maternal dens occupied annually by females of the SBS stock has been estimated at a median of 123 dens (95 percent posterior credible interval 69–199; Patil et al. 2022) (see **Appendix J**).

The distribution of maternal dens in northern Alaska has shifted landward over the past three decades as sea ice has become less available and stable (Fischbach et al. 2007; Olson et al. 2017). In a study of 287 dens located by telemetry observations, the average probability of denning on land was 23 percent lower in 1982–1999 (posterior median = 0.32 [0.2, 0.48]) compared to 2000–2015 (0.56 [0.5, 0.71]; Patil et al. 2022). Although female polar bears do not show fidelity to specific den locations, they tend to den on the same substrate (sea ice or land) from year to year and may return to the same general area to den (Amstrup and Gardner 1994; Amstrup 2003b; Schliebe et al. 2006; Fischbach et al. 2007). The use of denning substrate (sea ice or land) is significantly related to where bears occur in autumn. Pregnant polar bears in the SBS

Case 3:24-cv-00051-SLG    Document 71-3    Filed 08/13/24    Page 40 of 90

AR4279

stock that spent 25 days or more on land in autumn all subsequently denned on land (Olson et al. 2017), and between 1985 and 2013, the percentage of SBS females denning on land increased from 34 to 55 percent, linked to sea ice declines.

The distribution of land dens within the SBS range generally and within the program area specifically shifted westward between 1982–1999 and 2000–2015, with the largest increases in land denning and the highest abundance of land dens occurring between the Colville and Canning Rivers (Patil et al. 2022). Despite the recent decline in the probability of land dens occurring within the eastern half of the program area, the region continues to support between 5 and 30 land dens annually (Wilson and Durner 2020; Patil et al. 2022). Terrestrial denning critical habitat composes 76.3 percent of the program area and fall snow depth has remained consistent since the 1980s, providing the necessary substrate for snowdrift den habitat. An estimated 21 percent of terrestrial dens of the SBS stock occur in the program area annually (see **Appendix J**); thus, the program area is known to be an important area for maternal denning and will likely remain important as the percentage of bears denning on land increases with continuing sea ice loss (Olson et al. 2017; Patil et al. 2022).

Because of bears' greater proximity to settlements, industrial sites, and other coastal areas of human activity, dens on land and land-fast ice are more vulnerable to disturbance by human activity than are dens on sea ice. A few records of female polar bears denning successfully in snow drifts near oil infrastructure have been recorded since development began in the oil fields along the central Beaufort Sea coast. Maternal polar bear dens have also been disrupted as a result of human disturbance, leading to possible cub mortality (Woodruff et al. 2022a).

Pregnant polar bears denning in terrestrial habitats excavate maternal dens in compacted snow drifts next to coastal banks of barrier islands and mainland bluffs, river, stream, and lake banks, and other areas with suitable topographic relief (Amstrup and DeMaster 1988; Durner et al. 2001, 2003, 2006). In the program area, 46 maternal dens have been documented in terrestrial habitats, 18 of which were located between the Katakturuk and Sadlerochit River drainages in the central portion of the program area; 12 additional dens were found on sea ice within 5 miles of the program area and in the Arctic Refuge south of the program area (**Map 3-40** in **Appendix A**). The dens in this sample were found using a variety of methods; most were found by radio-tracking bears collared with very high frequency radio collars or satellite transmitters from 1989 to 2010, whereas others were found through opportunistic encounters or dedicated searches from as early as 1913 to as recently as 2010 (Durner et al. 2020).

Using the best available data on the estimated population of the SBS stock, the proportion of adult females in the population, the breeding probability of adult females, the proportion of dens on land, and the proportion of historical dens in the program area, the USFWS estimates that approximately 14 female bears may den in the program area annually (see **Appendix J**). For this estimate, Patil et al. (2022) relied on previous data that included only dens detected using satellite or very-high-frequency radio tags deployed on bears within the SBS boundary. This dataset controlled for spatial bias associated with opportunistic observations and localized surveys (Patil et al. 2022).

The most important characteristic of maternal denning habitat is the presence of topographic features of sufficient height and slope to catch blowing snow and form persistent drifts in early winter, with at least 4.3 feet of vertical topographic relief and steep slopes (mean 40°, range 15.5–50°) (Amstrup and DeMaster 1988; Durner et al. 2001, 2003, 2006). Biologists used an algorithm to map denning habitat identified on a digital terrain model derived from interferometric synthetic aperture radar (IfSAR; Durner and Atwood

AR4280

2018; **Map 3-40** in **Appendix A**). Based on the IfSAR-derived map, approximately 79.6 square kilometers of suitable bank habitat was identified in the program area (**Table 3-39** below).

Other researchers recently developed a three-dimensional (3D) spatial model, integrating snow physics, weather data, and a high-resolution digital elevation model, to predict the occurrence of potential denning habitat along the Beaufort Sea coast (Liston et al. 2018). All of these techniques can provide fine-scale results to focus aerial surveys of denning habitat using thermal imaging equipment (forward-looking infrared radiometry [airborne FLIR; Amstrup et al. 2004b], also known as aerial infrared [AIR; Owyhee Air Research 2018]). This method is the most suitable for searching large areas for maternal dens in advance of seismic exploration or other potentially disturbing activities (Amstrup et al. 2004b; York et al. 2004; Owyhee Air Research 2018).

*Bowhead Whale*

Bowhead whales transit past the program area during spring (April–June), although they leave the continental shelf to travel over deep water towards feeding areas in the Canadian Beaufort Sea (Olnes et al. 2020). During the fall migration (September and October), whales travel along the shelf break and come close to shore to feed (Quakenbush et al. 2010; Citta et al. 2015; Olnes et al. 2020; **Map 3-41**, Bowhead and Beluga Whale Sightings, in **Appendix A**). The spring migratory corridor between the Bering Strait and Cape Bathurst in the Amundsen Gulf (Canada) has been relatively distinct and consistent over time (Citta et al. 2015; Olnes et al. 2020).

During the summer, bowhead whales feed throughout the Beaufort Sea and may occur in the program area throughout the open-water season. Historically, they have largely aggregated in the Canadian Beaufort Sea and Barrow Canyon (US) in deep water, where upwellings concentrate prey species, although some whales remain in the eastern Chukchi and western Beaufort Seas (Ireland et al. 2009; Quakenbush et al. 2010; Clarke et al. 2011). Whales that visit the Alaskan Beaufort Sea during the summer tend to stay off the shelf (Olnes et al. 2020), although they are occasionally observed in nearshore, shallow areas (Clarke et al. 2015).

Fall migrating whales typically reach Cross Island in September and October, although some might arrive as early as late August (BOEM 2018b) and continue on to Point Barrow. After passing Point Barrow, the migration paths of individual bowhead whales fan out across the Chukchi Sea, with some heading toward Wrangel Island (Russia) and then the coastal waters of Chukotka, (Russia); others travel across the Chukchi Sea south of Hanna Shoals toward the Russian coast (Ireland et al. 2009; Quakenbush et al. 2010; Citta et al. 2015). They continue southward through the Bering Strait and overwinter in the Bering Sea (Ireland et al. 2009; Quakenbush et al. 2010; Citta et al. 2015). The distribution of bowhead whales is further described in the Final Environmental Impact Statement for the Liberty Development and Production Plan, incorporated here by reference (BOEM 2018b).

Bowhead whales in the program area and along the shipping corridor belong to the western Arctic stock, also known as the Bering-Chukchi-Beaufort stock and are the only one of the four stocks that inhabit US waters (Muto et al. 2021). Bowhead whales were listed as endangered under the predecessor of the ESA in 1973, but no critical habitat has been designated. The decline in extent and duration of sea ice over the past 40 years has coincided with an increase in harvest by residents of Kaktovik, who harvested 1–2 whales per year from 1973 to 1994 and 2–4 whales per year from 1995 to 2016 (Koski et al. 2005; Suydam and George 2018). The Western Arctic population of bowhead whales increased at a rate of 3.2–3.7 percent from 1978

AR4281

to 2011 (Schweder et al. 2009; Givens et al. 2013), and the most recent population estimate is 27,133 individuals (95 percent CI: 14,119–32,407; Givens et al. 2018).

Bowhead whales have an estimated auditory bandwidth of 7 Hz to 22 kHz (Southall et al. 2007). Going by their vocalizations, bowhead whales should be most sensitive to frequencies between 20 Hz and 5 kHz, with maximum sensitivity between 100 and 500 Hz (Erbe 2002). Subsistence hunters note that bowhead whales are sensitive to noise during the spring whaling season (Noongwook et al. 2007).

### Beluga Whale

Beluga whales in Arctic Alaska belong to the Beaufort Sea (BS) and the Eastern Chukchi Sea (ECS) stocks (Muto et al. 2018). They use waters in the eastern Beaufort Sea but stay farther offshore than bowhead whales, typically beyond the shelf break (Hauser et al. 2014). Spring migration eastward through the Beaufort Sea is stock-specific, with BS stock migrating in spring (April and May) and ECS stock migrating in summer (June and July; Suydam et al. 2001, The BS stock continues on to Canadian waters, spending the summer in the eastern Beaufort Sea, Mackenzie River Estuary, Amundsen Gulf, M'Clure Strait, and Viscount Melville Sound (Hauser et al. 2014, 2017). The ECS stock spends the summer primarily restricted to the continental shelf and slope north of Alaska in the northeastern Chukchi and western Beaufort Seas (Suydam 2009; Hauser et al. 2014; Stafford et al. 2016). The BS stock starts moving west and south in September, leading to an overlap of ranges for the two stocks that extends from Prince of Wales Strait in Canada westward to Herald Shoal in the Chukchi Sea (Hauser et al. 2014; Stafford et al. 2017). The main fall migration corridor of belugas is over 54 nautical miles north of the coast; however, they do occasionally approach shallow water in coastal areas, such as lagoons and river deltas, to molt or feed (Suydam 2009).

Belugas have been recorded within 5 nautical miles of the program area in the lagoons (**Map 3-41** in **Appendix A**, Hauser et al. 2017) and are sometimes harvested by Kaktovik residents. The population estimate for the ECS stock is approximately 20,000 belugas (Lowry et al. 2017). Although the BS stock was estimated to be approximately 39,000 whales, based on 1996 information, there is currently no recent reliable population estimate available for the BS stock (Muto et al. 2020); however, trend data suggest that the stock is at least stable (Harwood and Kingsley 2013).

Beluga whales are the most vocal of the toothed whales and have a wide variety of vocalizations. They have as many as 50 different whistles and calls in frequencies, ranging from 0.1 to 12.0 kHz (BLM 2012). They can detect sounds at frequencies as low as 40 to 125 Hz (Richardson et al. 1995).

### Other Whales

Whale species that may be encountered by vessels in transit from Dutch Harbor to the Beaufort Sea are described in the EIS for the Liberty development project (BOEM 2018b), incorporated here by reference. Gray whales are grouped into the Eastern North Pacific stock, which feeds in the Beaufort, Chukchi, and Bering Seas in summer, and the Western North Pacific stock, which is listed as endangered and is found in Russian waters.

The Eastern North Pacific stock migrates south from Alaska in the fall to spend winter in waters off California and Mexico. The most recent population estimate for this stock of 26,960 individuals is based on systematic counts of gray whales migrating south along the central California coast (Durban et al. 2017). Gray whales from the Eastern North Pacific stock regularly occur near Utqiaġvik in both the Chukchi and Beaufort Seas in summer (Moore and DeMaster 1997; Laake et al. 2009). They have been recorded during

AR4282

aerial surveys (ASAMM 2017) and on acoustic recorders (Moore et al. 2000, 2006), rarely ranging past 155.8ºW (Clarke et al. 2015 in BOEM 2018). While no gray whales have been observed within 5 nautical miles of the program area, gray whales have been sighted six times in the Canadian Beaufort Sea (Rugh and Fraker 1981; Brower et al. 2015; Clark et al. 2015; Yuka et al. 2016). This suggests that a small, casual proportion of gray whales migrates into Canadian waters and could be encountered during Coastal Plain activities. Gray whales have an estimated auditory bandwidth of 7 Hz to 22 kHz, placing them in the low-frequency hearing group for cetaceans. They produce signals from 100 Hz to 4 kHz, with the most common sounds on the feeding grounds being knocks (BLM 2012).

In addition to the species listed in **Table** 3-37, sub-arctic whales that could be encountered during vessel transit are blue, fin, humpback, minke, North Pacific right, sperm, and killer whales. Blue whales are present in Alaska waters only during their non-breeding season and would be found in the open waters near the Aleutian Islands and the Bering Sea. Fin whales are present in both the Bering and Chukchi Seas in the summer, with greater numbers in the Bering than the Chukchi Sea (Muto et al. 2021). Individual humpback whales from the Western North Pacific Stock could occur in the Bering Sea and possibly in parts of the Chukchi and Beaufort seas (Muto et al. 2021), although sightings are rare. Minke whales are believed to be migratory summer residents of the Chukchi and Bering Seas and move south of the Bering Sea to overwinter. North Pacific right whales are considered the rarest of all large whale species and among the rarest of all marine mammal species. Critical habitat was designated for the eastern North Pacific right whale in 2008 (73 FR 19000) in the Bering Sea, based on geographic coordinates where they have been consistently sighted in spring and summer.

### Ringed Seal

#### Population and Life History

Ringed seals (*Phoca [Pusa] hispida*) have a circumpolar distribution and have five recognized subspecies (Kelly et al. 2010). The Alaska stock consists of a portion of the subspecies *P. h. hispida* found in the US waters of the Beaufort, Chukchi, and Bering Seas (Muto et al. 2021). There is no reliable population estimate for the entire Alaska stock. Surveys conducted from 1996 to 1999 yielded a conservative estimate of at least 300,000 ringed seals in the Alaskan Beaufort and Chukchi Seas (Bengtson et al. 2005; Frost et al. 2004; Kelly et al. 2010). The estimate for the US Beaufort Sea, however, has not been corrected for the number of ringed seals that had not hauled out at the time of the surveys (Kelly et al. 2006; Carretta et al. 2015).

Data from aerial surveys conducted over the Bering Sea in 2010 and 2013 were used to calculate an abundance estimate of 170,000 ringed seals in the US sector of the Bering Sea (Conn et al. 2014). Recent estimates indicate that the Arctic ringed seal population numbers over 1,000,000 (Kelly et al. 2010). The population trends and status of this stock are currently unknown (Muto et al. 2021). The decline in extent and duration of sea ice cover is the primary conservation concern leading to their listing as threatened under the ESA in 2012 (77 FR 76705).

Ringed seals are year-round residents in the Beaufort Sea (Muto et al. 2021). Historically, the population densities of ringed seals have been substantially greater in the eastern Beaufort Sea than in the western Beaufort (Burns and Kelly 1982; Kelly 1988). Ringed seal population densities tend to be greatest in areas of flat ice near the edge of the shore-fast ice zone and decline away from that edge (Frost et al. 2004). They use sea ice as a platform for pupping in the winter and early spring, molting in early summer, and resting throughout the year (Kelly 1988).

AR4283

Ringed seals can be found in the nearshore areas during the summer and winter (Williams et al. 2002). Optimal wintering areas for ringed seals in the Beaufort Sea are generally in waters 32–115 feet deep; however, under-snow seal structures have been found in waters depths of 5–10 feet in the central Beaufort Sea (Williams et al. 2006), indicating that seals may use portions of the program area in addition to the marine transportation corridor.

During the summer, ringed seals forage along ice edges offshore and in productive open water (Harwood et al. 2015b), including waters within 5 nautical miles of the program area (**Map 3-42**, Seal Sightings, in **Appendix A**). Critical habitat has been proposed for the Arctic ringed seal in US waters; it effectively includes all marine waters within the US Exclusive Economic Zone where sea ice regularly forms during winter (BOEM 2018b). The final determination for ringed seal critical habitat from the NMFS remains pending.

Adult females construct pupping lairs, often on shore-fast ice, and adult males appear to defend their breeding territories around those lairs from other males and subadults (Kelly et al. 2010). Single pups are born in the spring (March to May), with the peak of pupping in early April (Kelly et al. 2010). Mating takes place in April and May while mature females are still lactating (Moulton et al. 2002). Ringed seals molt between mid-May and mid-July. During this time, they remain hauled out on the edge of the pack ice or on remnant land-fast ice until their old pelt dries out and sheds (Reeves 1998). Because of the need for dry skin during the molt, ringed seals refrain from entering the water and forgo foraging, making the molt a particularly stressful time for them (Ryg et al. 1990).

When not whelping, lactating, breeding, or molting, ringed seals travel widely and may occur in waters of nearly any depth, although their distribution remains strongly correlated with the presence of sea ice and with food availability (Simpkins et al. 2003; Freitas et al. 2008).

Polar bear predation remains the largest source of ringed seal mortality (Stirling and Archibald 1977), followed by subsistence hunting (Muto et al. 2018). Ringed seals are an important resource for subsistence communities across the North Slope, including Kaktovik. The number of seals taken annually varies considerably between years due to ice and wind conditions, which affect hunter access to seals.

The ADFG maintains a subsistence harvest database and, as of August 2000, the mean estimate of ringed seals taken annually is 9,567. Data from 2007 to 2012 indicate a reported annual average harvest of 3.5 ringed seals (range of 0 to 10 individuals) taken by Kaktovik subsistence hunters, mainly during the snow-free months of June to August (Harcharek et al. 2018). Data from 2008 to 2012 show an annual average of 4.12 mortalities of Arctic ringed seals from commercial fishing operations in Alaska (Muto et al. 2018). Other sources of mortality among ringed seals are entanglements and predation from Arctic foxes, walruses, wolves, wolverines, and ravens which also occasionally kill ringed seals, and all of which result in very few losses (Allen and Angliss 2013).

<u>Critical Habitat</u>

In 2022, NMFS designated critical habitat for ringed seals in the Bering, Chukchi, and Beaufort seas within the geographical area presently occupied by ringed seals (87 FR 19232). Critical habitat contains the biological features essential to the conservation and management of the species. For ringed seals, the features considered essential to the conservation of the species include:

Case 3:24-cv-00051-SLG    Document 71-3    Filed 08/13/24    Page 45 of 90

AR4284

1. Snow-covered sea-ice habitat suitable for the formation and maintenance of subnivean birth lairs, defined as waters at least 10 feet (3 meters) deep containing areas of seasonal land fast ice or dense stable pack ice.

2. Sea ice habitat suitable as a platform for basking and molting, defined as areas containing sea ice concentrations of 15 percent or more in waters at least 10 feet (3 meters) deep.

