## DOI ORGANIZATIONAL STRUCTURE

**LEADING THE MISSIONS OF THE DEPARTMENT** are the Secretary of the Interior, the Deputy Secretary, and six Assistant Secretaries. Supporting them and implementing program responsibilities and operational activities are DOI's Bureaus and Offices. Each DOI organization in the Department has specialized responsibilities and the expertise to identify, enable, and pursue the goals and objectives set forth in this plan.


Case 3:24-cv-00051-SLG   Document 72-1   Filed 08/23/24   Page 1 of 10