Megan R. Condon (AK Bar No. 1810096)
Matthew N. Newman (AK Bar No. 1305023)
Native American Rights Fund
745 West 4th Avenue, Suite 502
Anchorage, AK 99501
Phone: 907-276-0680
mcondon@narf.org
mnewman@narf.org

*Lead Counsel for Intervenor-Defendants Native Village of Venetie
Tribal Government, Arctic Village Council, and Venetie Village Council*

Peter H. Van Tuyn (AK Bar No. 8911086)
Karen E. Schmidt (AK Bar No. 1211113)
BESSENYEY & VAN TUYN, LLC
911 West 8th Avenue, Suite 101, PMB 59
Anchorage, AK 99501
Phone: 907-278-2000
peter@bvt-law.com
karen@bvt-law.com

*Co-Counsel for Applicant Intervenor Defendants Native Village of Venetie
Tribal Government, Arctic Village Council, and Venetie Village Council*

**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY,<br><br>     Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>     Defendants,<br><br>   and | Case No. 3:24-cv-00051-SLG |

| | |
|---|---|
| GWICH'IN STEERING COMMITTEE, *et al.*, | |
| and | |
| NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT, *et al.*, | |
| Intervenor-Defendants. | |

**INTERVENOR-DEFENDANTS NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT, ARCTIC VILLAGE COUNCIL, AND VENETIE VILLAGE COUNCIL'S JOINDER IN DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON COUNT II(B)**

Intervenor-Defendants Native Village of Venetie Tribal Government, Arctic Village Council, and Venetie Village Council (collectively "the Tribes") hereby join in Defendant's Response in Opposition to Plaintiff's Motion for Summary Judgment on Count II(B), ECF No. 74.

Summary Judgment on Count II(B) in favor of Defendants and Intervenor-Defendants is appropriate here as summary judgment is the proper resolution for Administrative Procedure Act claims—including claims involving allegations of political pretext—and Plaintiff's pretext claim fails in light of the Department of the Interior's ("DOI") reasonable and well-supported record and rationale for lease cancellation. As detailed in the Tribes' opening brief,[1] the record before DOI confirms the seriousness of the legal defects underlying DOI's lease cancellation decision and supports DOI's

---

[1] ECF No. 59 at 35–38.

Native Village of Venetie Tribal Gov't et al.'s Joinder in
Defs.' Resp. in Opp'n to Pl.'s Mot. for Summ. J on Count II(B)
*AIDEA v. U.S. Dep't of the Interior*, Case No. 3:24-cv-00051-SLG          Page 2

Case 3:24-cv-00051-SLG   Document 78   Filed 08/30/24   Page 2 of 5

reasonable basis for cancelling Plaintiff's leases. DOI's insufficient analysis under the National Environmental Policy Act ("NEPA") leading to the 2021 lease sale and issuance of Plaintiff's leases, including failure to adequately analyze a reasonable range of alternatives and failure to properly interpret the Tax Act's 2,000-acre limit, was well-supported in the record and was a reasonable basis for the agency to cancel Plaintiff's leases.[2]

Because DOI has the inherent authority to cancel Plaintiff's leases and because the well-founded record basis supports DOI's lease cancellation decision, the Court should deny Plaintiff's Motion for Summary Judgement and grant Defendants' and Intervenor-Defendants' cross motions for summary judgment on all counts.

Respectfully submitted this 30th day of August, 2024.

s/ Megan R. Condon
Megan R. Condon (AK Bar No. 1810096)
Matthew N. Newman (AK Bar No. 1305023)
NATIVE AMERICAN RIGHTS FUND
745 West 4th Avenue, Suite 502
Anchorage, AK 99501
Phone: 907-276-0680
mcondon@narf.org
mnewman@narf.org

*Lead Counsel for Applicant Intervenor Defendants Native Village of Venetie Tribal Government, Arctic Village Council, and Venetie Village Council*

Peter H. Van Tuyn (AK Bar No. 8911086)
Karen E. Schmidt (AK Bar No. 1211113)

---

[2] *Id.* at 36–37.

Native Village of Venetie Tribal Gov't et al.'s Joinder in
Defs.' Resp. in Opp'n to Pl.'s Mot. for Summ. J on Count II(B)
*AIDEA v. U.S. Dep't of the Interior*, Case No. 3:24-cv-00051-SLG       Page 3

Case 3:24-cv-00051-SLG   Document 78   Filed 08/30/24   Page 3 of 5

BESSENYEY & VAN TUYN, LLC
911 West 8th Avenue, Suite 101, PMB 59
Anchorage, AK 99501
Phone: 907-278-2000
peter@bvt-law.com
karen@bvt-law.com

*Co-Counsel for Applicant Intervenor
Defendants Native Village of Venetie
Tribal Government, Arctic Village Council, and
Venetie Village Council*

Native Village of Venetie Tribal Gov't et al.'s Joinder in
Defs.' Resp. in Opp'n to Pl.'s Mot. for Summ. J on Count II(B)
*AIDEA v. U.S. Dep't of the Interior*, Case No. 3:24-cv-00051-SLG            Page 4

Case 3:24-cv-00051-SLG   Document 78   Filed 08/30/24   Page 4 of 5

**CERTIFICATE OF SERVICE**

      I certify that on August 30, 2024, I caused a copy of the INTERVENOR-DEFENDANTS' JOINDER IN DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON COUNT II(B) to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system.

                                                  s/ Megan R. Condon
                                                   Megan R. Condon

Native Village of Venetie Tribal Gov't et al.'s Joinder in
Defs.' Resp. in Opp'n to Pl.'s Mot. for Summ. J on Count II(B)
*AIDEA v. U.S. Dep't of the Interior*, Case No. 3:24-cv-00051-SLG      Page 5

Case 3:24-cv-00051-SLG   Document 78   Filed 08/30/24   Page 5 of 5