Brook Brisson (AK Bar No. 0905013)
Suzanne Bostrom (AK Bar No. 1011068)
Bridget Psarianos (AK Bar No. 17050025)
Trustees for Alaska
121 W. Fireweed Ln., Ste. 105
Anchorage, AK 99503
Phone: (907) 276-4244
Fax: (907) 276-7110
bbrisson@trustees.org
sbostrom@trustees.org
bpsarianos@trustees.org

*Attorneys for Intervenor-Defendants Gwich'in*
*Steering Committee, et al.*

Karimah Schoenhut (*pro hac vice*)
Sierra Club Environmental Law Program
50 F St., NW 8th Floor
Washington, DC 20001
Phone: (202) 548-4584
Fax: (202) 547-6009
karimah.schoenhut@sierraclub.org

*Attorney for Intervenor-Defendant Sierra Club*

**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

|  |  |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY,<br><br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al*., | Case No. 3:24-cv-00051-SLG |

Gwich'in Steering Committee et al.'s Errata to Resp. Br. on Claim II(B)
*AIDEA v. U.S. Dep't of the Interior*, Case No. 3:24-cv-00051-SLG          Page 1 of 4

Defendants,

         and

GWICH'IN STEERING
COMMITTEE, *et al*.,

         Intervenor-Defendants.

**ERRATA TO INTERVENOR-DEFENDANTS GWICH'IN STEERING COMMITTEE ET AL.'S RESPONSE IN OPPOSITION TO PLAINTIFF'S OPENING BRIEF ON COUNT II(B) AND MOTION FOR SUMMARY JUDGMENT ON COUNT II(B)**

Intervenor-Defendants Gwich'in Steering Committee et al. submit the following

Errata to their August 30, 2024 Response in Opposition to Plaintiff's Opening Brief on

Count II(B) and Motion for Summary Judgment on Count II(B):

On Page 13, footnote 55, the first three citations to the administrative record

following the sentence "Interior explained how it was addressing these issues in the draft

SEIS" should be AR3930, AR3952, and AR3958–61.

The forthcoming appendix of record will include the corrected pages.

Respectfully submitted this 10th day of September, 2024.

                                        s/ Brook Brisson
                                        Brook Brisson (AK Bar No. 0905013)
                                        Suzanne Bostrom (AK Bar No. 1011068)
                                        Bridget Psarianos (AK Bar. No 1705025)
                                        TRUSTEES FOR ALASKA

                                        *Attorneys for Intervenor-Defendants Gwich'in Steering Committee, et al.*

                                        s/ Karimah Schoenhut (consent)
                                        Karimah Schoenhut (*pro hac vice*)

Gwich'in Steering Committee et al.'s Errata to Resp. Br. on Claim II(B)
*AIDEA v. U.S. Dep't of the Interior*, Case No. 3:24-cv-00051-SLG          Page 2 of 4
Case 3:24-cv-00051-SLG   Document 80   Filed 09/10/24   Page 2 of 4

SIERRA CLUB ENVIRONMENTAL LAW PROGRAM

*Attorney for Intervenor-Defendant Sierra Club*

Gwich'in Steering Committee et al.'s Errata to Resp. Br. on Claim II(B)
*AIDEA v. U.S. Dep't of the Interior*, Case No. 3:24-cv-00051-SLG          Page 3 of 4

**CERTIFICATE OF SERVICE**

I certify that on September 10, 2024, I caused a copy of the ERRATA TO INTERVENOR-DEFENDANTS GWICH'IN STEERING COMMITTEE ET AL.'S RESPONSE IN OPPOSITION TO PLAINTIFF'S OPENING BRIEF ON COUNT II(B) AND MOTION FOR SUMMARY JUDGMENT ON COUNT II(B) with the corrected INTERVENOR-DEFENDANTS GWICH'IN STEERING COMMITTEE ET AL.'S RESPONSE IN OPPOSITION TO PLAINTIFF'S OPENING BRIEF ON COUNT II(B) AND MOTION FOR SUMMARY JUDGMENT ON COUNT II(B) as an attachment to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system.


   s/ Brook Brisson
Brook Brisson

Gwich'in Steering Committee et al.'s Errata to Resp. Br. on Claim II(B)
*AIDEA v. U.S. Dep't of the Interior*, Case No. 3:24-cv-00051-SLG      Page 4 of 4
Case 3:24-cv-00051-SLG  Document 80  Filed 09/10/24  Page 4 of 4