Ex. A1, AR 3316 (note that tracts 22 and 23 were not leased to AIDEA, which was the high bidder, but did not lease.) Coastal Plain 2021 Lease Sale Results

U.S. DEPARTMENT OF THE INTERIOR | BUREAU OF LAND MANAGEMENT | ALASKA | COASTAL PLAIN OIL AND GAS LEASING PROGRAM

**Lease Sale Results**

- Alaska Industrial Development and Export Authority (AIDEA)
- Knik Arm Services LLC
- Regenerate Alaska, Inc.

- Coastal Plain Lease Tract Available for Bid
- Lease Tract Unavailable for Leasing
- Excluded from Public Law 115-97 Coastal Plain or outside the BLM's oil and gas leasing authority

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This product was developed through digital means and may be updated without notification.



EXHIBIT A2 - From Final SEIS, November, 2024, Appendix A - https://eplanning.blm.gov/eplanning-ui/project/2015144/570

Alternative D2

U.S. DEPARTMENT OF THE INTERIOR | BUREAU OF LAND MANAGEMENT AND FISH AND WILDLIFE SERVICE | ALASKA
COASTAL PLAIN OIL AND GAS LEASING PROGRAM SUPPLEMENTAL EIS



