TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY,<br><br>   Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>   Defendants,<br> and<br><br>GWICH'IN STEERING COMMITTEE, *et al.*,<br><br>   Intervenor-Defendants. | Case No. 3:24-cv-00051-SLG |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff Alaska Industrial Development and Export Authority ("AIDEA") has

filed a Motion for Stay of Agency Action or Preliminary Injunction in Order to Preserve

Status Quo, ECF No. 85. Any responses to the Motion are presently due on December 9, 2024. *See* Local Civil Rule 7.2(b). However, counsel for Plaintiff and Defendants have conferred regarding a means of preserving the status quo that would allow AIDEA to file a notice of withdrawal of the Motion without prejudice and eliminate the need for further proceedings on the Motion.

Specifically, in exchange for AIDEA agreeing to withdraw the Motion, Defendants agree to refrain from accepting high bids from, or issuing leases to, any third party for any acres covered by AIDEA's former leases until the Court issues a ruling on the parties' motions for summary judgment, ECF Nos. 50, 52, 53, 59, 66, 75 (as corrected at 80-1), and 78, or 84 days after the date of opening bids, whichever occurs first. *See* 43 C.F.R. § 3132.5(d).[1] In the event the Court has not issued such a ruling within 45 days after the date of opening bids, AIDEA may refile a motion for preliminary injunction, in which event Defendants would accommodate a schedule for briefing and presentation of such a motion in a manner that would allow for a decision before the 84th day after bid opening.

This agreement pertains solely to the identified pending motions, and all parties reserve all rights, including the ability to assert any and all claims and/or defenses, in any

---

[1] The cited regulation, which applies to lease sales in the National Petroleum Reserve-Alaska, and which BLM intends to apply to the upcoming Coastal Plain lease sale in accordance with Section 20001 of the Tax Cuts and Jobs Act of 2017, Pub. L. No. 115–97, provides that high bids not accepted within 90 days shall be considered rejected. By agreeing not to accept high bids for 84 days, Defendants retain the option of proceeding to lease issuance if the Court has not ruled at that time on the pending motions for summary judgment.

further proceedings in this case as well as any future litigation.  If AIDEA does not withdraw the Motion, Defendants hereby move for an extension of the deadline for filing of any responses to the Motion by any party to December 16, 2024.  Counsel have conferred and Plaintiff does not oppose this request for extension.  Intervenor-Defendants were not party to the conferral regarding the withdrawal of AIDEA's motion, but do not oppose the extension of time to file a response should one be necessary because it also extends their response date.

    Respectfully submitted this 6th of December 2024.

                                                   TODD KIM
                                                   Assistant Attorney General
                                                   United States Department of Justice
                                                   Environment and Natural Resources Division

                                                 */s/ Paul A. Turcke*
                                                 PAUL A. TURCKE
                                                 Trial Attorney
                                                 Natural Resources Section
                                                 1290 West Myrtle Street, Suite 500
                                                 Boise, ID 83702
                                                 202-532-5994 ‖ 202-305-0275 (fax)
                                                 paul.turcke@usdoj.gov

                                                 *Counsel for Defendants*

Of Counsel:

MIKE GIERYIC
Attorney Advisor
Office of the Regional Solicitor, Alaska Region
U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-1420
mike.gieryic@sol.doi.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2024, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

>　　　　　　　　*/s/ Paul A. Turcke*
>　　　　　　　　Paul A. Turcke