IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY,<br><br>       Plaintiff,<br>  v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al*.,<br><br>       Defendants,<br><br>  and<br><br>GWICH'IN STEERING COMMITTEE, *et al*.<br><br>       Intervenor-Defendants. | Case No. 3:24-cv-00051-SLG |

**[PROPOSED] ORDER
RE DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Upon consideration of Defendants' Unopposed Motion for Extension of Time, ECF No. 86, IT IS ORDERED that the motion is GRANTED. If not withdrawn, then any responses to Plaintiff's Motion for Stay of Agency Action or Preliminary Injunction in Order to Preserve Status Quo, ECF No. 85, shall be filed on or before December 16, 2024.

Dated this _____ of December 2024.

_____
HON. SHARON L. GLEASON
United States District Judge