IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY,<br><br>      Plaintiff,<br>  v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al*.,<br><br>      Defendants,<br><br>  and<br><br>GWICH'IN STEERING COMMITTEE, *et al*.<br><br>      Intervenor-Defendants. | Case No. 3:24-cv-00051-SLG |

**ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Upon consideration of Defendants' Unopposed Motion for Extension of Time at Docket 86, IT IS ORDERED that the motion is GRANTED. If not withdrawn, then any responses to Plaintiff's Motion for Stay of Agency Action or Preliminary Injunction in Order to Preserve Status Quo at Docket 85 shall be filed on or before December 16, 2024.

Dated this 9th of December 2024.

                                      */s/ Sharon L. Gleason*
                                   HON. SHARON L. GLEASON
                                   United States District Judge