James H. Lister, ABA #1611111
Brian V. Gerd, ABA #1810097
David Karl Gross, ABA #9611065
Zoe A. Eisberg, ABA #1911094
Birch Horton Bittner & Cherot
1150 Connecticut Ave, N.W. Suite 350
Washington, DC 20036
jlister@bhb.com
bgerd@bhb.com
dgross@bhb.com
zeisberg@bhb.com
Telephone 202.659.5800
Facsimile 202.659.1027

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF THE INTERIOR, DEB HAALAND, in her capacity as Secretary of the Department of the Interior, BUREAU OF LAND MANAGEMENT, and TRACY STONE-MANNING, in her official capacity as Director of the Bureau of Land Management,<br><br>Defendants. | Case No.: 3:24-cv-00051-SLG |

AIDEA V. HAALAND, ET AL.
WITHDRAWAL WITHOUT PREJUDICE OF MOTION TO STAY/FOR PRELIMINARY INJUNCTION
503357\290\1774342

CASE NO. 3:24-CV-00051-SLG
PAGE 1 OF 4

Case 3:24-cv-00051-SLG   Document 88   Filed 12/10/24   Page 1 of 4

## NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF PLAINTIFF'S MOTION FOR STAY OF AGENCY ACTION OR PRELIMINARY INJUNCTION

Plaintiff Alaska Industrial Development & Export Authority ("AIDEA") hereby withdraws without prejudice its Motion for a Stay of Agency Action or Preliminary Injunction in Order to Preserve Status Quo, ECF No. 85. This withdrawal is made pursuant to commitments made by Federal Defendants and accepted by Plaintiff that temporarily preserve the status quo, eliminating the need for additional interim relief from the Court at this time, while reserving the right of Plaintiff to re-file this motion before the temporary commitments expire. *See* Federal Defendants' Unopposed Motion for Extension of Time, ECF No. 86 at 2 (detailing Federal Defendants' commitments).

AIDEA filed its Motion for Stay of Agency Action or for Preliminary Injunction to protect its interest in the acres of the Coastal Plain previously leased to AIDEA in the agreements that are the subject of this litigation; Federal Defendants had announced their intent to include some of those acres in the upcoming second lease sale.[1] AIDEA advised the Court that it was filing the Motion on November 25, 2024 because of the short period of time before the anticipated mid-December lease sale, but that AIDEA would meet and confer with counsel for Federal Defendants on December 5, 2024 and inform the Court if those discussions alleviated the need for a decision on this motion for interim relief.[2]

---

[1] *See* Motion for Stay or Preliminary Injunction, ECF No. 85, at 3.

[2] *Id.*

AIDEA V. HAALAND, ET AL.
WITHDRAWAL WITHOUT PREJUDICE OF MOTION TO STAY/FOR PRELIMINARY INJUNCTION
503357\290\1774342

CASE NO. 3:24-CV-00051-SLG
PAGE 2 OF 4

Case 3:24-cv-00051-SLG   Document 88   Filed 12/10/24   Page 2 of 4

AIDEA and Federal Defendants reached the agreement described in Federal Defendants' Unopposed Motion for Extension of time, ECF No. 86, at 2. Specifically, AIDEA agrees to withdraw, without prejudice, its Motion for Stay of Agency Action or Preliminary Injunction and Federal Defendants agree to refrain from accepting high bids from, or issuing leases to, third parties for any of the acres covered by AIDEA's former lease agreements until either of two outcomes: 1) the Court issues a ruling on the parties' motions for summary judgment, ECF Nos. 50, 52, 53, 59, 66, 75 (as corrected at 80-1), and 78; or 2) 84 days pass from the date of opening bids for the second lease sale.[3] Federal Defendants and AIDEA have further agreed that, if the Court has not issued its ruling on summary judgment within 45-days after the date of opening bids, AIDEA may refile its motion for preliminary injunction and Federal Defendants and AIDEA will proceed to brief the motion in a manner allowing for a ruling prior to the 84th day after bid opening.[4]

AIDEA's withdrawal of its present Motion does not subordinate AIDEA's interests to those of any potential bidders in the upcoming second oil and gas lease sale. Whether or not Federal Defendants ultimately refrain from accepting high bids

---

[3] Federal Defendants published notice of the lease sale in the Federal Register on December 10, 2024. That notice provides that the bid opening for the second oil and gas lease sale will occur 30 days after publication in the Federal Register on January 9, 2025. That notice is available electronically as follows: https://www.govinfo.gov/content/pkg/FR-2024-12-10/pdf/2024-28989.pdf

[4] This agreement does not restrict the parties' ability to assert any and all claims or defenses in any further proceedings in this case or other litigation.

AIDEA V. HAALAND, ET AL.
WITHDRAWAL WITHOUT PREJUDICE OF MOTION TO STAY/FOR PRELIMINARY INJUNCTION
503357\290\1774342
CASE NO. 3:24-CV-00051-SLG
PAGE 3 OF 4

Case 3:24-cv-00051-SLG   Document 88   Filed 12/10/24   Page 3 of 4

or issuing leases to third parties, AIDEA asserts that it holds the paramount leasehold interest due to its leases (issued in January, 2021) being first in time.[5]

For the reasons discussed above, AIDEA hereby withdraws without prejudice its Motion for Stay of Agency Action or for Preliminary Injunction.

DATED this 10th day of December, 2024.

        BIRCH HORTON BITTNER & CHEROT
        Attorneys for Plaintiff

        By:  /s/ *James H. Lister*
            James H. Lister, ABA #1611111
            Brian V. Gerd, ABA #1810097
            David Karl Gross, ABA #9611065
            Zoe A. Eisberg, ABA #1911094

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 10th day of December, 2024, a true and correct copy of the foregoing was served on the following via the Court's CM/ECF electronic delivery system:

BIRCH HORTON BITTNER & CHEROT

By:  /s/ *James H. Lister*

---

[5] Federal Defendants have separately further agreed to keep information regarding AIDEA's lawsuit challenging the cancellation of its leases in the public file for the lease sale throughout the duration of this litigation, including any appeals.

AIDEA V. HAALAND, ET AL.    CASE NO. 3:24-CV-00051-SLG
WITHDRAWAL WITHOUT PREJUDICE OF MOTION TO STAY/FOR PRELIMINARY INJUNCTION    PAGE 4 OF 4
503357\290\1774342

Case 3:24-cv-00051-SLG   Document 88   Filed 12/10/24   Page 4 of 4