LISA LYNNE RUSSELL
Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY,<br><br>              Plaintiff,<br>  v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al*.,<br><br>              Defendants,<br>  and<br><br>GWICH'IN STEERING COMMITTEE, *et al*.,<br><br>              Intervenor-Defendants. | Case No. 3:24-cv-00051-SLG |

## NOTICE OF EXECUTIVE ORDER

Defendants U.S. Department of the Interior, et al., hereby provide notice that on January 20, 2025, President Trump issued the Executive Order titled Unleashing Alaska's Extraordinary Resource Potential, including Section 3(b)(ii), pertaining to the subject matter of this litigation. A copy of the Executive Order may be viewed at

https://www.whitehouse.gov/presidential-actions/2025/01/unleashing-alaskas-extraordinary-resource-potential/ (last visited Jan. 24, 2025). The parties will confer and propose to submit a joint status report on or before March 25, 2025, to address how any action(s) that Defendants may take in response to the Executive Order will affect this litigation.

    Respectfully submitted this 24th of January 2025.

                      LISA LYNNE RUSSELL
                      Deputy Assistant Attorney General
                      United States Department of Justice
                      Environment and Natural Resources Division

                      */s/ Paul A. Turcke*
                      PAUL A. TURCKE
                      Trial Attorney, Natural Resources Section
                      1290 West Myrtle Street, Suite 500
                      Boise, ID 83702
                      202-532-5994 || 202-305-0275 (fax)
                      paul.turcke@usdoj.gov

                      *Counsel for Defendants*

Of Counsel:

MIKE GIERYIC
Attorney Advisor
Office of the Regional Solicitor, Alaska Region
U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-1420
mike.gieryic@sol.doi.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on January 24, 2025, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

                    */s/ Paul A. Turcke*
                    Paul A. Turcke