# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

ALASKA INDUSTRIAL DEVELOPMENT
AND EXPORT AUTHORITY,

        Plaintiff,

    v.

U.S. DEPARTMENT OF THE
INTERIOR, *et al.*,

        Defendants,

    and

GWICH'IN STEERING COMMITTEE, *et al.*,

        Intervenor-Defendants.

Case No. 3:24-cv-00051-SLG

## NOTICE

At Docket 92, Defendants U.S. Department of Interior, et al. filed a notice of executive order, informing the Court that, "on January 20, 2025, President Trump issued the Executive Order titled Unleashing Alaska's Extraordinary Resource Potential, including Section 3(b)(ii), pertaining to the subject matter of this litigation." Defendants also indicated that the "[t]he parties will confer and propose to submit a joint status report on or before March 25, 2025, to address

how any action(s) that Defendants may take in response to the Executive Order will affect this litigation."[1]

In the absence of a motion seeking a stay in this matter and an order granting such a stay, this Court notifies the parties that it intends to rule on the merits in this case before March 25, 2025.

DATED this 27th day of January, 2025.

/s/ Sharon L. Gleason
UNITED STATES DISTRICT JUDGE

---

[1] Docket 92 at 2.

Case No. 3:24-cv-00051-SLG, *AIDEA v. U.S. Dept. of the Interior, et al.*
Notice
Page 2 of 2
Case 3:24-cv-00051-SLG    Document 93    Filed 01/27/25    Page 2 of 2