# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF Alaska

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:24-cv-00051-SLG

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 10/18/2023

Date of judgment or order you are appealing: 03/25/2025, 03/26/2025

Docket entry number of judgment or order you are appealing: 95, 96

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
⦿ Yes  ◯ No  ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

See Attached

Is this a cross-appeal?  ◯ Yes  ⦿ No
If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ◯ Yes  ⦿ No
If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:  State:  Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** s/Brook Brisson    **Date** May 16, 2025

*Complete and file with the attached representation statement in the U.S. District Court*
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List each party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

See Attached

Name(s) of counsel (if any):

Brook Brisson, Suzanne Bostrom, Bridget Psarianos

Address: 121 W. Fireweed Ln., Ste. 105, Anchorage, AK 99503
Telephone number(s): (907) 276-4244
Email(s): bbrisson@trustees.org sbostrom@trustees.org bpsarianos@trustees.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Alaska Industrial Development and Export Authority

Name(s) of counsel (if any):

James Lister, Brian V. Gerd, David Karl Gross

Address: 1150 Connecticut Ave, N.W. Suite 350 Washington, DC 20036
Telephone number(s): 202-659-5800
Email(s): jlister@bhb.com bgerd@bhb.com dgross@bhb.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                1                                New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
Sierra Club

Name(s) of counsel (if any):
Karimah Schoenhut

Address: 50 F St., NW 8th Floor Washington, DC 20001
Telephone number(s): 202-548-4584
Email(s): karimah.schoenhut@sierraclub.org
Is counsel registered for Electronic Filing in the 9th Circuit?  ● Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:
Telephone number(s):
Email(s):

Name(s) of party/parties:
See Attached

Name(s) of counsel (if any):

Address:
Telephone number(s):
Email(s):

# ATTACHMENT TO NOTICE OF APPEAL

**Appellants:**

GWICH'IN STEERING COMMITTEE, ALASKA WILDERNESS LEAGUE, ALASKA WILDLIFE ALLIANCE, CANADIAN PARKS & WILDERNESS SOCIETY-YUKON, DEFENDERS OF WILDLIFE, FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES, NATIONAL WILDLIFE FEDERATION, NATIONAL WILDLIFE REFUGE ASSOCIATION, NORTHERN ALASKA ENVIRONMENTAL CENTER, SIERRA CLUB, THE WILDERNESS SOCIETY, AND WILDERNESS WATCH

**Federal Defendants:**
U.S. Department of the Interior; Doug Burgum, in his official capacity as U.S. Secretary of the Interior; Bureau of Land Management; BLM Director, in their official capacity as Director of the Bureau of Land Management

>Adam R.F. Gustafson
>Acting Assistant Attorney General
>United States Department of Justice
>Environment and Natural Resources Division
>
>Paul A. Turcke
>Trial Attorney, Natural Resources Section
>1290 West Myrtle Street, Suite 500
>Boise, ID 83702
>202-532-5994 || 202-305-0275 (fax)
>paul.turcke@usdoj.gov

**Intervenor-Defendants:**
Native Village of Venetie Tribal Government, Arctic Village Council, and Venetie Village

>Lead Counsel:
>Megan R. Condon (AK Bar No. 1810096)
>Matthew N. Newman (AK Bar No. 1305023)
>Native American Rights Fund
>745 West 4th Avenue, Suite 502
>Anchorage, AK 99501

*AIDEA v. U.S. Dep't of the Interior*, Case No. 3:24-cv-00051-SLG   1

Phone: 907-276-0680
mcondon@narf.org
mnewman@narf.org

Co-Counsel:
Peter H. Van Tuyn (AK Bar No. 8911086)
Karen E. Schmidt (AK Bar No. 1211113)
BESSENYEY & VAN TUYN, LLC
911 West 8th Avenue, Suite 101, PMB 59
Anchorage, AK 99501
Phone: 907-278-2000
peter@bvt-law.com
karen@bvt-law.com