# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF Alaska

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:24-cv-00051-SLG

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 10/18/2023

Date of judgment or order you are appealing: 03/25/2025, 03/26/2025

Docket entry number of judgment or order you are appealing: 95, 96

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
- ⦿ Yes  ○ No  ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Native Village of Venetie Tribal Government, Arctic Village Council, and Venetie Village Council

Is this a cross-appeal? ○ Yes  ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case? ○ Yes  ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:  State:  Zip Code:

Prisoner Inmate or A Number (if applicable):

Signature: s/ Megan R. Condon  Date: 05/22/2025

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1  Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Native Village of Venetie Tribal Government, Arctic Village Council, and Venetie Village Council

Name(s) of counsel (if any):

Megan R. Condon, Mitchell Forbes
(see attached for co-counsel)

Address: 745 West 4th Avenue, Suite 502, Anchorage, AK 99501

Telephone number(s): (907) 276-0680

Email(s): mcondon@narf.org, forbes@narf.org

Is counsel registered for Electronic Filing in the 9th Circuit?  ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Alaska Industrial Development and Export Authority

Name(s) of counsel (if any):

Brian V. Gerd, David Karl Gross, James H. Lister

Address: 1150 Connecticut Avenue, NW Suite 350, Washington, DC 20036

Telephone number(s): (202) 659-5800

Email(s): bgerd@bhb.com, dgross@bhb.com, jlister@dc.bhb.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6 2 New 12/01/2018

# ATTACHMENT

**Appellants:**

Native Village of Venetie Tribal Government, Arctic Village Council, and Venetie Village

> Lead Counsel:
> Megan R. Condon
> Mitchell Forbes
> Native American Rights Fund
> 745 West 4th Avenue, Suite 502
> Anchorage, AK 99501
> Phone: 907-276-0680
> mcondon@narf.org
> forbes@narf.org
>
> Co-Counsel:
> Peter H. Van Tuyn
> Karen E. Schmidt
> Bessenyey & Van Tuyn, LLC
> 911 West 8th Avenue, Suite 101, PMB 59
> Anchorage, AK 99501
> Phone: 907-278-2000
> peter@bvt-law.com
> karen@bvt-law.com

**Federal Defendants:**

U.S. Department of the Interior; Doug Burgum, in his official capacity as U.S. Secretary of the Interior; Bureau of Land Management; Bureau of Land Management Director, in their official capacity as Director of the Bureau of Land Management

> Adam R.F. Gustafson
> Acting Assistant Attorney General
> United States Department of Justice
> Environment and Natural Resources Division
> Paul A. Turcke
> 1290 West Myrtle Street, Suite 500
> Boise, ID 83702
> Phone: 202-532-5994
> paul.turcke@usdoj.gov

**Intervenor-Defendants:**

Gwich'in Steering Committee, Alaska Wilderness League, Alaska Wildlife Alliance, Canadian Parks & Wilderness Society-Yukon, Defenders of Wildlife, Friends of Alaska National Wildlife Refuges, National Wildlife Federation, National Wildlife Refuge Association, Northern Alaska Environmental Center, Sierra Club, The Wilderness Society, and Wilderness Watch

>   Brook Brisson
>   Suzanne Bostrom
>   Bridget Psarianos
>   Trustees for Alaska
>   121 West Fireweed Lane, Suite 105
>   Anchorage, AK 99503
>   Phone: (907) 276-4244
>   bbrisson@trustees.org
>   sbostrom@trustees.org
>   bpsarianos@trustees.org

Sierra Club

>   Karimah Schoenhut
>   Sierra Club Environmental Law Program
>   50 F Street, NW 8th Floor
>   Washington, DC 20001
>   Phone: (202) 548-4584
>   karimah.schoenhut@sierraclub.org