3. Primary prey resources to support ringed seals, defined as small, often schooling fish and small crustaceans.

The movements and habitat use of Arctic ringed seals are strongly influenced by the seasonality of sea ice. The boundaries for critical habitat were therefore delineated to include the sea ice essential features as these presumably also correspond to areas with the necessary prey resources. The southern boundary was determined from the median position of the ice edge for May from 1990 to 2019 because it provides the best estimate of the southern extent of where the birth lair essential feature occurs on a consistent basis. The outer limit of the US exclusive economic zone to the north, west, and east best defined the remaining seaward boundaries of the area containing the sea ice essential features. Finally, the shoreward boundary was delineated by the 3-meter isobath (relative to mean lower low water[38]), consistent with the 10-foot (3-meter) minimum water depth identified for sea ice features. Critical habitat excludes an area north of the Beaufort Sea shelf that is used by the US Navy. The acreage and percentage of critical habitat in the program area is described below, under *Impacts Common to All Alternatives*.

*Bearded Seal*

Population and Life History

Bearded seals are associated with offshore pack ice throughout the year, remaining close to the ice edge for as long as the ice is available. They use ice as a platform for breeding, pupping, molting, and resting. In summer, bearded seals may use nearshore areas of the Beaufort Sea (**Map 3-42** in **Appendix A**), and occasionally haul out on land (Muto et al. 2021). Bearded seals are diving bottom feeders of fish and invertebrates (Crawford et al. 2015). A preliminary analysis of diving behavior indicates that they make proportionately more dives in marginal ice (15 to 80 percent) or open water and during the day than in heavy ice or from midnight to 4:00 a.m. They tend to dive in shallow water (0 to 131 feet-deep) (Quakenbush and Crawford 2019). Young bearded seals use estuary and riverine habitat for foraging and resting, including Dease Inlet and the Colville and Koyuk Rivers (Quakenbush and Crawford 2019). Bearded seals are expected to occur within 5 nautical miles of the program area and along the shipping route.

No reliable population estimate and no reliable data on trends of population abundance are available for the entire Alaska stock of bearded seals (Muto et al. 2018). The most recent abundance estimate for bearded seals in US waters (299,174 individuals; 95 percent CI: 245,476–360,544) applies only to the Bering Sea (Conn et al. 2014). Residents of Kaktovik hunt bearded seals as part of their subsistence activities, but seals are not considered a primary food source (Clough et al. 1987). Harcharek et al. (2018) reported that Kaktovik subsistence hunters harvested an annual average of 3.8 bearded seals (range of 1 to 10 individuals) during the snow-free months of July and August. These seals are important subsistence resources, however, for other communities in the NSB and along the shipping route. The primary conservation concern for this

---

[38] A titdal datum. The average of the lower low water heights during the current national tidal datum epoch.

*Coastal Plain Oil and Gas Leasing Program*
*Draft Supplemental Environmental Impact Statement*

Case 3:24-cv-00051-SLG    Document 71-3    Filed 08/13/24    Page 46 of 90

AR4285

species is the ongoing and projected loss of sea ice cover (Cameron et al. 2010), which led to their listing as threatened under the ESA in 2012 (77 FR 76740).

<u>Critical Habitat</u>

In 2022, NMFS designated critical habitat for the Beringia DPS of the bearded seal in the Bering, Chukchi, and Beaufort seas (87 FR 19180). Critical habitat contains the biological features essential to the conservation and management of the species. For bearded seals, the features considered essential to the conservation of the species include:

1. Sea ice habitat suitable for whelping and nursing, defined as areas with waters no more than 656 feet (200 meters) deep containing pack ice of at least 25 percent concentration and providing bearded seals access to those waters from the ice.

2. Sea ice habitat suitable as a platform for molting, defined as areas with waters no more than 656 feet (200 meters) deep containing pack ice of at least 15 percent concentration and providing bearded seals access to those waters from the ice.

3. Primary prey resources to support bearded seals, defined as waters no more than 656 feet (200 meters) deep containing benthic organisms, including epifaunal and infaunal invertebrates, and demersal fishes.

Bearded seals generally maintain an association with drifting sea ice, and many seals migrate seasonally to maintain access to sea ice. The boundaries for critical habitat were therefore delineated to include the sea ice essential features. The southern boundary is based on a modified contour of the estimated position of the April median ice edge west of Kuskokwim Bay from 1990 to 2019. The northern boundary is defined by the 200-meter isobath over the continental shelf break in the Chukchi and Beaufort seas (i.e., the northern extent of waters 656 feet [200 meters] deep or less in these seas), and the boundaries to the east and west are defined as the limit of the US exclusive economic zone. The shoreward boundary is determined by the edge of landfast ice, which is not considered a feature of critical habitat. In the Beaufort region, the 656-foot (20-meter) isobath is the shoreward boundary because it provides a reasonable approximation of the average stable extent of landfast ice (Mahoney et al. 2007; Mahoney et al. 2014). There is no critical habitat for bearded seals within the program area but any shipping from Dutch Harbor to the program area would transit through critical habitat enroute.

*Other Marine Mammals*

Pinniped species that may be encountered by vessels in transit from Dutch Harbor to the Beaufort Sea are described in the EIS for the Liberty development project (BOEM 2018b), incorporated here by reference. Steller sea lions typically occur in coastal areas of the North Pacific and Bering Sea and are commonly encountered by vessels traveling in and out of Dutch Harbor and near the Pribilof Islands where large breeding rookeries occur. Spotted seals are widely distributed on the continental shelf of the Bering, Chukchi, and Beaufort seas, with pupping and breeding occurring primarily south of Bering Strait (Boveng et al. 2009).

They rely less on sea ice than ringed or bearded seals, using nearshore areas and coastal haul-outs in summer and fall (Quakenbush and Crawford 2019). While extralimital near the program area, Pacific walruses are common in the Bering and Chukchi seas and occasionally range into the Beaufort Sea (Fay 1982; Garlich-Miller et al. 2011). The Southwest Stock of northern sea otters may be encountered by barges near Dutch Harbor, but probably not in offshore areas.

- Previous literature and EIS documents near the program area, including the Point Thomson EIS (USACE 2012) and Arctic Refuge CCP (USFWS 2015a).

The BLM and USFWS reviewed scoping comments for this SEIS for information on cultural resources in the program area, including comments provided by Canadian entities that addressed the cultural ties of the Canadian Inuvialuit and Gwich'in to the program area.

Section 106 of the NHPA (with its implementing regulations in 36 CFR 800) and NEPA require the BLM to evaluate the effects of the Leasing SEIS on cultural resources.[44] Federal agencies are encouraged to coordinate compliance with Section 106 with any steps taken to meet the requirements of NEPA and should consider their Section 106 responsibilities as early as possible in the NEPA process (36 CFR 800.8a). A Programmatic Agreement (PA) for the Section 106 process developed during the initial EIS effort is currently in place. Other relevant legislation or EOs that apply to the management of cultural resources include the Antiquities Act of 1906 (54 USC 320301 et seq.); the Archaeological Resources Protection Act of 1979 (ARPA; 16 USC 470aa et seq.); the Abandoned Shipwreck Act of 1987 (43 USC 2101 et seq.); the American Indian Religious Freedom Act (42 USC 1996); Section 4(f) of the DOT Act (49 USC 303); the Archaeological and Historic Preservation Act of 1974 (the Moss-Bennett Act); EO 13007 (Indian Sacred Sites); and the Native American Graves Protection and Repatriation Act of 1990 (25 USC 3001-3013).

*Cultural and Historic Context*

The Arctic Refuge Revised CCP (USFWS 2015a, Section 4.4.1.2) and Point Thomson EIS (USACE 2012, Sections 3.21.4 and 3.21.5) describe the cultural themes and periods of the Arctic Refuge, including the program area. **Table 3-43**, below, provides a summary of the cultural context of the Arctic Refuge as presented in the CCP (USFWS 2015a) and based on information provided in USACE (2012). **Section 3.4.4**, Sociocultural Systems, also provides a cultural overview of the Iñupiat and Gwich'in that is relevant to this section.

**Table 3-43**
**Archaeological Traditions, Cultural Themes, and Periods of the Arctic Refuge Area**

| Tradition/Theme | Period |
|---|---|
| Paleoindian | 13,700 to 9,800 years ago |
| American Paleo-Arctic | 11,800 to 8,000 years ago |
| Northern Archaic | 8,000 to 3,000 years ago |
| Arctic Small Tool Tradition | 5,000 to 2,400 years ago |
| Athabascan (including Gwich'in) | 2,000 years ago, to present |
| Birnirk Culture | 1,600 to 1,000 years ago |
| Thule | 1,000 to 400 years ago |
| Iñuit (including Iñupiat and Inuvialuit) | 400 years ago, to present |
| Euro-American exploration | 1820s to 1900s |
| Early ethnographic research | 1900s to 1920s |
| Trading posts and reindeer herding | 1910s to 1940s |
| Military presence/DEW Line sites | 1950s to 1980s |
| Land conservation | 1950s to present |
| Oil development | 1970s to present |

Sources: USACE 2012; USFWS 2015a

---

[44] Section 106 of the NHPA requires the BLM to evaluate effects on historic properties, which are a type of cultural resource.

Case 3:24-cv-00051-SLG    Document 71-3    Filed 08/13/24    Page 48 of 90

AR4322

*Cultural Resources in the Program Area*

<u>Previous Archaeological and Historic Resources Surveys</u>

In general, previous survey efforts focused on identifying archaeological and historic resources in the program area have been concentrated primarily along the coastal region, with fewer investigations along the river systems and little research of the inland areas. A review of the previous surveys module of the AHRS database (which uses section-level[45] spatial coverage for the program area) revealed seven literature reviews, 13 reconnaissance surveys, and two Phase II evaluation level surveys. A similar review of the document repository module of the AHRS returned 33 records for reports associated with those sections.

Past surveys were primarily concentrated in and around the village of Kaktovik, along the coast and barrier islands of the Beaufort Sea, and along several of the major rivers in the area. Of special note is one wide-area survey of the program area conducted by Edwin Hall (1982) over approximately 20 days, using aerial overflights and limited pedestrian investigation of the coastal area and select river systems. This survey represents the only attempt at systematic coverage of the program area guided by targeted surveys at high potential landforms and topographic settings. Overall, vast inland areas of the program area have received little to no systematic investigation for cultural resources; while the coastal region has been the subject of a greater number of survey efforts, dynamic coastal erosion processes are affecting those resources (Grover and Ryder 2011). The Section 106 PA for the program area addresses the additional steps that the BLM and USFWS will take to address the lack of survey coverage and identification efforts to date in the program area.

<u>Previously Documented Sites</u>

The USFWS (2015a, Section 4.4.1.1) identified several site types that could be found in the Arctic Refuge, and the following categories outline the types of sites that are most likely to be found in the program area:

- Coastal settlements, consisting of semi-subterranean driftwood or whalebone houses, in some cases associated with cemeteries or additional structures; post-contact and pre-contact houses are present along the coast of the Beaufort Sea

- Inland settlements, consisting of semi-subterranean driftwood or whalebone houses, also in some cases associated with cemeteries or additional structures; this is the least known type of site on the Arctic Refuge

- Tent ring complexes, consisting of arrangements of stones used to secure skin tents to the ground, often with associated hearths in and outside the ring; these features are found along river corridors on elevated terraces and likely relate to seasonal caribou hunting; in some cases, these complexes are near or next to caribou drive lines or fences

- Lithic (i.e., stone tool) scatters, consisting of surface and subsurface collections of artifacts and debris resulting from the procurement, preparation, and manufacture of stone tools; in many cases, lithic typological and technological comparisons are the only way of assigning an age or cultural affiliation to a site

---

[45]The finest resolution of the AHRS database for wide-area queries is the section level, which may result in non-program area lands being included in the search.

- Post-contact[46] structures, including sod houses and cabins, built by Indigenous peoples, early explorers, and trappers that offer insights into the early contact period
- Graves and burials are another category of site types that occur in the program area.

As identified in the AHRS database, there are 93 AHRS sites recorded in the program area, including sites of both pre-contact and post-contact origin (**Appendix L**). Five are eligible for listing on the NRHP, two are not eligible, two are pending reevaluation for their eligibility, and 84 have not had formal evaluations for their NRHP eligibility.

Approximately one-third of the sites have pre-contact components, including such features as sod houses, lithic scatters, tent rings, and various artifact scatters. Due to the limited research associated with these sites, the cultural affiliations of many of them are unknown. Post-contact sites comprise the remaining two-thirds of sites and include military sites associated with the DEW Line and several types of Iñupiaq structures, such as sod houses, cellars, tent frames, and other buildings.

The NSB's TLUI database documents place names, landmarks, traditional land use sites, travel routes, and important locations remembered by the Iñupiat, particularly the Kaktovikmiut and their ancestors who have occupied the Coastal Plain for thousands of years. Many of the studies that helped inform the TLUI database (e.g., Jacobson and Wentworth 1982), including ongoing TLUI research and database updates,[47] describe in detail the strong cultural ties that the Kaktovikmiut have to the lands in and adjacent to the Coastal Plain.

In essence, the Coastal Plain is the homeland of the Kaktovikmiut. According to the TLUI database, there are 56 recorded TLUI sites in the program area (**Appendix L**). These sites primarily consist of house ruins (both collapsed sod and cabin structures), graves, and important hunting, fishing, camping, and lookout areas. Except for five TLUI sites inland, the remaining 51 sites are located in coastal settings inside the program area.

The following information, summarized from the TLUI and based on the different types of sites, demonstrates how integrally tied the Kaktovikmiut and their ancestors are to the Coastal Plain. The area has been the homeland of the Kaktovikmiut since time immemorial:

- House ruins—Many of the TLUI sites in the program area reflect widespread use by the Kaktovikmiut before centralizing in Kaktovik. Many of the ruins are associated with the names of respected elders living at these locations in the early twentieth century and who were instrumental in the establishment of the current community of Kaktovik.
- Graves—There are burials of past Kaktovikmiut family members also throughout the coastal locations, many near house ruins and old settlements.
- Harvesting areas—These are important places where the Kaktovikmiut could reliably find resources, such as whitefish, grayling, arctic char, Dall sheep, caribou, waterfowl, ptarmigan, and berries.

---

[46]Refers to the period after contact with European and American people. Pre-contact refers to the period before interaction with European and American people.
[47]TLUI updates are ongoing, and additional work remains to document the Kaktovikmiut uses of the Coastal Plain; TLUI data in this EIS are current as of April 3, 2023.

- Ice cellars—These are locations where food was stored and preserved, also often associated with nearby house ruins.
- Camps—These are places where people stayed or camped during their travels along the coast or between the coast and inland areas.
- Place names and legends—Many places have special names that translate to reference Kaktovikmiut stories about the past, for example where you go to see a long wayoil seeps; farthest north mountains; and a place with a story about a fish swallowing two kids. The latter is also reported in TLUI as having an Dene name of Saluksa[48].
- Reindeer herding— These are locations used during the early twentieth century for herding reindeer.
- Trading Posts—These are post-contact stores for trading between Euro-Americans and Kaktovikmiut.

Other sources of cultural resources information are the RS 2477[49] database, and the NOAA Wrecks and Obstruction database. The RS 2477 trail database identifies three RS trails (914, 1043, and 1649) in the program area. RS 914 is the Poker (Pokok) Lagoon Southeast Trail, a 5.5-mile winter trail near Pokok Lagoon; RS 1043 is the Bullen-Staines River Trail, a 22-mile tractor trail; and RS 1649 is the Tamayariak River-Simpson Cove Trail, a 20-mile tractor trail.[50] The NOAA database identifies two shipwrecks in the program area, one just off the northeast shoreline of Barter Island and a second in Camden Bay next to the POW-DEW Line site.

BOEM (2018) states that submerged pre-contact sites dating from between 20,000 and 3,000 years before present could exist in the offshore environment, depending on regional variation of the seafloor. While the extent of disturbance to submerged landforms is unknown, past research has suggested that areas near barrier islands, such as nearshore locations in the program area, could exhibit less ice gouging and have a greater potential for intact archaeological resources (Darigo et al. 2007). In 2013, although no cultural resources were identified, dated samples from geotechnical cores associated with offshore areas of the Liberty Project revealed moss and gastropod shell that support the suggestion that buried paleo-landforms exist in offshore areas of northern Alaska's continental shelf (Rogers 2014).

<u>Locations of Previously Documented Sites</u>

Due to the confidential and sensitive nature of cultural resource sites, no map is provided in this EIS; however, there are two main locations where cultural resources have been documented in the program area: on barrier islands and protected coasts of the Beaufort Sea and inland on elevated dry ground landforms, such as pingos, river terraces, and bluffs. For example, the river terraces on the Hulahula River have several documented sites, have been described in ethnographic interviews as a historic travel route for Iñupiat and

---

[48]Nielson (1977) identifies this as "Another reference name is Sallute, used by Indians. A legend is connected to this place in which two Indian kids got swallowed by fish."

[49]RS 2477 is found in Section 8 of the Mining Law of 1866 and states, "The ROW for the construction of highways over public lands, not reserved for public uses, is hereby granted." This statute granted states and territories ROWs over federal lands that had no existing reservations or private entries. In Alaska, this law effectively ended in 1969, but due to the time frame in which these ROWs were established (1866–1969), these highways, trails, and other ROWs are considered historical resources and are taken into consideration in this EIS (ADNR MLW 2013).

[50]The RS 2477 trails have been identified and asserted by the State of Alaska, but the validity of all RS 2477 trails must be determined either via a determination of perfection prior to the Federal Land Policy and Management Act or through appropriate judicial proceedings.

AR4325

Gwich'in trading and bartering, and have intensive subsistence use by people of Kaktovik today (USFWS 2015a). The combination of these cultural components (known sites, Indigenous trade and travel route, and subsistence uses) is one of the reasons that the USFWS has determined the Hulahula River suitable as a WSR with an outstandingly remarkable cultural value designation (see **Section 3.4.7**, Wild and Scenic Rivers for more information). While pingos, bluffs, and river terraces, such as those along the Hulahula River, are the types of landforms on which inland sites have been found, one reason for this is because these were the types of landforms focused on by Hall (1982) when he surveyed in the interior. Sites of greatest antiquity are found inland, as these landforms appear to have long periods of relative stability.

Documented coastal sites mostly date to after contact with Euroamerican and correspond to locations having the highest potential for human activity and where previous surveys have focused. Older sites along former shorelines are rare due to erosion caused by eustatic sea level, the dynamic coastal environment which appears to cause rapid displacement of sediments and soils through erosion, underlying permafrost thawing, and elevated sea levels (CCRS and NLUR 2012). . Other undocumented sites are likely present in unsurveyed portions of the program area. Many of the sites in the program area were documented before the use of global positioning systems, so the reported locations of many sites may not be accurate.

Place Names

Place names can provide information about natural and social environments as well as about human populations and their histories. Place names also provide insights into a culture's worldview and its perceptions of features of the environments it inhabits. Place names are a key component for identifying cultural resources in an area, as well as for establishing territorial range and means of travel throughout a traditional territory (Kari 2006).

Iñupiaq and Northern Athabascan place names, which include Gwich'in, have similar analyzable structures in that their place names are generally binomial in structure, consisting of generic and specific terms (Kari 1996; Müller-Wille 1990). Generic terms describe the geographic aspect of the name (*e.g.,* canyon, river, lake, ridge) and specific terms modify the generic term by emphasizing "shape and form" (*e.g.,* small, little, big, large, short) and "character" (*e.g.,* locational, situational) (Müller-Wille 1990; Kari and Fall 2003). Unlike Northern Athabascan place names, Iñupiaq place names can change over time (Burch 1981; Kari and Fall 2003). For the Iñupiat, "[n]ames are given to previously unnamed features, old names fall into disuse and are forgotten, and new names replace earlier ones," whereas for Northern Athabascans "places with forgotten names are left unnamed. New names are never coined by individuals, and Dena'ina [and other Northern Athabascan] places are almost never named after people" (Kari and Fall 2003). In their documentation of Gwich'in place names, Caulfield et al. (1983) state that place names are a source of traditional knowledge in that they can assist in the identification of important environmental resources or habitats (e.g., caribou migration routes, mineral licks, fish spawning areas), and understanding traditional land use patterns can assist in development of locally relevant, sensitive, and acceptable management practices.

Place names are frequently identified on maps as points, even though the place name may represent larger natural features such as creeks, rivers, lakes, ancestral and modern village sites, resource locations, or mountain ranges that extend for some distance. To capture locations with Indigenous place names within the program area, a 5-mile (8-km) buffer was used to identify geographic features and other locations that may intersect the program area but whose identifying points were outside of the program area.

Case 3:24-cv-00051-SLG    Document 71-3    Filed 08/13/24    Page 52 of 90

AR4326

Based on place name sources identified for this SEIS, there are 126 Indigenous place names within the program area (**Table L-3**) (**Map 3-44**). A total of 122 are of Iñupiaq origin, three are associated with the Gwich'in, and one place has both Iñupiaq and Gwich'in designations. Iñupiaq place names are primarily located along the coastline but also include several inland placenames along the waterways including the following:

- 1st Fish Hole
- Akutoktak River ("food mixture of seal oil, caribou fat, and snow")
- Igilatvik Creek ("place where parts of a house are found")
- Katakturuk River ("a narrow place, many falls")
- Nularvik River ("camping place")
- Okerokovik River ("place where there is a blubber cache")
- Okpilak River ("no willows")
- Okpirourak Creek ("a few willows")
- Sadlerochit Spring / *Salliġutchich*
- *Sallitchit Iqaluitch* ("most northernly fish hole")
- *Sivugaq* ("first")
- *Uqsruqtalik* ("place with some oil")

One inland location represents the Niguanak Ridge which translates as "attempt to see animals."

Gwich'in place names include *Iizhik Gwats'an Gwandaii Goodlit* ("Sacred Place Where Life Begins"), *Łeerideedal* (Barter Island – "we meet" – a place where Gwich'in people traded with Iñupiat), *Sallute* (Collinson Point – associated with legend of two Indian kids who got swallowed by fish), and *Vyàhk'it Gwinjik* (Canning River – "Snare Place River" – referring to snare for big game such as caribou as well as the corral portion of a caribou fence). One Iñupiaq name of Itkilyariak Creek and Valley translates to "Indian's route."

Ethnographic Resources

Cultural aspects of the environment are not limited only to discrete locations where physical remains of past human activities are preserved, but they may also include culturally valued places, cultural use of the biophysical environment, such as religious and subsistence uses, and sociocultural attributes, such as social cohesion, social institutions, lifeways, religious practices, and other cultural institutions (National Preservation Institute 2018). These ethnographic resources are cultural or natural features of a region, where traditionally associated cultures have formed significant connections to the landscape. They are closely linked with their own sense of purpose, existence as a community, development as ethnically distinctive peoples, and survival of their lifeways.

Ethnographic resources are held as traditionally meaningful and may be sites, landscapes, structures, objects, or natural resources, such plants, animals, minerals, and bodies of water, that are assigned traditional legendary, religious, subsistence, or other significance in the cultural system of a group. The significance that cultures assigned to ethnographic resources may encompass both the tangible and the intangible aspects of these special places. These types of sites provide knowledge regarding places

AR4327

important to identity, spirituality, and, in the case of ethnographic landscapes, a broader more holistic way of viewing cultural resources within the natural setting that surround them.

Many terms are used by different groups to describe these ethnographic resources. Although not an exhaustive list, commonly used terms to describe the various types of ethnographic resources include the following:

- Traditional cultural places (TCPs)[51]
- Ethnographic landscapes
- Native American sacred sites
- Intangible cultural resources (e.g., oral traditions, Indigenous knowledge, traditional skills)

Traditional knowledge provided through oral histories and scoping testimonies is one avenue of identifying ethnographic resources. Such knowledge can be derived from oral histories and public testimony and can provide traditional knowledge that is both general, such as testimony on long-standing use of the arctic environment, or very specific, such as testimony about use of a specific family subsistence camp. Besides the NSB's TLUI program and some initial interview efforts associated with the Coastal Plain 2019 FEIS (Tritt 2018a; Tritt 2018b; James 2018; Gilbert 2018; Frank 2019a; Eric 2019a; Newman 2019; Eric 2019b; Tritt 2019; Frank 2019b; Keeney 2019), surveys and research to identify and document potential sacred sites, TCPs, ethnographic landscapes, or intangible resources have not been completed to date in the program area.

Kaktovikmiut have long recognized the area north of the Continental Divide to 62 miles (100 kilometers) offshore, including the entire program area, as *Iñuuniagviat Qaaqtuvigmiut*¸ or "Homeland of the Kaktovik Iñupiat" (City of Kaktovik and Karl E. Francis & Associates 1991). During the Coastal Plain 2019 FEIS process, Kaktovik commenters stressed the importance of residents being able to maintain, if not increase, their access to and management of traditional areas in the program area and broader Arctic Refuge. During initial interview efforts for the Coastal Plain 2019 FEIS, BLM documented traditional areas tied to the program area and broader Arctic Refuge with Kaktovik community members (Keeney 2019). Within the program area, common themes of traditional use that were conveyed to the BLM focused on subsistence, historic land use areas, and important natural features. Traditional subsistence areas include locations for hunting (caribou, waterfowl, moose, ptarmigan, wolverine, seal), fishing, trapping (ground squirrel), and berry picking. Historic locations included a number of old sod houses, cabins, graves, ice cellars, old boats, and camp sites, man of which remain in use today. Natural features that were highlighted during the interviews included hot springs, ice bridges, lookouts, and places with wind breaks or other natural features conducive to shelter and resting. Locations to which Kaktovik residents access through the program area that are located in the Brooks Range include sheep, wolverine, caribou, and wolf hunting areas, trout fishing locations, and several camps and cabins. While not an exhaustive effort to document ethnographic resources, these initial 2019 interviews demonstrated the deep cultural connection that the Kaktovikmiut have to *Iñuuniagviat Qaaqtuvigmiut* within the program area and surrounding locations.

During the scoping process for the SEIS, commenters, particularly the Gwich'in in Arctic Village and Venetie, expressed the importance of investigating TCPs in the program area. They commented that there

---

[51]The original National Register Bulletin 38 referred to traditional cultural properties. Recent guidance by the National Park Service in their revised National Register Bulletin 38 has adopted the term traditional cultural places

Case 3:24-cv-00051-SLG    Document 71-3    Filed 08/13/24    Page 54 of 90

AR4328

should be an emphasis on consultation with local tribal governments and organizations, nongovernmental agencies, and other interested parties. Broadly speaking, it is evident that the program area is held as sacred by many of the Gwich'in, particularly for those residing in Arctic Village and Venetie. They identify the Coastal Plain as *Iizhik Gwats'an Gwandaii Goodlit*, "The Sacred Place Where Life Begins" (Gwich'in Steering Committee 2004). They hold it sacred because it is where life begins, particularly for its association with caribou calving and bird nesting grounds. It encompasses all aspects of the environment and is integral to the Gwich'in and their sense of self (see **Section 3.4.4**, Sociocultural Systems).

During the original Draft EIS public comment period, the Native Village of Venetie Tribal Government, a cooperating agency, identified preliminary landscape characteristics they believe are associated with the *Iizhik Gwats'an Gwandaii Goodlit*, and initial interview efforts to document the cultural importance of the *Iizhik Gwats'an Gwandaii Goodlit* during the original EIS effort provided further insight into the characteristics that make this place sacred to the Gwich'in. The following provides the landscape characteristics and example quotes from the interviews that provide further documentation of these characteristics:

- Cultural traditions—Gwich'in cultural practices have influenced the development of the *Iizhik Gwats'an Gwandaii Goodlit* in terms of land use, patterns of land division, stylistic preferences, and the use of materials, as follows:
  - The cultural identity of the Gwich'in as the "Caribou People," which is intertwined with the Porcupine Caribou Herd calving areas
    - *This land we live on, we have a lot of respect for it. Here in Arctic Village, in Venetie and Fort Yukon, they call us Caribou people.* (Gilbert 2018)
    - *The Sacred Place Where Life Begin, we really need to take care of that place. Our survival depend on it. The caribou come from that area and that's we use and rely on. We want to protect the calving grounds.* (James 2018)
  - Ancestral and historic trade with Iñupiat at places along the coast
    - *Yes. Long ago, before any contact with the outside world – the bow and arrow days. The Brooks Range…the other side is Inupiaq and this side is Gwich'in. Our people used to go over the Brooks Range. In our language, it's called Gwashral. Our people go over the Brooks Range to the Eskimo people. They bring gifts for the Eskimos and bring prayer. They pray when they go up and when they come back. They don't hide their campfire – that way they [Inupiaq] know people are coming. If they hide their campfire, they [Inupiaq] would think the Gwich'in were sneaking up on them intending war. It's the same way with both sides. Once place there is a hill – that's where they trade stuff…its either at Spring Creek or East Fork.* (James 2018)
  - Occasional battles and peaceful conflict resolution with Iñupiat
    - *We always give each other gifts. We're always happy to see them but if they sneak over and attack, then we fight back and if we do that to them, they'll do that too. That's gonna create war other than that we always been good friends. One time, they came here, they were having a potlatch for them. All of a sudden, they attacked us. They beat us because we didn't expect it. Our people were busy cooking and caught off guard. The ones that survived followed them back up and got even with them. There's a story about it. They didn't just have war for nothing – they didn't hate each other. They used to say nihdlii – It*

AR4329

> *means if you have a friend on the other side. It can be with Koyukon, Eskimo, Salvii, Shashoni, Cree.* (James 2018)

- – Ancestral and historic camping, hunting, and traveling

  - o *My grandpa never did talk much about that, Elijah Henry, but in -- about talking to earlier, that Elijah Henry walked from Arctic Village up to Kaktovik, and – and those -- Kaktovik, they got more white man contact at that time, and the only reason he goes Kaktovik is to get some ammo. And ammo, you know, they got to have that -- shells at that time. They -- and they -- he goes way up there in the summertime, come back before fall, and got enough ammo to carry him through the winter.* (Tritt 2019)

- – Avoidance of the area in modern times to reduce the chances of disrupting caribou calving and waterfowl nesting and to ensure future successful harvesting and preservation of the Gwich'in culture

  - o *Yeah, you're not supposed to....disturb. Disturb animal when they're having a calf, just like, for instance, moose, too. They got certain cliques they having some, like swampy place, you know. Moose always do those thing. Just like -- just like those past elder around here, they always say that -- always protect that animal where they have little one. They always had that little one the same place, too.* (Frank 2019b)

- • Circulation—Ancestral Gwich'in followed rivers to facilitate travel in the *Iizhik Gwats'an Gwandaii Goodlit* and to connect the landscape with the larger region. They used some of these travel routes for trade.

  - o *The Hoola River. My father [Isaac Tritt], and Grandfather Albert [Tritt] went up there. My dad talk about it when he was young. When they arrive up there, he said he admired the Eskimos. They live a tough life but still they are very happy. There's lots of animals up that way – caribou, sheep, fish, seal, whale…everything. The Eskimos use to come down this way too.* (Tritt 2018b)

- • Archaeological sites—Ancestors of the Gwich'in and Iñupiat created these sites as a result of their shared use of the program area. Many of the documented sites are along rivers that ancestral Gwich'in followed to access the program area. The ancestral Gwich'in-derived sites contribute to the significance of the *Iizhik Gwats'an Gwandaii Goodlit*.

  - o *They go up this way [motions on map]. This is where they go to get stuff they need. They go down towards Kaktovik. Only the men would make this trip using dogs with dog packs. The women and children stayed behind. They made this trip many times. My grandpa, Gilbert, used to make this trip too.* (Gilbert 2018)

Also evident in the interviews, was the profound respect that Gwich'in and Iñupiat hold for natural resources (e.g., caribou, fish, plants, rivers, views) and their importance to their culture. While the SEIS characterizes natural, cultural, and human use qualities of the program area in different sections, it is clear that the Indigenous perspective is expressed in a manner that braids and intertwines all of these topics. For this SEIS, additional Indigenous knowledge and perspective is included in **Section 3.4.3** and **Section 3.4.4**. Further efforts to describe the process for consulting, identifying, and documenting these types of ethnographic resources that the Iñupiat and Gwich'in hold as culturally important would be addressed in accordance with the Section 106 process and other relevant cultural resource regulations (e.g., Executive Order 13007 - Indian Sacred Sites).

While potential impacts on specific cultural resource sites would differ by alternative (see discussion below), broader cultural impacts on belief systems/religious practices would be common across all alternatives. Particularly for the Gwich'in, who hold the program area as sacred ground to their culture and as *Iizhik Gwats'an Gwandaii Goodlit* (Gwich'in Steering Committee 2004), the presence of development in the program area would constitute a cultural impact on the Gwich'in. This is because they believe that development in the program area would harm the caribou and other migratory resources (such as waterfowl) that migrate to the Coastal Plain to give birth.

This sacred pattern of migration and birth maintains the value of, and gives essence to, the Coastal Plain as the place where life began. This sacred belief is based on the intergenerational traditional knowledge of the Gwich'in that is built on millennia of residence in the region (see Irving 1958 and Kofinas et al. 2002 for examples of this knowledge). Caribou are held in the highest regard by the Gwich'in and are the backbone of their cultural identity (Slobodin 1981). Any potential impacts on the resource would constitute a cultural effect. These effects, including those on belief systems, are also discussed in **Section 3.4.4**.

Both the Iñupiat and the Gwich'in have cultural and ethnographic ties to the program area, as evidenced by cultural sites, place names, traditional and contemporary uses, oral histories, and current beliefs and values. When these are viewed as a whole, these ties to land and place can be regarded as TCPs and/or cultural landscapes in the scope of the cultural resource regulatory framework.

These types of cultural resources have not been documented to date in the program area under the existing regulatory frameworks, although the wide array of individual TLUI and AHRS sites in the program area demonstrate the potential for these ethnographic resources, such as TCPs, cultural landscapes, and sacred sites, to be documented. While the available data (see *Affected Environment*, above) have not documented these types of cultural resources for Iñupiat or the Gwich'in in the program area, this absence can be attributed to lack of research and documentation rather than that they do not exist.

The Gwich'in in Arctic Village have stated that documented and undocumented TCPs do exist for them that they believe could be affected by oil and gas leasing in the program area and that the Section 106 consultation process needs to fully consider these cultural resources. Other scoping testimony identified the Coastal Plain of the Arctic Refuge as a cultural landscape that provides for Indigenous communities and that the area should be explicitly analyzed as a traditional cultural landscape of the Gwich'in Nation.

In summary, given the ethnographic information currently available of the cultural importance of the Coastal Plain, and the undetermined location and nature of development in the program area, potential impacts on traditional belief systems/religious practices and other ethnographic resources, such as TCPs and cultural landscapes, particularly for the Gwich'in, would be adverse, regional, and long term. This is based on the Gwich'in belief that places like the Sacred Place Where Life Begins will be impacted no matter where the development occurs in the Coastal Plain. Continued consultation with the tribes during the NEPA and Section 106 processes will continue to explore options for minimization and mitigation measures related to ethnographic resources. For cultural resource sites in the program area that could not be avoided or that would experience other direct and indirect effects outside the footprint, the impacts would be adverse, local, and long term.

No potential adverse effects on documented specific cultural resource sites would be expected in areas where adequate investigation, such as surveys, consultation, and interviews, has occurred prior to development and where appropriate avoidance, minimization, or mitigation measures are implemented. The

AR4333

impacts would be most likely to occur for Kaktovik (see **Section 3.4.10**, Economy), which is most likely among North Slope villages to see an increase in employment and income from the proposed oil and gas leasing program; however, increased income resulting from ANCSA corporation dividends could extend throughout the North Slope and would therefore be of regional context. It is unclear the extent to which Kaktovik and other North Slope residents would participate in oil and gas-related employment. As noted in **Section 3.4.10**, Economy, 0.2 percent of oil and gas jobs on the North Slope in 2022 were held by NSB residents.

<u>General Development and Culture</u>

Overall, future development in the program area could have lasting effects on cultural practices, values, and beliefs through its impacts on subsistence. The potential impacts of development could result in reduced harvests, changes in uses of traditional lands, and decreased community participation in subsistence harvesting, processing, sharing, and associated rituals and feasts. Because of this, communities could experience a loss of cultural and individual identity associated with subsistence, a loss of traditional knowledge about the land, damaged social and kinship ties, and effects on spirituality associated with degradation of the Alaska coastal plain. These are key concerns that were reported by the Iñupiat and Gwich'in during public scoping meetings associated with the oil and gas leasing program (BLM 2018c, 2018d, 2018e, 2018f). While most general development and cultural impacts would be long term and program area wide, certain impacts affecting migratory resources such as caribou could extend regionally.

For the Gwich'in, who view the Arctic Refuge as sacred ground, or "The Place Where Life Begins," the mere presence of oil and gas infrastructure within the program area will constitute a cultural and spiritual impact to their people (see **Section 3.4.2**). The Gwich'in believe that any development in the Arctic Refuge will cause irreparable harm to the calving grounds of the Porcupine Caribou Herd, as well as the habitat (e.g., feeding, nesting) of other migratory resources which are later harvested by the Gwich'in (e.g., migratory birds). Caribou in particular have spiritual importance to the Gwich'in, who refer to themselves as the "Caribou People" and whose primary cultural tradition is living in reciprocal harmony with caribou (see **Section 3.4.4**). Many Gwich'in believe that it is their cultural and spiritual obligation to protect the Porcupine Caribou Herd. Thus, any impacts on the Porcupine Caribou Herd will have cultural and spiritual impacts on the Gwich'in people, and these impacts would be adverse, long-term and regional.

Kofinas et al. (2016) analyzed different scenarios of change, including loss or shortfalls of harvestable resources, altered resource distribution/harvester access, increased costs associated with hunting, and employment, and the potential ramifications to village social and sharing networks. The study notes that households and communities are resilient to change, in large part because of the complex sharing networks that allow for some flexibility in household roles and annual harvests; however, larger disruptions to subsistence, such as a community-wide harvest shortfalls, could "have disproportionately negative community-wide effects on distribution as high harvesters redistribute more food on aggregate" (Kofinas et al. 2016).

Such effects could extend outside communities as well, particularly between communities with strong sharing ties, such as Arctic Village and Venetie. On a household level, Kofinas et al. (2016) suggest that certain households, such as those with fewer social connections and less income, are more vulnerable to changes in subsistence. This is because they have less adaptive capacity with which to weather reduced resource availability or reduced income.

AR4366

Alternatives that allow the greatest amount of land to be developed and which have fewer timing and other restrictions would provide the greatest potential contribution to cumulative effects on subsistence uses and resources. This is because they would have a greater effect on resource availability, resource abundance, and user access; thus, Alternative B would have the largest potential contribution to cumulative effects on subsistence uses and resources, followed by Alternative C, while Alternative D would have the smallest potential contribution to cumulative effects on subsistence uses and resources.

### 3.4.4 Sociocultural Systems

*Affected Environment*

This section describes the affected environment for sociocultural systems potentially affected by the leasing program. In particular, the program could affect sociocultural systems among the Iñupiat, Inuvialuit, and Gwich'in who use the program area, who have cultural ties to the program area, who use resources that cross through the program area, or who could experience social or economic changes associated with the leasing program.

This section provides a brief overview of sociocultural systems among the Iñupiat, Inuvialuit and Gwich'in (in both Alaska and Canada), including history, social/political organization, the mixed cash/subsistence economy, and belief systems. The 2012 Point Thomson EIS (USACE 2012, Section 3.21 and 3.22) and 2012 NPR-A IAP/EIS (BLM 2012, Section 3.4.2, 3.4.3, and 3.4.4) are incorporated here by reference. They contain additional relevant details regarding Iñupiat subsistence values, their relationship to the environment, and the history of Kaktovik.

The Iñupiat of Kaktovik (Kaktovikmiut) are the primary users of the program area. They have strong cultural and subsistence ties and consider themselves the stewards of the program area (Native Village of Kaktovik 2019). Because of this, the community of Kaktovik is most likely to experience direct sociocultural impacts associated with development of the program area. In addition to Kaktovik, other North Slope Iñupiaq communities, Gwich'in communities (in both Alaska and Canada), and Inuvialuit communities (in Canada) have the potential for indirect and cumulative impacts on subsistence. Other North Slope Iñupiaq communities may experience impacts due to use of the Coastal Plain or surrounding areas (e.g., Nuiqsut), or because of their kinship and cultural ties to the Coastal Plain and community of Kaktovik (Atqasuk, Utqiaġvik), or because of their use of the Porcupine Caribou Herd (Anaktuvuk Pass). Inuvialuit communities may experience sociocultural impacts due to kinship ties with Kaktovik (e.g., Aklavik) or due to their use of various resources, particularly Porcupine Caribou Herd caribou, which migrate through the Coastal Plain. Finally, Gwich'in communities from both Alaska and Canada may experience sociocultural impacts due to their historic and spiritual ties to the Coastal Plain and their high reliance on the Porcupine Caribou Herd for subsistence. Differences in how these sociocultural systems may be affected by development of the program area are described below under *Direct and Indirect Impacts*. Additional associated information relevant to sociocultural systems is given in **Sections 3.4.2**, **3.4.3**, **3.4.10**, and **3.4.11**.

*History*

Iñupiaq

History (both pre- and post-contact) associated with the program area is described in more detail in USFWS (2015a). Kaktovik and Nuiqsut are the two Iñupiaq communities closest to the program area. In addition, other North Slope communities either harvest from the Porcupine Caribou Herd in some years or have kinship and cultural ties to Kaktovik or the Coastal Plain. These include Anaktuvuk Pass, Atqasuk, Utqiaġvik, Wainwright, Point Lay, and Point Hope. The Iñupiat are an Alaska Native people whose territory

AR4379

Direct, sustained contact with Western culture for the Inuvialuit began at the end of the nineteenth century, when crews from American whaling ships began overwintering at Herschel Island. This was a time of profound and rapid change for Inuvialuit people. Within a few decades, Western residential schools and hospitals and Anglican and Roman Catholic missions were established in Inuvialuit homelands. With the advent of the Western education system, it also became common for Inuvialuit children to be sent away to more distant residential schools for a large portion of the year. This directly affected a family's ability to teach Inuvialuktun languages and Inuvialuit traditional cultural values and practices to the younger generations (Wildlife Management Advisory Council (North Slope) and Aklavik Hunters and Trappers Committee 2018).

Today, there are approximately 5,000 Inuvialuit people residing in six main communities: Aklavik, Inuvik, Tuktoyaktuk, Paulatuk, Ulukhaktok, and Sachs Harbour (Joint Secretariat 2015). Aklavik, which is the Inuvialuit community closest to the program area, became a center of commerce and administration during the 1930s (Wildlife Management Advisory Council (North Slope) and Aklavik Hunters and Trappers Committee 2018). While Inuvik has since replaced Aklavik as the center of commerce and administration in the region, Aklavik still has a population of approximately 600 (GNT n.d.). Residents of both Inuvik and Aklavik have family and social ties with residents of the Iñupiaq community of Kaktovik in Alaska. Many Inuvialuit still feel culturally connected to the North Slope of Alaska, including the Coastal Plain, due to their ancestral ties there.

<u>Gwich'in (Alaska)</u>

History (both pre- and post-contact) associated with the program area is described in USFWS (2015a). The Gwich'in are an Athabascan cultural group who traditionally occupied a massive territory that incorporated long sections of the Yukon, Porcupine, Peel, Chandalar, Itkillik, and Sagavanirktok Rivers and into present-day Canada to the Mackenzie Flats and River Delta (Burch 1998; Raboff 2001, 1999; Slobodin 1981). Archaeological data suggest that people occupied the Yukon River region (which includes the contemporary Gwich'in communities of Arctic Village and Venetie) at least 12,000 years ago (Griffin and Chesmore 1988). Associated with ancestral Gwich'in, Kavik artifacts from between 600-150 years ago extend into areas of the North Slope and Brooks Range.

In the north, interactions between the Gwich'in or Koyukon and the Kukpigmiut Iñupiat of the Colville River were marked by territorial tensions and hostility, culminating in a series of violent incidents that forced the Athabascans south of the mountains (Raboff 2001). Continuing battles with the Iñupiat and other Athabascans in the 1840s pushed the Gwich'in from the Koyukuk River east to Chandalar Lake and beyond. The Gwich'in were among the most nomadic of the Athabascan groups in their settlement patterns and continued to travel north to trade with the Iñupiat at Barter Island into the 1920s (Jacobson and Wentworth 1982). Similar to the Nunamiut farther north, the Gwich'in relied heavily on the harvest of large land mammals—particularly caribou, but also moose and Dall sheep—for their livelihood.

Some of the first contact with the Gwich'in by Europeans likely took place with the Hudson's Bay Company trading post at Fort Yukon in 1847, some of the latest in terms of first contact in Alaska. It continued with little contact through the end of the nineteenth century (Hadleigh-West 1963). Still, the indirect contact that occurred with other groups trading with the Gwich'in in the 1850s resulted in an epidemic that devastated their population, especially in the western extent of their territory near the Kanuti River. By 1870, most Gwich'in groups had moved into the Yukon Flats or east of Chandalar River. This constitutes the known modern territorial range of the Gwich'in today (Burch and Mishler 1995).

AR4383

Continuous Euro-American presence in Gwich'in territory came later than for some other Indigenous groups in Alaska. As such, the traditional subsistence lifestyle, including a continued reliance on hunting and fishing as a primary source of food and as a primary basis for Gwich'in belief systems, was substantially maintained until World War II (Caulfield 1983).

A severe decline in caribou populations in the Yukon Flats area in the late 1930s and 1940s may have precipitated the need for the Gwich'in to adapt to a more cash-based economy (Caulfield 1983). The US established several Native reservations in Alaska following the inclusion of Alaska in the Indian Reorganization Act of 1936. The Venetie Indian Reservation included the Gwich'in of Arctic Village, Venetie, Christian Village, and Robert's Fish Camp. It was during this period that the Gwich'in made a final transition to permanent settlements (Inoue 2004). The early 1960s saw the creation of the Arctic Refuge, which included lands traditionally used by the Gwich'in.

Today, Alaska Gwich'in live in nine communities: Arctic Village, Beaver, Birch Creek, Canyon Village, Chalkyitsik, Circle, Eagle Village, Fort Yukon, and Venetie. While Arctic Village and Venetie have the strongest direct and historic ties to the Coastal Plain, the Gwich'in people as a whole have cultural and spiritual connections to the area because of its importance to the Porcupine Caribou Herd.

<u>Gwich'in (Canada)</u>

Despite being separated by the border between the US and Canada, the Canadian Gwich'in and the Alaskan Gwich'in share the same Athabascan heritage and history. Archaeological evidence suggests that the area of Northwest Canada has been inhabited for tens of thousands of years (Wolfe, Humphries, Pisaric, Balasubramaniam, Burn, Chan, Cooley, Froese, Graupe, Hall, Lantz, Porter, Roy-Leveillee, Turner, Wesche, and Williams 2011). Before European contact, the Gwich'in were organized into nine regional groups (bands) and occupied a large area extending from the Alaskan interior to the Mackenzie River Valley.

The Canadian Gwich'in reside in the northern Yukon and Mackenz'e River Valley in the Northwest Territories (Fafard and Kritsch 2003; Committee 2002). They continue to have kinship ties to Gwich'in in Alaska and maintain sharing and social networks. Similar to other Gwich'in groups, the Gwich'in of Northwest Canada, known as the Tsii'deii, lived a semi-nomadic lifestyle based on the seasonal availability of wild resources (Committee 2002).

Today, the primary Canadian Gwich'in groups are the Vuntut Gwich'in (Old Crow), Teetlit Gwich'in (Fort McPherson), Ehdiitat Gwich'in (Aklavik), Nihtat Gwich'in (Inuvik), and Gwichya Gwich'in (Tsiigehtchic) (Committee 2002). The Vuntut Gwich'in of Old Crow have a territory and dialect that is distinct from the Gwich'in of the Northwest Territories (Fort McPherson, Aklavik, Inuvik, and Tsiigehtchic) (Fafard and Kritsch 2003).

The first Euro-Canadian contact occurred in the late 1700s, when the Gwich'in briefly encountered Alexander Mackenzie on what is now the Mackenzie River (Committee 2002). Contact with Europeans picked up in the early 1800s when John Franklin travelled down the Mackenzie River in search of the Northwest Passage (Kritsch et al. 2000). The Hudson's Bay Company subsequently established a trading post on the Peel River, which was relocated 4 miles downriver in 1850 and is known today as Fort McPherson (Kritsch et al. 2000). Trade was slow at first but grew over time, and soon the Teetlik Gwich'in made yearly trips there for meat and fur trading and food celebrations (Kritsch et al. 2000).

AR4384

The extent in river miles and the ORVs and preliminary classification of each eligible and suitable river in the program area are presented in **Table 3-52**, below.

**Table 3-52**
**Eligible and Suitable Rivers within the Program Area**

| River Name | Preliminary Determination | River Miles of USFWS-Administered Land | Preliminary Classification | Outstandingly Remarkable Values |
|---|---|---|---|---|
| Canning | Eligible | 41 | Wild | Cultural, wildlife, fish, recreational |
| Hulahula | Eligible and Suitable | 26 | Wild | Recreational and cultural |
| Jago | Eligible | 36 | Wild | Wildlife |
| Okpilak | Eligible | 33 | Wild | Scenic and geologic |

Sources: USFWS GIS 2015

Evidence of climate change is apparent in Alaska. Temperature increases and precipitation changes have changed regional hydrology. Continuation of these trends may lead to changes in the hydrologic cycle (SNAP and TWS 2009, page 1). These changes could affect soils and the vegetation along the eligible and suitable streams, most noticeably by taller shrub intrusion and thawing permafrost. This would affect the scenic quality of areas viewable from the stream by blocking vistas. It is possible that melting permafrost could increase sedimentation and turbidity in these streams, reducing water quality.

*Wilderness Characteristics, Qualities, and Values*

The USFWS (2015a, Section 4.1.3.5) described the wilderness characteristics in the Arctic Refuge. This section tiers to and incorporates by reference relevant information, while placing emphasis on the program area location. There have been no new data on the wilderness values associated with the program area since the completion of the Arctic Refuge CCP (USFWS 2015a).

The 1964 Wilderness Act established a national system of lands to preserve the natural and wild condition for the benefit of future generations. Public Land Order 2214 (1960) established the original Arctic Range for the purpose of preserving unique wildlife, wilderness, and recreation values. ANILCA Section 101(b) outlines part of the general statement of intent for the Act "to preserve in their natural state extensive unaltered arctic tundra [...] ecosystems; and to preserve wilderness resource values and related recreational opportunities including but not limited to hiking, canoeing, fishing, and sport hunting, in large arctic and subarctic wildlands and on free-flowing rivers [...]." The goals and guidelines specific to the Arctic Refuge are outlined in ANILCA Section 303(2), which provides the direction and intent for ANWR's management and conservation efforts. ANILCA Section 707 directs agencies to manage Congressionally designated wilderness in accordance with the Wilderness Act, except as provided in ANILCA. Further, ANILCA 304(g)(2)(B) requires the Secretary of the Interior to identify and describe "the special values of the refuge, as well as [...] wilderness value of the refuge" when developing plans. In the Arctic Refuge CCP (USFWS 2015a) the USFWS recommended the lands in the program area for wilderness designation; however, Congress did not act on these wilderness recommendations, and subsequently, the minimal management standard for the Coastal Plain must now be adjusted to account for the oil and gas leasing program required by the PL 115-97.

ANCSA directs the BLM to convey 45.5 million acres of public land to village and regional Native corporations. Section 17(b) of ANSCA provided for the reservation of public access easements which are now commonly referred to as 17(b) easements. ADFG reviews proposed conveyances to Native

Case 3:24-cv-00051-SLG    Document 71-3    Filed 08/13/24    Page 62 of 90

AR4438



Map 3-6

**Hydrocarbon potential**
- High
- Medium
- Low

Not offered for lease sale (none)

**Available for lease sale**
- Subject to no surface occupancy
- Subject to controlled surface use (none)
- Subject to timing limitations
- Subject to only standard terms and conditions

Coastal Plain Supplemental EIS boundary

Native Allotment

Excluded from Public Law 115-97
Coastal Plain or outside the BLM's oil and gas leasing authority

Data Source: BLM GIS 2022, USFWS GIS 2022
Print Date: 07/17/2023

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This product was developed through digital means and may be updated without notification.

AR4639

# Hydrocarbon Potential, Alternative C

U.S. DEPARTMENT OF THE INTERIOR | BUREAU OF LAND MANAGEMENT AND FISH AND WILDLIFE SERVICE | ALASKA |
COASTAL PLAIN OIL AND GAS LEASING PROGRAM SUPPLEMENTAL EIS |





**Hydrocarbon potential**

- High
- Medium
- Low

**Not offered for lease sale**

**Available for lease sale**

- Subject to no surface occupancy
- Subject to controlled surface use
- Subject to timing limitations
- Subject to only standard terms and conditions

Coastal Plain Supplemental EIS boundary

Native Allotment

Excluded from Public Law 115-97
Coastal Plain or outside the BLM's oil and gas leasing authority

Data Source: BLM GIS 2022,
USFWS GIS 2022
Print Date: 07/17/2023

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This product was developed through digital means and may be updated without notification.

**Map 3-7**

AR4640

# Hydrocarbon Potential, Alternative D

U.S. DEPARTMENT OF THE INTERIOR | BUREAU OF LAND MANAGEMENT AND FISH AND WILDLIFE SERVICE | ALASKA |
COASTAL PLAIN OIL AND GAS LEASING PROGRAM SUPPLEMENTAL EIS |





**Hydrocarbon potential**
- High
- Medium
- Low

**Not available for lease sale**

**Available for lease sale**
- Subject to no surface occupancy
- Subject to controlled surface use
- Subject to timing limitations
- Subject to only standard terms and conditions

Coastal Plain Supplemental EIS boundary

Native Allotment

Excluded from Public Law 115-97
Coastal Plain or outside the BLM's oil and gas leasing authority

Data Source: BLM GIS 2022,
USFWS GIS 2022
Print Date: 07/28/2023

**Map 3-8**

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This product was developed through digital means and may be updated without notification.

AR4641

# Appendix B. Updated Reasonably Foreseeable Development Scenario for Oil and Gas Resources in the Public Law 115-97 Coastal Plain, Alaska

## B.1 SUMMARY

This hypothetical development scenario represents a good faith effort to project reasonably foreseeable oil and gas exploration, development, production, and abandonment in accordance with the Tax Cuts and Jobs Act of 2017, Public Law 115-97 (Dec. 22, 2017) (PL 115-97) Coastal Plain (Coastal Plain), and 40 Code of Federal Regulations (CFR) 1508.8(b). Estimating the level of future oil and gas activity in this area is difficult at best. Timing and location of future commercially viable discoveries cannot be more accurately projected until these undiscovered resources are explored. The hypothetical unconstrained scenario projects development under standard lease terms and encompasses restrictions in the enacting legislation. Scenarios by alternative incorporate the leasing stipulations and required operating procedures in the Coastal Plain Oil and Gas Leasing Program Environmental Impact Statement (Leasing EIS) into the hypothetical projections.

The Coastal Plain encompasses approximately 1,563,500 acres of federal land in the northernmost end of the Arctic National Wildlife Refuge (Arctic Refuge). Alaska Native Claims Settlement Act (ANCSA) corporation lands that are patented or interim conveyed are excluded from the program area.

Very little oil and gas exploration has occurred in this area, and there are no proven plays[1] at this point. The United States Geological Survey (USGS) estimated that there is a 95 percent probability that the federal lands in the 1002 Area (as defined by ANILCA) of the Arctic Refuge[2] contain a technically recoverable volume of least 4.25 billion barrels of oil (BBO). There is a 5 percent probability that the technically recoverable volume of oil could exceed 11.80 BBO. The mean estimate of technically recoverable oil for the federal lands in the ANILCA 1002 Area of the Arctic Refuge is 7.69 BBO. Of this, a mean of 7.14 BBO was estimated to be economically recoverable at $55 per barrel (2005 dollars, approximately $85 in 2023 dollars; Attanasi 2005). Alaska North Slope crude was priced around $81 per barrel in December 2022, down from a high of $112 in July of 2022 but up from $68 per barrel one year earlier (EIA 2023a), and the US Energy Information Administration (EIA) projects that crude oil prices may increase or decrease depending on multiple factors (EIA 2023b). More recent estimates published by the EIA estimate mean oil production in the Coastal Plain at 3.4 BBO produced by 2050 (Van Wagner 2018).

Technically recoverable associated and unassociated natural gas resources are estimated at 7.04 trillion cubic feet (TCF; Attanasi 2005). Any proposed gas pipelines connecting the North Slope to potential markets would first connect to better understood and established fields before connecting to the Coastal

---

[1]A play is a group of oil fields or prospects in the same region that are controlled by the same set of geological circumstances.
[2]Similar in area and boundary, but not identical to the Coastal Plain program area boundary.

Case 3:24-cv-00051-SLG    Document 71-3    Filed 08/13/24    Page 66 of 90

AR4716

# Appendix E. ANILCA Section 810 Preliminary Evaluation

## E.1 SUBSISTENCE EVALUATION FACTORS

Section 810(a) of the Alaska National Interest Lands Conservation Act (ANILCA), 16 United States Code (USC) 3120(a), requires that an evaluation of subsistence uses and needs be completed for any federal determination to "withdraw, reserve, lease, or otherwise permit the use, occupancy, or disposition of public lands." As such, an evaluation of potential impacts on subsistence under ANILCA Section 810(a) must be completed for the Coastal Plain Oil and Gas Leasing Program Supplemental Environmental Impact Statement (Leasing SEIS or SEIS). ANILCA requires that this evaluation include findings on three specific issues, as follows:

- The effect of use, occupancy, or disposition of public lands on subsistence uses and needs
- The availability of other lands for the purposes sought to be achieved
- Other alternatives that would reduce or eliminate the use, occupancy, or disposition of public lands needed for subsistence purposes

In this analysis, three factors are considered when determining if a significant restriction of subsistence uses and needs may result from the proposed action, alternatives, or in the cumulative case, as follows:

- Reduction in the *abundance* of harvestable resources used for subsistence purposes
- Reduction in the *availability* of resources used for subsistence caused by alteration of their distribution, migration patterns, or location
- Legal or physical limitations on *access* of subsistence users to harvestable resources

Each alternative will be analyzed according to these criteria. ANILCA Section 810 also requires that cumulative impacts be analyzed. This approach helps the reader separate subsistence restrictions that could be caused by activities proposed under the four alternatives from those that could be caused by past, present, or future activities that have occurred or could occur in the surrounding area.

An alternative would be considered to significantly restrict subsistence uses if, after consideration of protection measures, such as lease stipulations or required operating procedures, it can be expected to substantially reduce the opportunity to use subsistence resources. Substantial reductions are generally caused by large reductions in resource abundance, a major redistribution of resources, extensive interference with access, or major increases in the use of those resources by non-subsistence users.

If the analysis determines that the proposed action, alternatives, or the cumulative case may significantly restrict subsistence uses, the BLM is required to notify the State of Alaska and appropriate regional and local subsistence committees. It also must conduct ANILCA Section 810 hearings in potentially affected communities.

It is possible that the finding may be revised to "will not significantly restrict subsistence uses" based on changes to alternatives, new information, or new mitigation measures resulting from the hearings. If the

Case 3:24-cv-00051-SLG     Document 71-3     Filed 08/13/24     Page 67 of 90

AR4792

significant restriction remains, the BLM may prohibit the action or finalize the evaluation by making the following determinations:

- A significant restriction of subsistence uses would be necessary, consistent with sound management principles for the use of public lands
- The proposed activity would involve the minimal amount of public land necessary to accomplish the purpose of the use, occupancy, or other disposition
- Reasonable steps would be taken to minimize adverse effects on subsistence uses and resources resulting from such actions (Section 810(a)(3))

The BLM can then authorize use of the public lands.

## E.2 ANILCA SECTION 810(A) EVALUATIONS AND FINDINGS FOR ALL ALTERNATIVES AND THE CUMULATIVE CASE

This ANILCA Section 810 evaluation relies primarily on the information contained in the Leasing SEIS. **Chapter 3** describes areas and resources important for subsistence, and specific communities' degree of dependence on various fish and wildlife resources. It also describes the environmental consequences anticipated under each alternative, which the BLM uses to determine whether each alternative and the cumulative case would cause a significant restriction to subsistence uses. Consistent with NEPA and Council on Environmental Quality (CEQ) guidance, this evaluation does not analyze or present impacts under a worst-case scenario. Rather, it discusses impacts under each alternative based on the assumptions and discussion in the hypothetical development scenario (**Appendix B**).

Issuance of oil and gas leases under the directives of Section 20001(c)(1) of Public Law (PL) 115-97 would have no direct impacts on the environment because by itself a lease does not authorize any on the ground oil and gas activities; however, a lease does grant the lessee certain rights to drill for and extract oil and gas subject to further environmental review and reasonable regulation, including applicable laws, terms, conditions, and stipulations of the lease. The impacts of such future exploration and development activities that may occur because of the issuance of leases are considered potential indirect impacts of leasing. Such post-lease activities could include seismic and drilling exploration, development, and transportation of oil and gas in and from the Coastal Plain. Therefore, the analysis in Chapter 3 is of potential direct, indirect, and cumulative impacts from on-the-ground post-lease activities.

The Leasing SEIS uses a hypothetical development scenario (see **Appendix B**) to inform the impact analysis for each alternative; however, additional National Environmental Policy Act (NEPA) and ANILCA Section 810 analyses would occur with future project-specific proposals. The regulations governing leasing and development provide for multiple decision stages prior to any ground-disturbing activities being authorized and require further compliance with applicable laws, including NEPA, during post-leasing decision stages. Until the BLM receives and evaluates an application for an exploration permit, permit to drill, or other authorization that includes site-specific information about a particular project, impacts of actual exploration and development that might follow lease issuance are speculative, as so much is unknown as to location, scope, scale, and timing of that exploration and development. At each decision stage, the BLM retains the authority to approve, deny, or reasonably condition any proposed on the ground-disturbing activity based on compliance with applicable laws and policies. Therefore, the analysis of effects of exploration and development in the Leasing SEIS, including this ANILCA 810 evaluation, necessarily reflects a more general, programmatic approach than could occur at the post-lease project-specific stage.

AR4793

The SEIS summarizes the relevant subsistence activities of communities that use the program area or the resources that migrate through the program area and are harvested elsewhere. Consistent with the SEIS, this evaluation focuses on subsistence impacts to four communities: Kaktovik, Nuiqsut, Arctic Village, and Venetie. They are the closest to the program area and have subsistence uses in or near the program area or rely heavily on resources that use the program area.

In addition, because of the importance of the program area to caribou-particularly the Porcupine Caribou Herd and Central Arctic Herd – relevant data on subsistence uses of caribou by 22 Alaskan communities, including the four subsistence study communities listed above is also included in the SEIS.

The SEIS recognizes that the Inuvialuit, Gwich'in people, and other user groups in Canada have cultural, historical, and subsistence ties to the Arctic Refuge or the Porcupine Caribou Herd or both; however, Section 810 of ANILCA only applies to subsistence uses by rural Alaska residents, per the definition of "subsistence uses" in Section 803 of ANILCA. More information regarding subsistence impacts affecting Canadian communities and user groups can be found in **Section 3.4.3**, Subsistence Uses and Resources.

The Gwich'in People, who live both in Alaska and Canada, have a unique cultural connection to the program area, as they consider the Arctic Refuge to be sacred ground and "the place where life began." Because of their high reliance on the Porcupine Caribou Herd and their identity as the "Caribou People," the Gwich'in view protection of the Arctic Refuge, home to the Porcupine Caribou Herd calving grounds, to be of the utmost importance to their cultural survival. These broader cultural impacts to the Gwich'in are discussed in the SEIS; however, this Section 810 focuses its analysis on impacts to resource abundance, availability, and subsistence access (see **Section E.1**., Subsistence Evaluation Factors).

Kaktovik and Nuiqsut engage in subsistence activities in and around the program area. Kaktovik uses the program area to procure most of the resources they harvest (**Map 3-46** through **Map 3-63** in **Appendix A**). Nuiqsut's marine mammal and furbearer use areas overlap the program area (**Map 3-58** through **Map 3-61** in **Appendix A**). Arctic Village and Venetie subsistence use areas do not overlap the program area, but these communities rely heavily on resources that use the program area, specifically caribou from the Porcupine Caribou Herd (**Map 3-39** in **Appendix A**).

While the SEIS describes potential impacts to subsistence use of all resources, this evaluation focuses on impacts to subsistence use of fish, marine mammals (bowhead and beluga whales, bearded and ringed seals), and caribou. Other resources such as waterfowl, polar bears, and furbearers are culturally important to residents of these communities, but they do not comprise the majority of the wild foods consumed by residents of Kaktovik, Nuiqsut, Arctic Village, or Venetie (**Section 3.4.3**, Subsistence Uses and Resources). Residents of Kaktovik and Nuiqsut rely most heavily on fish, marine mammals, and caribou. Combined, these resources make up 98 percent of the harvest for Kaktovik and 97 percent of the harvest for Nuiqsut (**Tables 3-45** and **3-46** in **Chapter 3**). Fish and large mammals (caribou and moose) make up 86 percent of the harvest for Venetie (**Table 3-48** in **Chapter 3**). Nineteen percent of Venetie's annual harvest is caribou, although they receive appreciably more through sharing with other communities (Van Lanen et al. 2012; Kofinas et al. 2016). Detailed harvest data for Arctic Village is not available but it is likely similar to the harvest documented for Venetie.

In addition to Kaktovik, Nuiqsut, Arctic Village, and Venetie, 18 communities have positive customary and traditional use determinations for the Porcupine Caribou Herd and/or the Central Arctic Herd (**Map 3-45**, Coastal Plain EIS Subsistence Study Communities, in **Appendix A**). These 22 communities, referred to in

Case 3:24-cv-00051-SLG    Document 71-3    Filed 08/13/24    Page 69 of 90

AR4794

the SEIS as the caribou study communities, could be affected by impacts on caribou abundance and availability, and were therefore included in **Chapter 3**. Those communities with the greatest reliance (where caribou accounts for greater than 10 percent of the annual subsistence harvest, and on average over 50 percent of households use caribou) include Alatna, Anaktuvuk Pass, Bettles, Coldfoot, Eagle, Kaktovik, Nuiqsut, Point Lay, Utqiagvik, Venetie, Wainwright, Wiseman, and likely Arctic Village (although detailed harvest data is not available for this community). Alatna, Bettles, Point Lay, Utqiagvik and Wainwright harvest caribou primarily from the Western Arctic Herd, and Eagle harvests caribou primarily from the Fortymile Herd. These herds would not be impacted by development in the program area. Coldfoot, and Wiseman harvest primarily Central Arctic Herd caribou. The majority of Nuiqsut's harvest consists of Teshekpuk Lake Caribou Herd animals, although Nuiqsut also harvests caribou from the Central Arctic Herd. Anaktuvuk Pass harvests a combination of Western Arctic, Teshekpuk Lake, and Central Arctic Herd caribou. Teshekpuk Lake caribou would not be impacted by future oil and gas exploration, development, and production activities in the program area, and potential impacts on Central Arctic Herd caribou are expected to be low for Alternatives B, C, and D. Kaktovik, Arctic Village and Venetie rely heavily on Porcupine Caribou Herd. Therefore, Kaktovik, Arctic Village, and Venetie are the communities most likely to be appreciably affected by changes in the abundance or availability of Porcupine Caribou Herd, although other communities may experience indirect impacts through impacts on sharing networks. For these reasons, Porcupine Caribou Herd-related discussion in this evaluation focuses exclusively on impacts on the Porcupine Caribou Herd from future on-the-ground activities and consequent impacts on subsistence use of them by these three communities.

## E.2.1   Evaluation and Finding for Alternative A: No Action

Alternative A would not comply with the directive in Section 20001 of PL 115-97 to establish and administer a competitive oil and gas program for leasing, developing, producing, and transporting oil and gas in and from the Arctic Refuge Coastal Plain. There would be no oil and gas lease sales in the program area. Current management actions and resource trends would continue in the program area, as described in the Arctic Refuge Revised Comprehensive Conservation Plan (CCP) (USFWS 2015). Existing impacts on subsistence uses and resources, described in **Section 3.4.3**, Subsistence Uses and Resources, would continue along current trends.

### E.2.1.1   Evaluation of the Effect of Use, Occupancy, or Disposition on Subsistence Uses and Needs

The United States (US) Fish and Wildlife Service (USFWS) determined that the alternative selected in the Record of Decision (ROD) for the Arctic Refuge Revised CCP (USFWS 2015) and subsequent cumulative effects would not significantly restrict subsistence use of resources in the program area.

### E.2.1.2   Evaluation of the Availability of Other Lands for the Purpose Sought to be Achieved

Alternative A does not propose the disposition or use of public lands with regard to the proposed action; therefore, evaluating the availability of other lands is not applicable.

### E.2.1.3   Evaluation of Other Alternatives that would Reduce or Eliminate the Use, Occupancy, or Disposition of Public Lands Needed for Subsistence

Alternative A would eliminate the use of public lands needed for subsistence purposes, but it does not meet the purpose of the proposed action, nor does it comply with PL 115-97.

Case 3:24-cv-00051-SLG   Document 71-3   Filed 08/13/24   Page 70 of 90
AR4795

### E.2.1.4 Findings

Alternative A will not result in a significant restriction in subsistence uses. A positive determination pursuant to ANILCA Section 810 is not required.

## E.2.2 Evaluation and Finding for Alternative B

**Section B.8.2**, Alternative B in **Appendix B**, assumes that up to four central processing facilities (CPFs) would be built under Alternative B: two CPFs would be built in the high potential area, one CPF would be built in the medium potential area on State or native lands, or just south of Kaktovik, and one CPF would be built in the low potential area. Under this scenario it is estimated that four CPFs and associated airstrips, 14 satellite pads, 174 miles of road, a seawater treatment plant, and at least one barge landing and storage pad would be built. The 2,000-acre surface disturbance limit would be reached under Alternative B.

The hypothetical development scenario anticipates that future development would occur in the same manner as the baseline scenario described in **Appendix B** under Alternative B. The entire Coastal Plain would be offered for lease sale. Compared to the other action alternatives, this alternative has the largest amount of acres where only Required Operating Procedures (ROPs) would apply (**Table 2-1** in **Chapter 2**). Approximately 358,100 acres would be subject to a no surface occupancy (NSO) stipulation to protect caribou calving habitat, fish and hydrologic resources, and subsistence activities adjacent to major rivers. There would be zero acres subject to controlled surface use (CSU), and 585,400 acres would be subject to timing limitations (TLs). While the 46 ROPs apply to the entire program area, approximately 620,000 acres would be subject to ROPs only. **Map 2-1**, Alternative B and **Map 2-2**, Alternative B, Lease Stipulations (**Appendix A**) illustrate where NSO and TLs would be adopted.

### E.2.2.1 Evaluation of the Effect of Use, Occupancy, or Disposition on Subsistence Uses and Needs

This evaluation summarizes potential impacts on major subsistence resources (fish, marine mammals, and caribou) for residents of Kaktovik, Nuiqsut, Arctic Village, and Venetie before a discussion of other issues, such as impacts on resource access anticipated under Alternative B. **Table E-2** classifies each impact as minor, moderate, or major, based on the discussion in the SEIS. **Table E-3** summarizes the extent to which impacts on access would affect subsistence users.

#### Abundance and Availability

Fish

**Section 3.3.2**, Fish and Aquatic Species, describes potential impacts on non-salmon fish, including Dolly Varden and Arctic cisco which are important subsistence resources for residents of Kaktovik and Nuiqsut (**Table 3-45**). Impacts to fish are not likely to extend beyond Kaktovik harvesting areas, unless there is a large-scale contamination event. In this event, it is possible that Nuiqsut harvesters could experience impacts to resource availability of Arctic cisco, which migrate past the program area on their way to the Colville River Delta. It is unlikely that impacts to fishing would extend to the other study communities of Arctic Village and Venetie, as they do not harvest from waterways connected to the program area. Dolly Varden is the primary fish resource harvested within the rivers and streams of the program area.

*Coastal Plain Oil and Gas Leasing Program* E-5
*Draft Supplemental Environmental Impact Statement*
Case 3:24-cv-00051-SLG   Document 71-3   Filed 08/13/24   Page 71 of 90

AR4796

Impacts from future oil and gas exploration, development, and production that may affect the availability or abundance of non-salmon fish are as follows:

- Habitat loss or alteration
- Disturbance or displacement
- Injury or mortality due to noise, entrainment, or contaminants

Infrastructure could result in habitat loss, increased turbidity and sedimentation, obstructions to fish passage, and changes in water quantity, affecting availability to Kaktovik subsistence users in nearshore waters and along rivers. Noise and traffic associated with future oil and gas exploration and development could potentially disturb or displace fish, causing temporary changes in harvesting success for Kaktovik harvesters. Vehicle traffic associated with seismic surveys could alter flows, and underwater shock waves could disturb, kill, or insure fish in the winter when Kaktovik residents fish through ice at inland locations. Residents in other North Slope communities have reported decreased fishing success as a result of seismic activities (SRB&A 2009). Most of these impacts would be temporary and would not have population-level effects on fish.

Spills would have the greatest potential for lasting effects to fish abundance and availability, as spills can cause direct mortality in addition to changes in egg survival and fish health. Small spills would be likely to occur throughout post-lease oil and gas activities. Although uncommon, the risk of large or very large crude oil spills would be greatest during the exploratory drilling phase of each project. Such spills pose substantial risks to fish and their habitats, depending on location and timing, and would likely affect subsistence resource availability for Kaktovik and possibly Nuiqsut harvesters. Even in the absence of large-scale spills, accumulation of small spills over time could add to the perception, particularly by Kaktovik harvesters, that species near development activities or infrastructure are contaminated or unsafe to eat. Avoiding subsistence foods due to contamination concerns is well documented (see **Section 3.4.3,** Subsistence Uses and Resources).

Ten rivers and creeks, listed in **Chapter 2,** would have 0.5- to 1-mile setbacks for surface development under Alternative B; all other fish-bearing streams would have a 500-foot setback. Bridges, roads, and pipelines could still be built in the setbacks. All of the nearshore marine, lagoon, and barrier island habitats of the Southern Beaufort Sea (within the boundary of the Arctic Refuge) would be subject to NSO. In addition, an impact and conflict avoidance and monitoring plan to assess, minimize and mitigate the effects of infrastructure on coastal habitats would be required. Numerous mitigation measures would be implemented to address impacts on fish and fish habitat, namely Lease Stipulations 1, 3, 4, and 9, and ROPs 3, 8, 9, 11, 12, 13, 14, 15, 16, 18, 19, 20, 22, 24, 40, and 41. While potential impacts on fish would be most pronounced under this alternative, it is likely that the proposed mitigation measures would effectively reduce impacts on fish that are important to residents of Kaktovik. Dolly Varden or Arctic cisco abundance or availability would not likely be affected to the extent that subsistence use of these fish would be significantly impaired.

Marine Mammals

**Section 3.3.5,** Marine Mammals, describes potential impacts on bowhead whales and ringed/bearded seals, which are important subsistence resources for residents of Kaktovik and Nuiqsut (**Tables 3-45** and **3-46**). Impacts from future oil and gas exploration, development, and production that may affect the abundance or

availability of marine mammals are mortality or injury due to vessel strikes and disturbance or displacement due to vessel traffic or noise and activity associated with onshore infrastructure.

Whales and seals could be injured or killed by vessel strikes, although such events would be highly unlikely. Collisions with whales are rare for slow-moving vessels such as barges, and ringed/bearded seals are able to avoid oncoming vessels (George et al. 1994; Laist et al. 2001). There is no indication that vessel strikes would be a major source of mortality for whales or bearded/ringed seals during marine transport associated with future on-the-ground activities in the program area.

Large vessel traffic in the vicinity of Kaktovik could temporarily disturb or displace whales or bearded/ringed seals. These animals demonstrate habituation to noise and activity associated with vessel traffic and onshore infrastructure when disturbance does not result in physical injury, discomfort, or social stress (NRC 2003). This impact would not have population-level effects, and ROP 46 is designed to minimize impacts on marine mammals from vessel traffic. While these impacts may not have population-level effects, displacement or behavioral changes in marine mammals could affect resource availability for whaling crews and marine mammal hunters in Kaktovik and Nuiqsut. Kaktovik whaling crews and seal hunters hunt offshore from the program area, and Nuiqsut whaling crews hunt to the west of the program area from Cross Island, when bowhead whales migrate from east to west during their fall migration. Whaling crews have reported skittish behavior in whales and other marine mammals during seismic activity as well as during times of heavy air and vessel traffic. In recent years, conflict avoidance agreements (CAAs) have been effective in reducing such impacts to whaling (see **Section 3.4.3,** Subsistence Uses and Resources). CAAs are generally limited to the whaling season, and therefore some impacts to seal hunting may still occur outside the whaling season as a result of program-related barge and vessel traffic due to skittish behavior.

Potential impacts on marine mammals important for subsistence would be minor or effectively mitigated under Alternative B. Specifically, Lease Stipulation 4 would require NSO in nearshore marine, lagoon and barrier island habitats and would require that lessees implement a conflict avoidance and monitoring plan for coastal areas. In addition, ROPs that would apply under Alternative B would sufficiently mitigate residual impacts to subsistence use of bowhead whales and seals by residents of Kaktovik and Nuiqsut.

<u>Caribou</u>

**Table 3-36** lists potential impacts on terrestrial mammals, including caribou. Impacts from future oil and gas exploration, development, and production that may affect the abundance or availability of caribou to subsistence users include:

- Displacement of maternal caribou during calving
- Habitat loss or alteration
- Mortality or injury due to vehicle collisions
- Altered movement patterns due to linear infrastructure
- Altered caribou behavior due to aircraft traffic and development activities

Displacement of maternal caribou during calving was one of the primary issues raised during scoping and in comments on the draft SEIS. Oil and gas development on the Coastal Plain of the Arctic Refuge and its potential impact on the Porcupine Caribou Herd calving grounds has been the subject of much discussion for decades. As a result, Porcupine Caribou Herd habitat, movement, and population dynamics have been

well studied. Studies on the Central Arctic Herd and others have shown that maternal caribou tend to avoid infrastructure by as far as 1.25 to 3.11 miles (Dau and Cameron 1986; Cameron et al. 1992; Lawhead et al. 2004). A level of displacement of approximately 2.49-3.11 miles would be expected in the program area (**Section 3.3.4,** Terrestrial Mammals), with additional displacement if subsistence hunting occurs from industry roads. . The literature generally suggests that calving would most likely shift to the east or southeast if displacement of maternal caribou occurs during the calving season (Griffith et al. 2002). This could result in reduced calf survival, as areas east of the program area are characterized by suboptimal forage and, as a result, higher calf mortality and lower pregnancy rates (Russell et al. 1996). These areas also have higher predation rates, which contributes to higher calf mortality (Young et al. 2002).

The likelihood or extent to which impacts to Porcupine Caribou Herd abundance could occur depends largely on the extent of surface development associated with future on-the-ground activities happening within important calving grounds. Although calving can occur throughout the program area, the SEIS defines the most important calving grounds as the high-use Porcupine Caribou Herd calving area (area used in greater than 40 percent of years). This area spans 2,745,109 acres across northeastern Alaska and Canada (Yukon Environmental GIS 2018, Map C-1). Of the 1,563,500 acres in the program area, 728,200 acres (46.5 percent) are in the high use calving area (area used in greater than 40 percent of years). During the 2012-2018 time period, 76,700 acres in the program area overlapped with the Porcupine Caribou Herd calving area, and 589,100 acres overlapped with the post-calving area. Calving grounds vary annually based on spring weather conditions and available vegetation, and it is important that the Porcupine Caribou Herd have a large area from which to select calving grounds each year (**Section 3.3.4,** Terrestrial Mammals). More surface development within the high-use Porcupine Caribou Herd calving area could result in greater displacement of maternal caribou during calving, and thus could contribute to lower pregnancy rates and lower calf survival rates (Griffith et al. 2002; Russell and Gunn 2019). Alternatively, less or no surface development in this area, and the calving grounds in general, would result in less, negligible, or no displacement.

Direct habitat loss associated with future on-the-ground activities could occur on 2,000 acres in the program area. Additional habitat in the vicinity of infrastructure would be affected by dust deposition, gravel spray, thermokarst, flow alteration, and impoundments. Direct habitat loss would reduce forage availability for caribou. Aside from concentrations of the high-quality tussock tundra and moist sedge-willow tundra vegetation types, which are a critical feature of the Porcupine Caribou Herd primary calving grounds, foraging habitat is abundant across the program area. Using the hypothetical scenario provided in **Appendix B** and assuming displacement of calving caribou within 3.11 miles, the BLM estimated the total acres of potential disturbance and displacement under Alternative B at 803,000 acres (**Section 3.3.4,** Terrestrial Mammals). This number would vary depending on different road and pad scenarios.

Development in the Porcupine Caribou Herd calving grounds may have behavioral effects on maternal caribou which could affect population size (described below); nevertheless, it is not likely that development on 2,000 acres in the calving grounds, insect relief habitat, or general summer habitat would reduce forage enough through direct habitat loss to affect caribou health or body fat reserves on a large scale. Caribou would be displaced from areas that no longer have suitable forage, but displacement due to direct habitat loss is not expected to be widespread (Truett and Johnson 2000). Caribou abundance or availability and the subsistence use thereof would not likely be affected as a result of direct habitat loss.

AR4799

Small numbers of Porcupine Caribou Herd could be killed or injured due to vehicle collisions associated with future oil and gas exploration, development, and production in the program area during construction, drilling, and operations. Collision risk would be highest during periods of oestrid fly harassment, when caribou move erratically and often seek relief on gravel pads, roads, and airstrips. Alternative B proposes a number of mitigation measures to reduce vehicle collisions with caribou. ROP 23 would require that lessees design and implement a traffic management and vehicle use plan, and ROP 42 would prohibit chasing wildlife (specifically caribou) with vehicles. These measures would minimize vehicle-related mortality risk to caribou on the North Slope (Truett and Johnson 2000). Residual mortality would likely be very low and would not significantly affect the abundance of caribou for subsistence use.

Movement patterns could be altered due to future development activities and linear infrastructure under Alternative B. Caribou movements can be delayed or deflected by roads or pipelines. Roads with vehicle traffic elicit the greatest responses from caribou (**Section 3.3.4**, Terrestrial Mammals). Traffic volumes greater than 15 vehicles per hour have been shown to increase the probability of delays or deflections during road crossings (Curatolo and Murphy 1986; Cronin et al. 1994). Caribou crossing success would vary by season, behavioral motivation, level of habituation, and activity levels. Movements in response to insect harassment between late June and mid-August would be most likely to be affected. In addition to roads and vehicle traffic, caribou also elicit strong reactions to humans on foot (Curatolo and Murphy 1986; Lawhead et al. 1993; Cronin et al. 1994). Overall, caribou show greater displacement in areas with consistently high levels of activity.

Caribou are highly motivated to seek relief in coastal areas during insect harassment (Cronin et al. 1994; Murphy and Lawhead 2000). Thus, they are less likely to be affected by roads and vehicle traffic from mid- to late summer if appropriate mitigation measures, such as vehicle management plans, elevated pipelines and road-pipeline separations are used. Some deflection or movement delays will likely occur, but these impacts are not expected to be of extended duration. Most impacts related to noise and traffic would be local, occurring in areas where Kaktovik subsistence use areas overlap with action areas. Even small changes in resource migration or distribution, from a biological perspective, can have larger impacts on subsistence users if resources are not in traditional use areas at expected times of the year. The mitigation measures proposed under Alternative B (Lease Stipulations 3, 4, 7 and 9, and ROPs 23 and 42) should be adequate to maintain caribou passage to coastal areas but may not prevent delays or deflections of caribou altogether. These stipulations would affect both Porcupine Caribou Herd and Central Arctic Herd caribou during midsummer.

Porcupine Caribou Herd caribou would likely still be available to subsistence hunters along the coast during traditional timeframes, but some uncertainty regarding impacts to availability exists due to three factors that differ from the experience with the Central Arctic Herd: 1) Porcupine Caribou Herd post-calving aggregations can be greater than 100,0000 animals (Russell and Gunn 2019) and the Central Arctic Herd does not provide any data on how well groups of this size navigate oilfields; 2) hunting along roads in the program area could increase the probability of delays or deflections; and 3) the Porcupine Caribou Herd uses both coastal areas and inland ridges for mosquito-relief habitat (Walsh et al. 1992) thus caribou could use inland areas more frequently in response to coastal development. The Porcupine Caribou Herd may increase their use of mountain ridges for insect relief as a result of development, which would decrease their availability to Kaktovik hunters (see **Section 3.3.4**, Terrestrial Mammals). In recent years, caribou hunters have observed that caribou are remaining inland and not venturing to the coast; the lack of caribou along the coast, in combination with restrictions on off-road vehicle access for Kaktovik residents into the

Arctic Refuge, has resulted in caribou not being available to residents. Additional obstructions to caribou movement toward the coast would likely exacerbate these recent issues. Thus, it is likely that some deflections or delays in caribou movement would occur as a result of development, potentially reducing harvest success for Kaktovik hunters, particularly along the coast.

A CPF or one or more satellite pads could be located south of Kaktovik in the area bounded by the Hulahula and Jago Rivers. This is an important subsistence use area for residents of Kaktovik (**Map 3-46**, Kaktovik Subsistence Use Areas in **Appendix A**). The majority of Kaktovik's subsistence use area that is bounded by the Hulahula and Jago Rivers would be subject to NSOs or TLs. Still, a substantial portion of use areas with high overlapping use occur in areas that are subject only to standard terms and conditions, and infrastructure could occur in a larger area which is not subject to NSO. It is likely that the community of Kaktovik would experience impacts to resource availability, resulting in reduced harvest success for individual hunters. However, it is less likely that these activities would affect resource availability such that they reduce overall harvest amounts for the community.

In addition to impacts from infrastructure, roads, and road traffic, caribou behavior could also be altered from aircraft traffic (see **Section 3.3.4**, Terrestrial Mammals). Responses vary depending on the season, degree of habituation, aircraft type, altitude, flight patterns, weather conditions, frequency of overflights, and the sex and age composition of caribou groups. Low-level flights or maneuvering in the presence of unhabituated caribou can elicit increased speed and abrupt direction change. Alternatively, caribou can become habituated to aircraft, particularly when aircraft pilots maintain altitudes greater than 500 feet above ground level and do not haze or harass the caribou (Valkenburg and Davis 1985). The SEIS describes potential impacts of aircraft associated with future on-the-ground activities on caribou and caribou behavior in detail.

Although short-lived, caribou responses to aircraft can affect subsistence hunters. Residents of Nuiqsut consistently highlight aircraft disturbance of caribou as a concern and state that aircraft activity makes animals more wary and harvest more difficult (Stinchcomb 2017). Such impacts could occur for Kaktovik harvesters as they travel along the coast by boat or four-wheeler or inland by snowmachine looking for caribou. The extent of this potential impact is highly contingent on the location of frequently used flight paths, which would depend on the locations of airstrips, CPFs, and other major facilities. Air traffic in the vicinity of Kaktovik associated with future oil and gas activities would increase under Alternative B, and could increase further if one or more CPF development clusters were roadless, as is described in **Appendix B**. If a CPF development cluster is either along the coast or in the area bounded by the Hulahula and Jago Rivers (**Map 3-47**, Kaktovik Caribou Subsistence Use Areas, in **Appendix A**), which would be permissible under Alternative B, caribou could be more difficult to harvest. Arctic Village and Venetie would likely not be affected by these short-term impacts; however, this could affect the availability of caribou for residents of Kaktovik.

Impacts on caribou availability resulting from infrastructure, human activity, and vehicle and air traffic would be most likely during the peak of the caribou hunting season for Kaktovik, in July and August (SRB&A 2010). While Porcupine Caribou Herd use of the program area during July and August varies annually, the Central Arctic Herd regularly uses the program area during the July and August insect relief season; therefore, impacts on resource availability for Kaktovik hunters may be more likely for the Central Arctic Herd in some years but could occur for both herds (**Section 3.4.3**, Subsistence Uses and Resources).

Case 3:24-cv-00051-SLG    Document 71-3    Filed 08/13/24    Page 76 of 90

AR4801

ROPs 34, 36 and 40 would require lessees to follow numerous mitigation measures to ensure that the effects of aircraft on caribou and caribou hunting would be minimized. These strict operating procedures are used on BLM-administered lands in the National Petroleum Reserve-Alaska (NPR-A) and are generally successful in reducing impacts. ROP 36 would require that lessees, operators, and contractors work closely with residents of Kaktovik during all phases of project application, design, and implementation. If done effectively, this consultation would assist permittees in the design and orientation of facilities, including airstrips, such that frequent, low-level traffic in caribou subsistence use areas would be considered minor to moderate (**Table E-2**). While mitigation measures can help reduce impacts on subsistence users, they cannot eliminate them (**Section 3.4.3**, Subsistence). Mitigation measures may be less effective if not adequately enforced, communicated to local residents, or developed in consultation with local subsistence users. However, if mitigation measures are implemented effectively and in coordination with local subsistence users, it is likely that residual impacts associated with future on-the-ground activities would not significantly affect caribou availability for residents of Kaktovik.

A total of 22 percent of the high-use calving area (592,800 of the 2,745,109 acres) could be leased and subject to surface occupancy under Alternative B (**Table J-22** in **Appendix J**; **Table E-1**). Development on all of the acres subject to surface occupancy within the high-use calving area is not possible given the 2,000-acre surface disturbance limit mandated by PL 115-97. Using a 2,000-acre maximum footprint, the total potential disturbance and displacement is 803,000 acres; however, this number would vary with different road and pad scenarios, and some portion of this area could be overlapping the buffer from other development, outside of the program area, or in the ocean. All of the areas available for lease within the high use calving area would be subject to TLs. Lower activity levels resulting from TLs result in lower levels of disturbance to caribou, but they do not effectively mitigate the displacement of maternal caribou during calving. Thus, maternal caribou could still be displaced within areas subject to TLs.

Under Alternative B, two CPFs and associated well pads and roads could potentially be located within the medium and low hydrocarbon potential areas, with one CPF potentially sited on private lands and one within or partially within the high-use Porcupine Caribou Herd calving area. Surface disturbance associated with one CPF in the high use Porcupine Caribou Herd calving area could total up to 488 acres based on Figures B1 and B2 in **Appendix B**. These facilities do not include coastal facilities and access roads to coastal facilities that would be located outside of the high-use Porcupine Caribou Herd calving area. Depending on the configuration of the oil field, displacement of maternal caribou around 488 acres of surface disturbance could total up to 118,500 acres (4 percent) of the high use calving area based on 3.11 miles of observed displacement around infrastructure on the North Slope during calving. However, the precise location of infrastructure, and thus the extent of overlap between surface disturbance and the high-use Porcupine Caribou Herd calving area, is unknown. It is possible there would be very little surface disturbance within the high-use Porcupine Caribou Herd calving area, given that the hypothetical development scenario suggests that future development would move from west to east, would be concentrated along the coast, and that lessees would attempt to minimize lengthy travel from coastal and existing infrastructure, and between CPFs. Some additional displacement would occur for individual caribou calving west of the high-use Porcupine Caribou Herd calving area and in some years when high density calving occurs in areas to the west that have been used less than 40 percent of years. The calving distribution may move farther west in years with warmer springs as discussed in **Section 3.3.4**, Terrestrial Mammals.

Case 3:24-cv-00051-SLG    Document 71-3    Filed 08/13/24    Page 77 of 90

AR4802

Griffith et al. (2002) modeled changes in calf survival under development scenarios outlined by Tussing and Haley (1999). Similarly, Russell and Gunn (2019) estimated calf survival between calving areas within and outside the program area. The 2,000-acre surface disturbance limit was not used in these models. Griffith et al. (2002) predicted an 8.2 percent decline in annual calf survival if the full development scenario described by Tussing and Haley (1999) occurred. Griffith updated the 2002 analysis in 2018, and recalculated an average 6.2 percent decline in calf survival under the full development scenario described by Tussing and Haley (1999) using data from 1985-2017, but Russell and Gunn (2019) used different methods and estimated a 10 percent decline in calf survival if calving is displaced from the program area. The full development described by Tussing and Haley (1999) and used in Griffith et al. (2002) and the development scenario described by Russell and Gunn (2019), would not occur under Alternative B.

Russell and Gunn (2019) used models of caribou movement, energy and protein intake, and demography to model the impact of potential development on population size based on changes in caribou activity budgets in the project area. The models predicted population change under each alternative for two starting populations (218,000 and 100,000 caribou), and under three climate conditions ("poor," "average," and "good"). As summarized in **Section 3.3.4**, Terrestrial Mammals, these models assumed that changes in behavior (e.g. time spent foraging; time spent moving) as a result of disturbance would result in changes in body condition and consequently, would affect calf survival and cows' probability of pregnancy. Russell and Gunn (2019) modelled the worst-case scenario with respect to 1002 development, making the assumption that any area within the program area could be developed. Further, in this worst-case scenario they did not account for mitigation measures (e.g., lease stipulations and required operating procedures), that could limit development under the action alternatives, including Alternative B (see Russell and Gunn 2019, page 52). See **Section 3.3.4**, Terrestrial Mammals, for further discussion.

While these modelling results suggest that Porcupine Caribou Herd population size will be impacted under multiple population and climate scenarios to the extent that subsistence hunting will be impacted, the lack of support for specific model assumptions in the literature limit the utility of these models when determining whether impacts to subsistence will be significant. Specific changes in feeding behavior and duration assumed for areas under NSO, CSU, and TLs are not supported by the literature. As a result, anticipated changes to body condition and consequent cow pregnancy rates and calf survival are difficult to compare among alternatives. They did not specify a zone of influence for these impacts, stating that they, "modeled the worst-case scenario with respect to [program area] development, making the assumption that any area in the [program area] would be potentially developed in the future." They add that, "any day a caribou spends in [the program area] would potentially cause it to be disturbed." Given the 2,000 acres of estimated surface disturbance, approximately 57 percent of the total project area could approximately 3.11 miles from roads, pads, or gravel mines, and based on the hypothetical development scenario, much of the development would be outside of the high-use Porcupine Caribou Herd calving area; thus, the model assumes changes to caribou behavior extend beyond this distance from infrastructure, the distance of reported displacement around infrastructure on the North Slope during calving (Dau and Cameron 1986; Cameron et al. 1992; Lawhead et al. 2004) and much of the program area would be outside of the 1.9 mile distance reported for changes in time spent feeding and resting near a large open pit mine (BHP 2004; Golder 2011). In addition, maternal caribou may respond to infrastructure by moving away as described above, rather than changing their activity budget. According to **Section 3.3.4**, Terrestrial Mammals, future oil and gas infrastructure in the program area could cause a shift in calving distribution in certain years, which would likely reduce calf survival and halt herd growth in those years.

E-12     *Coastal Plain Oil and Gas Leasing Program*
*Draft Supplemental Environmental Impact Statement*
Case 3:24-cv-00051-SLG    Document 71-3    Filed 08/13/24    Page 78 of 90

AR4803

According to the Gwich'in's knowledge, any development in the program area would have devastating effects on the population of the Porcupine Caribou Herd and other resources, such as migratory birds, that have key habitat in the Arctic Coastal Plain. In addition, there are those among the Iñupiat who report similar knowledge regarding the effects of Arctic Coastal Plain development (see **Section 3.4.3**, Subsistence Use and Resources). These concerns are based on Alaska Native observations of the sensitivity of resources to development and change, in addition to traditional knowledge that has been passed on through generations.

While the Porcupine Caribou Herd population size would continue to fluctuate, based on the hypothetical development scenario, potential impacts to herd size as a result of displacement of maternal caribou are still anticipated to be negligible. Potential impacts to herd size as a result of behavior, feeding, and body condition changes are not anticipated to impact population size. Thus, caribou abundance for Kaktovik, Arctic Village, and Venetie would not be significantly impacted.

*Subsistence Access*

Kaktovik and Nuiqsut are the only communities whose subsistence use areas overlap the program area. Thus, they are the only communities that could be legally or physically prohibited from accessing these areas. Nuiqsut subsistence uses occur primarily to the west of and offshore from the program area, with some direct overlap associated with nearshore marine mammal hunting and isolated overland furbearer harvesting areas. Thus, direct impacts to subsistence access resulting from infrastructure or legal or regulatory barriers are relatively unlikely for this community.

Potential impacts on subsistence access from future oil and gas exploration, development, and production are as follows:

- Loss of subsistence use areas due to direct overlap with infrastructure
- Physical obstruction of subsistence users or activities by infrastructure
- Legal or regulatory barriers

For Kaktovik, areas of high overlapping subsistence use occur in areas of high, medium, and low hydrocarbon potential. If future development extends into areas of medium and low potential for oil and gas development, as may occur under Alternative B (see **Appendix B**), associated oil and gas infrastructure could occur in areas of high overlapping use for the community of Kaktovik and create direct loss of subsistence use areas in addition to physical obstructions between the community and highly used inland areas for caribou, fish, and other inland subsistence resources. Infrastructure would pose physical obstructions to subsistence users if it is not designed to account for overland travel; ROPs 18, 20, 21, and 23 would minimize but likely not eliminate potential direct obstructions to subsistence users.

Infrastructure parallel to the coast could affect Kaktovik hunters, who frequently travel to the west and east of the community by boat to search for caribou as they congregate along the coastline, in addition to hunting for other resources such as seals in nearshore areas. Residents may experience physical obstructions if they are traveling inland from the coast by four-wheeler, or their ability to shoot their targeted resources could be hampered by the presence of pipelines or other infrastructure and hunter concerns about shooting toward areas of development.

*Coastal Plain Oil and Gas Leasing Program*     E-13
*Draft Supplemental Environmental Impact Statement*
Case 3:24-cv-00051-SLG    Document 71-3    Filed 08/13/24    Page 79 of 90

AR4804

The use of future program roads for subsistence activities would bring impacts and benefits to subsistence users in Kaktovik. It is likely that some residents would use roads to access subsistence harvest areas, particularly when overland snowmachine travel is not possible, or if they do not have access to overland forms of transportation (for example, snowmachines and off-highway vehicles). Roads can provide easy access to harvesting areas and can provide access to resources when they are unavailable closer to the community. Roads can also facilitate increased competition among hunters. Use of roads would be less frequent if the roads are not connected to the community of Kaktovik.

Exploration and development of the program area would result in some legal and regulatory barriers, including restrictions on access and firearm discharge near oil and gas facilities. Depending on the parameters of these restrictions, subsistence users may have difficulty hunting in certain areas such as along roads in areas with higher density of infrastructure, and in areas where pipelines or roads parallel the coast. Miscommunication regarding policies about hunting near oil and gas facilities may dissuade certain residents from hunting near development, constituting an impact on subsistence access. Under Alternative B, numerous lease stipulations and ROPs would ensure that impacts to Kaktovik subsistence access would be minimized. These include Lease Stipulations 1, 3, 4, 7, 9, and 11 and ROPs 23, 34, 36, 37, 39, 40, 41, and 42. Legal and physical access to subsistence resources may be altered, depending on the locations of CPFs and industry-established safety areas; however, it is likely that large-scale access to subsistence resources would be maintained.

### E.2.2.2 Evaluation of the Availability of Other Lands for the Purpose Sought to be Achieved

Section 1003 of ANILCA, 16 USC 3143, deferred the decision to conduct leasing in the program area until authorized by Congress. PL 115-97 provides that decision, and requires the Secretary of the Interior, acting through the BLM, to conduct leasing in the program area. The purpose of the SEIS is to inform the BLM's implementation of PL 115-97; Alternative B would fulfill this purpose. Lands outside the program area are not subject to PL 115-97 and would therefore not fulfill this purpose.

### E.2.2.3 Evaluation of Other Alternatives that would Reduce or Eliminate the Use, Occupancy, or Disposition of Public Lands Needed for Subsistence

Alternatives that would reduce or eliminate the use of public lands needed for subsistence are those that make more land in the program area unavailable for oil and gas leasing or those that would not allow oil and gas activity. Alternatives C and D would make more land in the program area unavailable for oil and gas leasing than Alternative B. Alternative A would not allow oil and gas leasing to occur.

### E.2.2.4 Findings

Alternative B will not result in a significant restriction to subsistence uses. Potential impacts on subsistence resources and access from future oil and gas exploration, development, and production would be minimal or would be adequately mitigated by stipulations or ROPs under which lessees must operate. Porcupine Caribou Herd abundance may be affected due to minor displacement of maternal caribou, but large-scale displacement and consequent large decreases in the abundance of Porcupine Caribou Herd available for subsistence use is unlikely. A positive determination pursuant to ANILCA Section 810 is not required.

### E.2.3 Evaluation and Finding for Alternative C

**Section B.8.3**, Alternative C in **Appendix B** anticipates that two CPFs would be built: one CPF would be built in the high potential area and one in the medium potential area south of Kaktovik. This scenario

estimates that two CPFs and associated airstrips, 16 satellite pads, and 135 miles of road, a seawater treatment plant, and one barge landing and storage pad would be built. An estimated 1,464 acres of surface disturbance would occur in the high and medium potential areas. Most areas with NSO stipulations would be accessible by horizontal drilling from areas where surface occupancy is permitted or from adjacent state or Native lands.

Approximately 526,300 acres would be closed to leasing to protect caribou calving habitat under Alternative C (**Table 2-1** in **Chapter 2**). Of the remaining 1,037,200 acres available for leasing, 708,200 would be subject to NSO, 123,900 would be subject to CSU, 0 would be subject to TLs, and 205,100 would be subject to ROPs only. **Map 2-3**, Alternative C and **Map 2-4**, Alternative C, Lease Stipulations, in **Appendix A** illustrate where NSO, CSU, and areas subject to only standard terms and conditions would be adopted.

### E.2.4.1 Evaluation of the Effect of Use, Occupancy, or Disposition on Subsistence Uses and Needs

*Abundance and Availability*

<u>Fish</u>

The types of potential impacts on subsistence fish species would be similar to those described under Alternative B, although future facility locations may differ due to the lands available for lease and surface occupancy. Under Alternative C, more extensive mitigation measures would be used, a 0.5- to 4-mile setback for surface development would apply on all streams and waterbodies, and NSO would apply along the coast. While minor impacts on fish could still occur from future oil and gas exploration, development, and production, they are not anticipated to affect fish availability or abundance for residents of Kaktovik or Nuiqsut.

<u>Marine Mammals</u>

Disturbance and displacement of marine mammals, such as bowhead whales and bearded and ringed seals, associated with future on-the-ground activities would be similar to that described under Alternative B, although future facility locations may differ due to the lands available for lease and surface occupancy. These potential minor impacts are not anticipated to affect bowhead whale or bearded/ringed seal availability or abundance.

<u>Caribou</u>

Direct habitat loss or alteration from future oil and gas exploration, development, and production would be smaller than that described under Alternative B, as an estimated 1,464 acres of surface disturbance would occur in the program area. Direct habitat loss or alteration from future on-the-ground activities would not affect the availability or abundance of caribou for subsistence use.

Mortality or injuries due to vehicle strikes associated with future oil and gas development in the Coastal Plain would be similar to that described under Alternative B. ROP 23 would apply under Alternative C as well and would sufficiently address collision risk. Low-incidence mortality would not significantly affect the abundance of caribou for subsistence use.

Altered movement patterns due to roads and pipelines associated with future oil and gas development in the Coastal Plain would be similar to what is expected to occur under Alternative B, but the extent of this impact would be lessened. This is because the areas important for caribou movement would be largely

subject to NSO, TLs, or would not be offered for lease sale. This would apply to spring migration and movements to and from the coast in response to insect harassment, and potentially to fall migration. Although some delays and deflections while crossing roads and pipelines are expected, Porcupine Caribou Herd and Central Arctic Herd caribou movements would be relatively undisturbed and would not significantly affect the availability of caribou for subsistence use by residents of Kaktovik.

A total of 14,300 acres (0.5 percent) of the high-use calving area could be leased and subject to surface occupancy under Alternative C (**Table J-22** in **Appendix J**; **Table E-1**). 5,400 acres (0.2 percent) would be subject to CSU and 8,900 acres (0.3 percent) would be subject to standard lease terms and conditions only. Caribou could be displaced within these areas. Alternative C would not allow CPFs in the Porcupine Caribou Herd post-calving area and would limit total infrastructure density in this area (Lease Stipulation 8).

One CPF and associated well pads and roads could potentially be located within the medium hydrocarbon potential area under Alternative C. This CPF would likely be sited on private lands. Displacement of maternal caribou could occur on up to 26,648 acres (less than 1 percent) of the high use calving area if one to two well pads were constructed in this area. Based on these assumptions, potential impacts to herd size as a result of displacement of maternal caribou from future on-the-ground activities would be small or negligible. Alternative C would be less likely to affect calf survival and overall herd numbers compared to Alternative B. Caribou abundance for Kaktovik, Arctic Village, and Venetie would not be significantly impacted.

*Subsistence Access*

The types of impacts to subsistence access would be similar to those described under Alternative B; however, the intensity of these impacts would be substantially less under Alternative C due to the decrease in expected development infrastructure and limits on the density of development. Under Alternative C, there would be a larger area of high overlapping subsistence use for Kaktovik which would subject to NSO stipulations. The area south of Kaktovik between the Okpilak and Jago rivers, an area of high overlapping use for caribou and furbearers, would continue to be available for lease sale and subject to standard terms and conditions. In addition, an area of moderate overlapping use near the Sadlerochit River would also be subject to standard terms and conditions under Alternative C. Therefore, impacts to subsistence access would likely occur under Alternative C but at a lower intensity than under Alternative B.

### E.2.4.2 Evaluation of the Availability of Other Lands for the Purpose Sought to be Achieved

Evaluation of the availability of other lands would be similar to Alternative B (see **Section E.2.2.2**, above).

### E.2.4.3 Evaluation of Other Alternatives that would Reduce or Eliminate the Use, Occupancy, or Disposition of Public Lands Needed for Subsistence

Alternative D would make more land in the program area unavailable for oil and gas leasing than Alternative C. Alternative A would not allow oil and gas leasing to occur.

### E.2.4.4 Findings

Alternative C will not result in a significant restriction in subsistence uses. Potential impacts on subsistence resources and access from future oil and gas exploration, development, and production would be minimal

E-16      *Coastal Plain Oil and Gas Leasing Program*
*Draft Supplemental Environmental Impact Statement*
Case 3:24-cv-00051-SLG    Document 71-3    Filed 08/13/24    Page 82 of 90

AR4807

or would be adequately mitigated by stipulations or ROPs under which lessees must operate. A positive determination pursuant to ANILCA Section 810 is not required.

## E.2.4 Evaluation and Finding for Alternative D

**Section B.8.5**, Alternative D in **Appendix B** anticipates that one CPF would be built under Alternative D in either a high potential area near the Tamayarick or Katakturuk rivers, or in the medium potential area south of Kaktovik. This scenario estimates that one CPF and associated airstrips, six satellite pads, and 100 miles of road, a seawater treatment plant, and one barge landing and storage pad would be built. An estimated 1,040 acres of surface disturbance would occur in the high and medium potential areas.

Approximately 797,700 acres would be closed to leasing under Alternative D (**Table 2-1** in **Chapter 2**). Of the remaining 765,800 acres available for leasing, 726,300 would be subject to NSO, 15,900 would be subject to CSU, 1,800 would be subject to TLs, and 21,800 would be subject to standard terms and conditions only. **Map 2-5**, Alternative D, and **Map 2-6**, Alternative D, Lease Stipulations, in **Appendix A** illustrate where NSO, CSU, TLs, and areas subject to only to standard terms and conditions would be adopted.

### E.2.5.1 Evaluation of the Effect of Use, Occupancy, or Disposition on Subsistence Uses and Needs

*Abundance and Availability*

Fish

The types of potential impacts on fish would be similar to those described under Alternative C, although future facility locations may differ due to the lands available for lease and surface occupancy. Lease stipulations under Alternative D would provide more protection for fish habitat compared to Alternatives B and C. While minor impacts on fish could still occur from future oil and gas exploration, development, and production, they are not anticipated to affect fish availability or abundance for residents of Kaktovik.

Marine Mammals

The types of potential impacts on marine mammals such as whales and seals would be similar to those described under Alternative B, although future facility locations may differ due to the lands available for lease and surface occupancy. Under Alternative D, oil and gas exploration operations, including seismic activity, would not be permitted during the open water season (May 15 through November 1), thus reducing impacts on resource availability for marine mammal hunters. While minor impacts on marine mammals could still occur from future oil and gas exploration, development, and production, they are not anticipated to affect marine mammal availability or abundance.

Caribou

Direct habitat loss or alteration from future oil and gas exploration, development, and production would be lowest under Alternative D, as an estimated 1,040 acres of surface disturbance would occur in the program area. Alternative D would also require Master Development Plans for each field development, which would have the effect of reducing development footprints and encouraging joint use of infrastructure between alternatives. Alternative D would have the fewest acres available for leasing and the largest number of acres subject to NSOs. As a result, Alternative D would have the lowest impacts on caribou of any action alternative. Direct habitat loss or alteration from future activities in the Coastal Plain would not affect the availability or abundance of caribou for subsistence use.

AR4808

Mortality or injuries due to vehicle strikes associated with future oil and gas development in the Coastal Plain would be similar to those described under Alternatives B and C. ROP 23 would apply under Alternative D and would require additional measures regarding monitoring and consultation. Lease Stipulation 6 would be adopted as part of a suite of mitigation measures. These measures would sufficiently address collision risk and impacts to caribou during calving, post-calving, and insect-relief periods. Low-incidence mortality from future activities would not significantly affect the abundance of caribou for subsistence use.

Alteration of movement patterns associated with future oil and gas development in the Coastal Plain would be similar to that expected under C. It is likely that roads will cross areas with NSO restrictions in order to access leased areas, and these roads would likely cause some deflection and displacement of caribou. Under Alternative D, lease sales or surface occupancy would be prohibited in areas more frequently used by the Central Arctic Herd during the summer season, thus lessening the potential for impacts to Nuiqsut hunters along the Colville River Delta. Impacts to caribou movement under Alternative D would not significantly affect the availability of caribou for subsistence use by Kaktovik residents.

Under Alternative D, no leasing would be allowed within the Porcupine Caribou Herd comprehensive calving habitat area, which includes all current Porcupine Caribou Herd calving habitat (Lease Stipulation 6). In addition, no CPFs would be allowed in the Porcupine Caribou Herd comprehensive post-calving habitat area and other infrastructure would be limited to 510 acres total. Only 100 acres of current and predicted future Porcupine Caribou Herd calving areas would be available for leasing under standard terms and conditions. Displacement of maternal caribou associated with future oil and gas development in the Coastal Plain would be similar to that expected under Alternative C, although the extent of potential displacement would be less given that less area would be offered for lease sale. Potential impacts to caribou abundance as a result of maternal caribou displacement would be small or negligible. Caribou abundance for Kaktovik, Arctic Village, and Venetie would not be significantly impacted.

*Subsistence Access*

The types of impacts to subsistence access would be similar to those described under Alternative B; however, the intensity of these impacts would be substantially less under Alternative D due to the decrease in expected development infrastructure and limits on the density of development. Alternative D would include the least amount of areas of high overlapping subsistence use for Kaktovik with areas that would allow surface occupancy. Several areas to the west of the community along the coast would continue to be available for lease and subject only to standard terms and conditions, including an area at Brownlow Point which is an important coastal caribou hunting and fishing area. Thus, impacts to subsistence access may still occur but would be greatly reduced under this alternative when compared with Alternatives B and C.

### E.2.5.2 Evaluation of the Availability of Other Lands for the Purpose Sought to be Achieved

Evaluation of the availability of other lands would be similar to that described under Alternative B (see **Section E.2.2.2**, above).

*Coastal Plain Oil and Gas Leasing Program*
*Draft Supplemental Environmental Impact Statement*

AR4809

### E.2.5.3 Evaluation of Other Alternatives that would Reduce or Eliminate the Use, Occupancy, or Disposition of Public Lands Needed for Subsistence

Of the action alternatives analyzed in the SEIS, Alternative D offers the fewest amount of public lands for leasing, representing the minimum leasing acreage allowable under PL 115-97. Alternative A, the No Action Alternative, would not allow oil and gas leasing to occur.

### E.2.5.4 Findings

Alternative D will not result in a significant restriction in subsistence uses. Potential impacts on subsistence resources and access from future oil and gas exploration, development, and production would be minimal, or they would be adequately mitigated by stipulations or ROPs under which lessees must operate. A positive determination pursuant to ANILCA Section 810 is not required.

## E.2.5 Evaluation and Finding for the Cumulative Case

The goal of the cumulative case analysis presented in **Chapter 3** is to evaluate the incremental impact of the actions considered in the SEIS, in conjunction with all past, present, and reasonably foreseeable future activities in or near the Coastal Plain, specifically, in the Kaktovik, Nuiqsut, Arctic Village, and Venetie subsistence use areas.

Actions included in the cumulative case analysis are listed in **Section F.3.2** in **Appendix F**. Past and present actions that have affected subsistence uses and resources are as follows:

- Oil and gas exploration, development, and production on the North Slope
- Transportation
- Subsistence activities
- Recreation and tourism
- Scientific research
- Community development
- Climate change

Reasonably foreseeable future actions include the following:

- Expansion of the CD5, Nuna, GMT1, and GMT2 developments in the Colville River Region
- Development of the Willow and Nanushuk Projects in the Colville River Region
- Development of a natural gas pipeline from the North Slope to Cook Inlet (Alaska LNG Pipeline)
- Infrastructure projects including those developed through the Arctic Strategic Transportation and Resources (ASTAR) program
- Continued and increased marine vessel traffic and air traffic
- Ongoing impacts of climate change

### E.2.6.1 Evaluation of the Effect of Use, Occupancy, or Disposition on Subsistence Uses and Needs

Actions included in the cumulative case analysis are listed in **Section F.2.2** in **Appendix F**. These actions fall into six broad categories: oil and gas exploration and development, transportation, subsistence activities, recreation and tourism, scientific research, and community development. Additionally, climate

AR4810

change is considered a variable that could contribute to potential cumulative effects of the proposed alternatives and reasonably foreseeable future actions. This section describes the potential impacts each of these categories could have to Kaktovik, Nuiqsut, Arctic Village, and Venetie subsistence uses.

*Oil and Gas Exploration, Development, and Production*

Oil and gas exploration, development, and production is ongoing and planned within the onshore North Slope, State and Federal waters in the Beaufort Sea, and in the Western Canadian Arctic. These activities include exploration work, infrastructure development, construction, and maintenance, gravel mining, and production associated with existing wells. These activities are expected to continue under all alternatives.

**Section 3.4.3**, Subsistence Uses and Resources, identifies cumulative infrastructure development on the North Slope as a major impact to subsistence activities. This is corroborated by other analyses and 810 evaluations. In the NPR-A Integrated Activity Plan/EIS, the BLM (2012) indicated that, irrespective of the alternative selected, cumulative activity on the North Slope had the potential to significantly restrict subsistence access for a number of communities. Increased infrastructure has contributed to a feeling of being "boxed in" by development in and around Nuiqsut. Impacts to Nuiqsut's ability to access subsistence resources, according to previous EISs, would be significant.

Similar to issues associated with development around Nuiqsut, ongoing and proposed oil and gas activities associated with Point Thomson, together with Coastal Plain oil and gas activities, would impact lands in the vicinity of Kaktovik, and would potentially restrict subsistence activities and access to subsistence resources within their subsistence use area. Past, present, and future development would not mirror the scenario observed for Alpine-associated development and Nuiqsut. Future development within the program area beyond the surface disturbance limit of 2,000 acres would require additional action by Congress, and is not included in the hypothetical development scenario (**Appendix B**). Future development associated with the Leasing SEIS would not surround Kaktovik, but residents may still feel surrounded if there is development to the west, south, and east of their traditional hunting areas[1]. This could occur under Alternatives B and C. Future development associated with oil and gas activities could occur along the coast, where multiple ports or seawater treatment plants could be constructed, and within the important subsistence use area bounded by the Hulahula and Jago rivers. It could also occur under Alternatives C and D, as future on-the-ground development could occur on corporation lands directly south of Kaktovik.

Numerous measures would be adopted to mitigate potential impacts to subsistence access. Under all alternatives, Lease Stipulation 1 would implement NSO along rivers that are important for subsistence use by residents of Kaktovik. Lease Stipulation 9 would require lessees to develop and implement an impact and conflict avoidance and monitoring plan to assess, minimize, and mitigate the effects of the infrastructure and its use on subsistence users. ROPs 18, 20, and 23 would require that roads and other infrastructure be designed to avoid or minimize impacts to subsistence access to traditional hunting and fishing areas. ROPs 36-40 would require that lessees participate in extensive consultation with subsistence communities and would prohibit hunting, trapping, and fishing by lessees, operators, and contractors when on work status. Lessees would be required to coordinate directly with Kaktovik and seek input from local advisory councils such as the North Slope and Eastern Interior Subsistence Regional Advisory Council. They would be required to develop a plan to prevent unreasonable conflicts with subsistence activities, and to develop a

---

[1]S. Braund, [Stephen R. Braund and Associates Senior Scientist], personal communication with E. Julianus [BLM Wildlife Biologist], EMPSi, [08 September 2018].

E-20      *Coastal Plain Oil and Gas Leasing Program*
*Draft Supplemental Environmental Impact Statement*
Case 3:24-cv-00051-SLG    Document 71-3    Filed 08/13/24    Page 86 of 90

AR4811

subsistence access plan prior to beginning exploration or development. All future development plans would be subject to the BLM review prior to approval.

Public testimony indicates that residents believe conflict avoidance and subsistence access plans help to mitigate potential impacts to subsistence. However, residents also report ongoing residual impacts, particularly when mitigation is perceived to be implemented in an ineffective way (SRB&A 2013). Access patterns have changed in response to development on the North Slope, and residents still report feeling "boxed in" by existing development (SRB&A 2018). Potential impacts to subsistence access would likely be mitigated but not eliminated under Alternatives B, C, and D. However, cumulative impacts associated with Point Thomson, Liberty, and other projects could result in extensive interference[2] of the ability of Kaktovik harvesters to reach and use active subsistence harvest sites. Therefore, cumulative impacts of oil and gas exploration, development, and construction could significantly impact Kaktovik's ability to access subsistence resources.

The BLM (2012) found that caribou availability for residents of Nuiqsut could be significantly impacted as a result of development in the vicinity of Alpine. Impacts to Porcupine Caribou Herd availability would not affect Nuiqsut, as their caribou subsistence use area does not overlap with the Porcupine Caribou Herd range nor is there documented harvest of Porcupine Caribou Herd by Nuiqsut, although Nuiqsut harvesters have reported some harvesting from this herd in the past. Cumulative impacts to Porcupine Caribou Herd would not significantly impact residents of Nuiqsut under all alternatives.

Ongoing and future actions along the coast may contribute to some impacts to caribou availability. Availability impacts may result from changes in caribou distribution, movement, and behavior resulting from development infrastructure and activities. Impacts to caribou availability for Kaktovik resulting from aircraft and vehicle disturbance are described below in *Transportation*. Displacement of caribou around roads and other infrastructure could affect availability to Kaktovik hunters. While roads may cause deflection, Kaktovik hunters may also use the roads to access areas where caribou are located, thus providing a mitigative effect. Road use may affect overall subsistence patterns for the community, resulting in a concentration of hunting activities along the road system while also reducing opportunities to transmit traditional knowledge about traditional harvesting practices and locations.

Direct habitat loss for the Porcupine Caribou Herd is most likely to occur under Alternative B, as are impacts to calf survival and overall herd abundance. If oil and gas activities, in combination with climate change and other reasonably foreseeable actions, result in a decline in Porcupine Caribou Herd abundance, then residents of Kaktovik, Arctic Village, Venetie could experience declines in Porcupine Caribou Herd harvest success and harvest amounts. In addition, other Gwich'in communities who receive Porcupine Caribou Herd caribou through sharing networks could also experience indirect impacts through a decline in sharing. A decline in caribou for the Gwich'in, who refer to themselves as the "Caribou People" and view the Arctic Refuge as sacred ground, could have larger cultural and spiritual impacts.

Potential impacts from future oil and gas exploration, development, and production to Central Arctic Herd and Porcupine Caribou Herd abundance for residents of Kaktovik, Arctic Village, and Venetie under Alternatives B, C, and D, are expected to be minor due to the lease stipulations and ROPs. Ongoing or future development in combination with development of the program area are not expected to impact

---

[2]Significance threshold defined on page 7 of BLM Instruction No. AK-2011-008.

caribou abundance. Therefore, the cumulative impact, in conjunction with Alternatives B, C, and D, would not significantly restrict subsistence uses of Porcupine Caribou Herd.

*Transportation*

Surface, air, and marine transportation within Kaktovik and Nuiqsut's subsistence use areas would continue under all alternatives. This includes roads and vehicular traffic, shipping and barging, and aircraft traffic. Increased activity associated with future oil and gas developments would result in higher levels of vessel, ground, and air traffic. This increased activity is likely under Alternatives B, C, and D. Under each alternative, NSOs, TLs, and ROPs would be sufficient to mitigate but not eliminate potential impacts of transportation associated with future on-the-ground oil and gas activities on subsistence resources. Potential impacts to subsistence resource abundance and availability for Kaktovik would not be significant under all alternatives. Roads and transportation activities would contribute to the potentially extensive interference of the ability of Kaktovik harvesters to reach and use subsistence harvest sites. Impacts to caribou availability due to development in the vicinity of Nuiqsut were found to be potentially significant for Nuiqsut. However, potential impacts to caribou from future oil and gas activities associated with all alternatives would not contribute to cumulative effects on Nuiqsut's resource availability.

*Subsistence Activities*

Subsistence activities on the North Slope would continue under all alternatives. Although subsistence practices are somewhat fluid and subject to annual variation, current and past hunting, gathering, fishing, and trapping activities would be similar in the types of activities and areas used by the communities in the program area in the foreseeable future. Subsistence activities would not vary by alternative and would not contribute to adverse effects on the abundance or availability of subsistence resources, nor would they impact subsistence users' ability to access subsistence resources.

*Recreation and Tourism*

Recreation and tourism would continue under all alternatives. Recreation and tourism activities would occur independent of development activities proposed under each of the proposed alternatives, and thus are not expected to vary by alternative. Although these activities occur across the North Slope, recreation and tourism are most concentrated in the Arctic Refuge and Kaktovik, where polar bear viewing is a popular activity. Recreation and tourism do have the potential to adversely affect the availability of subsistence resources if these resources are disturbed by aircraft conducting flightseeing tours. Such activities are carefully managed to avoid impacts to subsistence (USFWS 2015) and would not significantly affect the availability of subsistence resources. If roads, such as the Dalton Highway, connect to a road system within the program area and facilitate access by non-local hunters, then residents could experience increased competition from non-local hunters harvesting caribou and other resources in traditional hunting areas. However, there is a low likelihood of industrial roads in the program area becoming open to public use. The abundance of subsistence resources would not be affected by recreation and tourism. Subsistence users' ability to access subsistence resources would not be affected.

*Scientific Research*

Scientific research is ongoing in the program area and within Kaktovik, Nuiqsut, Arctic Village, and Venetie's subsistence use areas. It is likely that scientific research would increase under Alternatives B, C, and D, particularly if mitigation measures are adopted that require companies to fund research documenting and monitoring impacts on specific resources, such has been done elsewhere (BLM 2012). Research activities typically involve vessel, air, and overland transport of researchers and equipment, and could

contribute to cumulative effects. Research activities could affect the availability of subsistence resources under Alternatives B, C, and D. Caribou could be disturbed during aerial surveys, but impacts would be short-lived. Frequent disturbances during peak hunting times could cause larger impacts to harvester success on an annual basis. The availability of subsistence resources would not be significantly impacted by research activities under the cumulative case if Alternatives B, C, or D are adopted, nor would the abundance of or access to subsistence resources be significantly impacted.

*Community Development*

Community development projects would occur under all alternatives. The type and size of development projects could vary by alternative. Kaktovik would likely undertake community development projects if Alternatives B, C, or D are selected. Comparatively more projects may occur in or near Kaktovik if Alternatives C or D are selected than under Alternative B. NSOs would be in place along the majority of the coast under these alternatives, creating a situation where seawater treatment plants or port and airport infrastructure may be more likely to be constructed or expanded in or near Kaktovik. Community development projects would not contribute to adverse impacts on the abundance or availability of subsistence resources, nor would they impact subsistence users' ability to access subsistence resources.

*Climate Change*

Climate change is an ongoing factor considered in cumulative effects analyses on the North Slope. Climate change could affect the habitat, behavior, distribution, and populations of fish and wildlife within the program area. It could also impact access to these resources. Specifically, impacts of oil and gas exploration and development on user access to subsistence harvesting areas would be compounded by climate change impacts on access, including melting permafrost and decreased snow and ice cover which affect snowmachine travel. Climate change, in combination with development of the program area and other reasonably foreseeable developments, could result in greater impacts to subsistence access and greater risks to harvester safety as residents travel farther to access subsistence resources. Impacts on resource abundance from development of the program area, particularly under Alternative B which would open up greater amounts of calving grounds to leasing and development, would also be compounded by climate change effects on resources. Changes in the timing and location of resource migrations due to warmer temperatures would be compounded by oil and gas development if infrastructure further deflects or delays caribou and other resource migrations. The trends in climate change that were described in the BLM 2018 are expected to continue.

### E.2.6.2 Evaluation of the Availability of Other Lands for the Purpose Sought to be Achieved

Evaluation of the availability of other lands is identical to that described under Alternative B (see **Section C.2.2.2**, above).

### E.2.6.3 Evaluation of Other Alternatives that would Reduce or Eliminate the Use, Occupancy, or Disposition of Public Lands Needed for Subsistence

Evaluation of other alternatives is identical to that described under Alternative B (see **Section E.2.2.2**, above).

Case 3:24-cv-00051-SLG    Document 71-3    Filed 08/13/24    Page 89 of 90

AR4814

### E.2.6.4 Findings

The cumulative case, when taken in conjunction with Alternatives B, C, and D will not result in a significant restriction to subsistence uses for the communities of Nuiqsut, Arctic Village, and Venetie.

The cumulative case, when taken in conjunction with Alternatives B, C, and D, may result in a significant restriction to subsistence uses for the community of Kaktovik due to potential decrease in access to fish, marine mammals, and caribou. A positive determination pursuant to ANILCA Section 810 is required.

## E.3 NOTICE AND HEARINGS

ANILCA Section 810(a) provides that there shall be no "withdrawal, reservation, lease, permit, or other use, occupancy, or disposition of the public lands which would significantly restrict subsistence uses," until the federal agency gives the required notice and holds a hearing in accordance with ANILCA Section 810(a)(1) and (2). The BLM will provide notice in the *Federal Register* that it made a positive finding pursuant to ANILCA Section 810 that the cumulative case presented in the SEIS met the "may significantly restrict" threshold. As a result, a public hearing will be held in the potentially affected community of Kaktovik. Notice of this hearing will be provided in the *Federal Register* and in local media with coverage to all villages on the North Slope. The hearing date and time will be posted on BLM's website at https://eplanning.blm.gov/eplanning-ui/project/2015144/510.

## E.4 SUBSISTENCE DETERMINATIONS UNDER THE ANILCA SECTION 810(A)(3)(A), (B), AND (C)

ANILCA Section 810(a) provides that there would be no "withdrawal, reservation, lease, permit, or other use, occupancy or disposition of the public lands which would significantly restrict subsistence uses," until the federal agency gives the required notice and holds a hearing, in accordance with ANILCA Section 810(a)(1) and (2), and makes the following three determinations required by ANILCA Section 810(a)(3)(A), (B), and (C): 1) that such a significant restriction of subsistence use is necessary, consistent with sound management principles for the use of the public lands; 2) that the proposed activity would involve the minimal amount of public lands necessary to accomplish the purposes of such use, occupancy, or other such disposition; and 3) that reasonable steps would be taken to minimize adverse impacts on subsistence uses and resources resulting from such actions (16 USC 3120(a)(3)(A), (B), and (C)).

The BLM has found in this preliminary evaluation that the cumulative case considered in this Leasing SEIS may significantly restrict subsistence uses. The BLM will undertake the notice and hearing procedures required by ANILCA Section 810 (a)(1) and (2), in conjunction with releasing the draft SEIS in order to solicit public comment from the potentially affected community of Kaktovik.

The determination that the requirements of the ANILCA Section 810(a)(3)(A), (B), and (C) have been met will be analyzed in the Final ANILCA Section 810 Evaluation. The Final Evaluation will integrate input voiced during the hearing by the residents of Kaktovik, and will be published as part of the Final SEIS.

E-24

*Coastal Plain Oil and Gas Leasing Program*
*Draft Supplemental Environmental Impact Statement*
Case 3:24-cv-00051-SLG    Document 71-3    Filed 08/13/24    Page 90 of 90

AR4815